IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

Jane Doe, et al.

**Plaintiff(s)/Petitioner(s),**

vs.

Jeh Johnson, et al.

**Defendant(s)/Respondent(s)**

CASE NO: 4:15-CV-00250-TUC-DCB

Application of Attorney For Admission To Practice Pro Hac Vice Pursuant to LRCiv 83.1(b)(2)

**NOTICE:   $35.00 APPLICATION FEE REQUIRED!**

I, Linton Joaquin, hereby apply to the Court under LRCiv 83.1(b)(2) for pro hac vice admission to appear and practice in this action on behalf of Plaintiffs.

**City and State of Principal Residence:** Los Angeles, CA
**Firm Name:** National Immigration Law Center
**Address:** 3435 Wilshire Blvd.   **Suite:** 2850
**City:** Los Angeles   **State:** CA   **Zip:** 90010
**Firm/Business Phone:** (213) 639-3900 x1011
**Firm Fax Phone:** (213) 639-3911   **E-mail Address:** joaquin@nilc.org

I am admitted to practice before the following courts. (attach additional sheets if necessary)

| TITLE OF COURT | DATE OF ADMISSION | IN GOOD STANDING? |
|---|---|---|
| Supreme Court of the United States | 05/19/1985 | ✓ Yes   ☐ No* |
| Supreme Court of California | 01/27/1977 | ✓ Yes   ☐ No* |
| see "Attachment A" |  | ☐ Yes   ☐ No* |

* Explain:

(An **Original** Certificate of Good Standing from a **FEDERAL BAR** in which an applicant has been admitted dated no more than 45 days prior to submission of this application is required.)

I have concurrently, or within 1 year of this application, made *pro hac vice* applications to this Court in the following actions (attach additional sheets if necessary):

| Case Number | Title of Action | Date Granted or Denied* |
|---|---|---|
|  |  |  |
|  |  |  |

* Explain:

ALL APPLICANTS ARE REQUIRED TO ANSWER THE FOLLOWING QUESTIONS.

*If you answer YES to either of the following questions, please explain all circumstances on a separate page.*

Are you currently the subject of a disciplinary investigation or proceeding by any Bar or Court?   ☐ Yes   ✓ No

Have you ever been disbarred from practice in any Court?   ☐ Yes   ✓ No

I declare under penalty of perjury that the foregoing is true and correct; that I am not a resident of, nor am I regularly employed, engaged in business, professional or other activities in the State of Arizona; and that I am not currently suspended, disbarred or subject to disciplinary proceedings in any court. I certify that I have read and will ascribe to the Standards for Professional Conduct, will comply with the Rules of Practice of the United States District Court for the District of Arizona ("Local Rules"), and will subscribe to receive court notices as required by LRCiv 83.1(c).

6/9/2015

**Date**

**Fee Receipt #** _____

s/Linton Joaquin

**Signature of Applicant**

(Rev. 04/12)

ATTACHMENT "A"

Name of Applicant: Linton Joaquin

In Case Number 4:15-CV-00250-TUC-DCB,
Case Name Jane Doe, et al. v. Johnson et al.
Party Represented by Applicant: Plaintiffs

| Title of Court | Date Admitted | In Good Standing |
|---|---|---|
| United States Court of Appeals for the 11th Circuit | 5/5/2012 | Yes |
| United States Court of Appeals for the 10th Circuit | 5/7/2003 | Yes |
| United States Court of Appeals for the 9th Circuit | 7/27/1981 | Yes |
| United States Court of Appeals for the 1st Circuit | 7/13/2000 | Yes |
| United States Court of Appeals for the 4th Circuit | 2/7/2012 | Yes |
| United States Court of Appeals for the 2nd Circuit | 2/1/2012 | Yes |
| United States District Court for the District of Southern CA | 5/23/1977 | Yes |
| United States District Court for the District of Central CA | 5/5/1980 | Yes |
| United States District Court for the District of Eastern CA | 11/9/1992 | Yes |
| United States District Court for the District of Northern CA | 5/23/1997 | Yes |
| United States District Court for the District of Colorado | 4/15/2003 | Yes |

# United States District Court

## Central District of California

**CERTIFICATE OF
GOOD STANDING**

I, TERRY NAFISI, Clerk of this Court, certify that

Linton Joaquin, Bar 73547

duly admitted to practice in this Court on     May 5, 1980

and is in good standing as a member of the Bar of this Court.

Dated at Los Angeles, California

on     May 21, 2015
           *DATE*

           TERRY NAFISI
           District Court Executive, Clerk of Court

           By    _____
           Lupe Thrasher, Deputy Clerk
           1200

G-52 (09/08)(Rev. AO 136)     CERTIFICATE OF GOOD STANDING - MEMBER OF BAR