IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Unknown Parties, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>Jeh Johnson, et al.,<br><br>    Defendants. | CASE NO:<br>CV−15−00250−TUC−DCB (PSOT)<br><br>**NOTICE OF ASSIGNMENT** |

    On June 8, 2015, Plaintiff filed a pro se Complaint which has been assigned the case number listed above. This case has been assigned to District Court Judge David C Bury and the Court's Legal Staff. When any action is taken in this case, you will be notified by Court order.

    DATED this 8th day of June, 2015.

                              *s/Brian D. Karth*

                              Brian D. Karth
                              District Court Executive/Clerk

cc: Plaintiff

| | |
|---|---|
| 1 | WARNING! |
| 2 | Failure to comply with the following rules will result in your document being STRICKEN |
| 3 | and/or your case being DISMISSED: |
| 4 | (1)　You must file a Notice of Change of Address if your address changes. |
| 5 | (2)　You must correctly label any further documents with the above assigned |
| 6 | 　　　 caption and case numbers. LRCiv 7.1(a). |
| 7 | (3)　You must sign your name and date every document you file. FED. R. CIV. P. 11. |
| 8 | (4)　If applicable, you must provide an original and one copy of any document to |
| 9 | 　　　 be filed. If you request a conformed copy, you must provide an original |
| 10 | 　　　 and two (2) copies. LRCiv 5.4. This does not apply to prisoner e−filers. |
| 11 | (5)　If applicable, you must mail copies of every document you file to all respondents. |
| 12 | 　　　 or their attorneys, FED. R. CIV. P. 5(a), and every document you file |
| 13 | 　　　 must include a certificate stating the date a copy of the document was mailed |
| 14 | 　　　 to respondents or their attorneys. This does not apply to prisoner e−filers. |
| 15 | (6)　The documents you file must not include personal identifiers. FED. R. CIV. P. 5.2. |