**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| JANE DOE # 1; JANE DOE # 2; NORLAN FLORES, on behalf of themselves and all others similarly situated,<br><br>  Plaintiffs,<br><br>v.<br><br>Jeh Johnson, Secretary, United States Department of Homeland Security, in his official capacity; R. Gil Kerlikowske, Commissioner, United States Customs & Border Protection, in his official capacity; Michael J. Fisher, Chief of the United States Border Patrol, in his official capacity; Jeffrey Self, Commander, Arizona Joint Field Command, in his official capacity; Manuel Padilla, Jr., Chief Patrol Agent-Tucson Sector, in his official capacity,<br><br>  Defendants. | Case No. 4:15-cv-00250-DCB<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO PROCEED UNDER PSEUDONYMS AND FOR A PROTECTIVE ORDER** |

The Court, having considered Plaintiffs' Motion To Proceed Under Pseudonyms and for a Protective Order ("Motion") pursuant to Federal Rule of Civil Procedure 5.2(e) and finding that good cause appears, orders as follows:

Plaintiffs Motion is hereby GRANTED.  Plaintiffs Jane Doe # 1 and Jane Doe # 2 may proceed in this action under pseudonyms.  All parties shall use Plaintiff Jane Doe # 1's and Jane Doe # 2's pseudonyms in all documents filed in this action

**IT IS SO ORDERED.**

sf-3549429