Harold J. McElhinny*
Kevin M. Coles*
Elizabeth G. Balassone*
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522
Email: HMcElhinny@mofo.com
Email: KColes@mofo.com
Email: EBalassone@mofo.com

Colette Reiner Mayer*
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, CA 94304-1018
Telephone: (650) 813-5600
Facsimile: (650) 494-0792
Email: CRMayer@mofo.com

Attorneys for Plaintiffs

** Admitted pursuant to Ariz. Sup. Ct. R. 38(a)*

Additional counsel on next page.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

JANE DOE # 1; JANE DOE # 2; NORLAN FLORES, on behalf of themselves and all others similarly situated,

Plaintiff,

v.

Jeh Johnson, Secretary, United States Department of Homeland Security, in his official capacity; R. Gil Kerlikowske, Commissioner, United States Customs & Border Protection, in his official capacity; Michael J. Fisher, Chief of the United States Border Patrol, in his official capacity; Jeffrey Self, Commander, Arizona Joint Field Command, in his official capacity; Manuel Padilla, Jr., Chief Patrol Agent-Tucson Sector, in his official capacity,

Defendant.

Case No. 4:15-cv-00250-DCB

**DECLARATION OF ELIZABETH BALASSONE IN SUPPORT OF PLAINTIFFS' MOTION TO PROCEED UNDER PSEUDONYMS AND FOR A PROTECTIVE ORDER**

Louise C. Stoupe*
Pieter S. de Ganon*
MORRISON & FOERSTER LLP
Shin-Marunouchi Building, 29th Floor
5-1, Marunouchi 1-Chome
Tokyo, Chiyoda-ku 100-6529, Japan
Telephone: +81-3-3214-6522
Facsimile: +81-3-3214-6512
Email: LStoupe@mofo.com
Email: PdeGanon@mofo.com

Travis Silva*
LAWYERS' COMMITTEE FOR CIVIL RIGHTS OF THE SAN FRANCISCO BAY AREA
131 Steuart Street, Suite 400
San Francisco, CA 94105
Telephone: (415) 543-9444
Facsimile: (415) 543-0296
Email: tsilva@lccr.com

Linton Joaquin*
Karen C. Tumlin*
Nora A. Preciado*
NATIONAL IMMIGRATION LAW CENTER
3435 Wilshire Boulevard, Suite 2850
Los Angeles, CA 90010
Telephone: (213) 639-3900
Facsimile: (213) 639-3911
Email: joaquin@nilc.org
Email: tumlin@nilc.org
Email: preciado@nilc.org

Mary Kenney**
Emily Creighton**
Melissa Crow**
AMERICAN IMMIGRATION COUNCIL
1331 G Street NW, Suite 200
Washington, DC 20005
Telephone: (202) 507-7512
Facsimile: (202) 742-5619
Email: mkenney@immcouncil.org
Email: ecreighton@immcouncil.org
Email: mcrow@immcouncil.org

Victoria Lopez (Bar No. 330042)***
Daniel J. Pochoda (Bar No. 021979)
James Duff Lyall (Bar No. 330045)***
ACLU FOUNDATION OF ARIZONA
3707 North 7th Street, Suite 235
Phoenix, AZ 85014
Telephone: (602) 650-1854
Facsimile: (602) 650-1376
Email: vlopez@acluaz.org
Email: dpochoda@acluaz.org
Email: jlyall@acluaz.org

Attorneys for Plaintiffs

** Admitted pursuant to Ariz. Sup. Ct. R. 38(a)*
*** Pro hac vice motion pending*
**** Admitted pursuant to Ariz. Sup. Ct. R. 38(f)*

I, ELIZABETH BALASSONE, hereby declare:

1. I am a member of the bar of the State of California, an associate in the law firm of Morrison & Foerster LLP and counsel of record for Plaintiffs in this litigation. I have personal knowledge of the facts stated herein and, if called as a witness, could and would competently testify thereto.

2. On June 16, 2015, I sent an email to Sarah Fabian, Senior Litigation Counsel for the Office of Immigration Litigation, District Court Section, Department of Justice and counsel of record for Defendants in this action. This email requested that the parties meet and confer regarding Plaintiffs' Motion to Proceed under Pseudonyms and For a Protective Order ("Motion").

3. On June 17, 2015, I sent another email to Ms. Fabian confirming a date and time for the meet and confer, and explaining that Plaintiffs' Motion would request that the identifies of Plaintiffs Jane Doe # 1 and Jane Doe # 2 be protected from public disclosure, but that their identities would not be kept from Defendants.

4. On June 17, 2015, Ms. Fabian responded that Defendants would not oppose the pseudonym motion, as long as they were provided the names and A#s of Plaintiffs Jane Doe # 1 and Jane Doe # 2.

5. The parties met and conferred on June 22, 2015, and confirmed that Defendants would not oppose the Motion.

6. Attached hereto as **EXHIBIT A** is a true and correct copy of the Declaration of Jane Doe #1.

7. Attached hereto as **EXHIBIT B** is a true and correct copy of the Declaration of Jane Doe #2.

8. Attached hereto as **EXHIBIT C** is a true and correct copy of an internet printout entitled: *Advisory Opinion on the Rules of Confidentiality Regarding Asylum Information*, U.N. High Comm'r for Refugees (March 31, 2005), *available at* http://www.refworld.org/pdfid/42b9190e4.pdf (last visited June 19, 2015).

9. Attached hereto as **EXHIBIT D** is a true and correct copy of an internet printout entitled: *Fact Sheet: Federal Regulations Protecting the Confidentiality of Asylum Applicants*, U.S. Customs & Immigration Servs., Asylum Div., U.S. Dep't of Homeland Sec. (2005), *available at* http://www.uscis.gov/sites/default/ files/USCIS/ Laws/Memoranda/Static_Files_Memoranda/Archives%201998-2008/2005/ fctsheetconf061505.pdf (last visited June 19, 2015).

10. Attached hereto as **EXHIBIT E** is a true and correct copy of an internet printout entitled: *Memorandum: Confidentiality of Asylum Applications & Overseas Verification of Documents*, Bo Cooper, Gen. Counsel, Immigration & Naturalization Servs. (June 21, 2001) (Excerpt), *available at* http://web.aechive.org/web/ 20061130221925/http://judiciarry.house.gov/Legacy/82238.pdf (last visted June 19, 2015).

11. Attached hereto as **EXHIBIT F** is a true and correct copy of an internet printout entitled: *Asylum Officer Basic Training Course Participant Workbook*, U.S. Citizen & Immigration Servs. (Sept. 14, 2006), *available at* http://www.uscis.gov/ sites/default/files/USCIS/Humanitarian/Refugees%20%26%20Asylum/Asylum/ AOBTC%20Lesson%20Plans/Interview%20Part-Overview-Nonadversarial-Asylum-Interview-31aug10.pdf (last visited June 19, 2015).

12. Attached hereto as **EXHIBIT G** is a true and correct copy of an internet printout entitled: *Immigration Court Practice Manual*, Executive Office of Immigration Review at 62 (2015) (Excerpt), *available at* http://www.justice.gov/eoir/pages/ attachments/2015/02/02/practice_manual_review.pdf (last visited June 19, 2015).

13. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 23rd day of June, 2015.

By: /s/ *Elizabeth Balassone*____________
Elizabeth Balassone