# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| JANE DOE # 1; JANE DOE # 2; NORLAN FLORES, on behalf of themselves and all others similarly situated,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>Jeh Johnson, Secretary, United States Department of Homeland Security, et. al.,<br><br>　　　　　　　Defendants. | Case No. 4:15-cv-00250-DCB<br><br>**ORDER GRANTING PLAINTIFFS' MOTION TO PROCEED UNDER PSEUDONYMS AND FOR A PROTECTIVE ORDER** |

　　The Court, having considered Plaintiffs' Motion To Proceed Under Pseudonyms and for a Protective Order ("Motion") pursuant to Federal Rule of Civil Procedure 5.2(e) and there being no objection, the Court finds good cause. **Accordingly,**

　　**IT IS ORDERED** that the Motion (Doc. 28) is GRANTED. Plaintiffs Jane Doe # 1 and Jane Doe # 2 may proceed in this action under pseudonyms.  All parties shall use Plaintiff Jane Doe # 1's and Jane Doe # 2's pseudonyms in all documents filed in this action.

　　Dated this 29th day of June, 2015.

　　　　　　　　　　　　　　　　　　　　　　　　　David C. Bury
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

sf-3549429