# APPENDIX OF EXHIBITS IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION
# JANE DOE #1 v. JOHNSON
# Case No. 4:15-cv-00250-TUC-DCB
# [FILED UNDER SEAL]

# Part IV
# Exhibits 25 - 27

# Exhibit 25
# (Submitted Under Seal)



PROTECTED MATERIAL

PDGL000022

# Exhibit 26
# (Submitted Under Seal)



**PROTECTED MATERIAL**                                                                                               **PNGL000007**

# Exhibit 27
# (Submitted Under Seal)



**PROTECTED MATERIAL**         PNGL000008