# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Unknown Parties, et al., ) | |
| ) | CV 15-250 TUC DCB |
| Plaintiffs, ) | |
| v. ) | |
| ) | |
| Jeh Johnson, et al., ) | **ORDER** |
| ) | |
| Defendants. ) | |
| _____) | |

Plaintiffs, putative class members, filed this action on June 8, 2015. Fully briefed and currently pending before the Court are Defendants' Motion to Dismiss and Plaintiffs' Motion for Class Certification.

On December 4, 2015, Plaintiffs filed a Motion for Preliminary Injunction. Plaintiffs seek leave to file the motion and reply in excess of the page limits, with the Motion for Preliminary Injunction being 10 pages over the 17-page limit and the Reply being 5 pages over the 11-page limit. LRCiv 7.2(e). Plaintiffs agree that Defendants' Response may likewise exceed the page limit by 10 pages. The parties agree to the following briefing schedule: Defendants' Response is due by January 15, 2016, which affords them approximately 45 days to respond, and Plaintiffs' Reply is due within 14 days or by January 29, 2016. Defendants, however, filed a Motion to Stay briefing of the Motion for Preliminary Injunction until the Court rules on the two ripe pending motions. Defendants argue that the Motion to Dismiss may dispose of, or at least narrow, the briefing needed in response to the Motion for Preliminary Injunction. Likewise, Defendants argue that Plaintiffs allowed several months to pass before filing the Motion for Preliminary Injunction, which undercuts Plaintiffs' assertion that it is a "matter of urgency."

1  The Court is persuaded by the former argument, not the latter.  Because the Court
2 intends to rule, forthwith and simultaneously, on the Motion to Dismiss and the Motion to
3 Certify, it will grant the Defendants' Motion to Stay.  It will grant the stipulated briefing
4 schedule for the Motion for Preliminary Injunction, but no further extensions to the briefing
5 schedule will be granted.

6  **Accordingly,**

7  **IT IS ORDERED** that the Motion for Leave to File Excess Pages (Doc. 95) is
8 GRANTED.

9  **IT IS FURTHER ORDERED** that the Emergency Motion to Stay (Doc. 72)
10 briefing for the Motion for Preliminary Injunction, pending disposition by the Court of the
11 Motion to Dismiss and the Motion to Certify the Class, is GRANTED.

12  **IT IS FURTHER ORDERED** that the Stipulated Schedule for Briefing the Motion
13 for Preliminary Injunction (Doc. 96), shall commence from the filing date of the Court's
14 disposition of the Motion to Dismiss, and is approved as follows: the Defendants have 45
15 days to file a Response and the Plaintiffs have 14 days to file a Reply.  NO FURTHER
16 EXTENSIONS WILL BE GRANTED.

17  DATED this 9th day of December, 2015.

_____
David C. Bury
United States District Judge