**APPENDIX OF EXHIBITS IN SUPPORT OF PLAINTIFFS'**
**MOTION FOR PRELIMINARY INJUNCTION**
**JANE DOE #1  v. JOHNSON**
**Case No. 4:15-cv-00250-TUC-DCB**
**[FILED UNDER SEAL]**

# Part II
# Exhibits 10 - 18

# Exhibit 10
# (Submitted Under Seal)



AGUA PARA
TOMAR

PROTECTED MATERIAL

# Exhibit 11
# (Submitted Under Seal)



PDGL000003

# Exhibit 12
# (Submitted Under Seal)



**PROTECTED MATERIAL**

# Exhibit 13
# (Submitted Under Seal)



PROTECTED MATERIAL

Exhibit 14
(Submitted Under Seal)



**PROTECTED MATERIAL**

# Exhibit 15
# (Submitted Under Seal)



PROTECTED MATERIAL

# Exhibit 16
# (Submitted Under Seal)



PROTECTED MATERIAL

PDGL000008

# Exhibit 17
# (Submitted Under Seal)



PROTECTED MATERIAL

# Exhibit 18
# (Submitted Under Seal)



PROTECTED MATERIAL