**APPENDIX OF EXHIBITS IN SUPPORT OF PLAINTIFFS'
MOTION FOR PRELIMINARY INJUNCTION
JANE DOE #1  v. JOHNSON
Case No. 4:15-cv-00250-TUC-DCB
[FILED UNDER SEAL]**

Part III
Exhibits 19 - 24

# Exhibit 19
# (Submitted Under Seal)



**PROTECTED MATERIAL**         **PDGL000012**

# Exhibit 20
# (Submitted Under Seal)



PROTECTED MATERIAL
PDGL000013

# Exhibit 21
# (Submitted Under Seal)



# Exhibit 22
# (Submitted Under Seal)



# Exhibit 23
# (Submitted Under Seal)



# Exhibit 24
# (Submitted Under Seal)

