LAWYERS' COMMITTEE FOR CIVIL RIGHTS OF THE SAN FRANCISCO BAY AREA

1 Harold J. McElhinny*
2 Robert J. Esposito*
  Kevin M. Coles*
3 Elizabeth G. Balassone*
  MORRISON & FOERSTER LLP
4 425 Market Street
  San Francisco, CA 94105-2482
5 Telephone: (415) 268-7000
  Facsimile: (415) 268-7522
6 Email: HMcElhinny@mofo.com
  Email: KColes@mofo.com
7 Email: EBalassone@mofo.com

8 Colette Reiner Mayer*
  MORRISON & FOERSTER LLP
9 755 Page Mill Road
  Palo Alto, CA 94304-1018
10 Telephone: (650) 813-5600
   Facsimile: (650) 494-0792
11 Email: CRMayer@mofo.com

12
13 Attorneys for Plaintiffs

14 *Admitted pursuant to Ariz. Sup. Ct. R. 38(a)
   Additional counsel listed on next page

## IN THE UNITED STATES DISTRICT COURT
## IN THE DISTRICT OF ARIZONA

| | |
|---|---|
| JANE DOE #1; JANE DOE #2; NORLAN FLORES, on behalf of themselves and all others similarly situated, | Case No. 4:15-cv-00250-TUC-DCB |
| Plaintiffs, | **NOTICE OF SUBSTITUTION OF COUNSEL** |
| v. | |
| Jeh Johnson, Secretary, United States Department of Homeland Security, in his official capacity; R. Gil Kerlikowske, Commissioner, United States Customs & Border Protection, in his official capacity; Michael J. Fisher, Chief of the United States Border Patrol, in his official capacity; Jeffrey Self, Commander, Arizona Joint Field Command, in his official capacity; Manuel Padilla, Jr., Chief Patrol Agent-Tucson Sector, in his official capacity, | **CLASS ACTION** |
| Defendants. | |

| | |
|---|---|
| Louise C. Stoupe* | Elisa Della-Piana* |
| Pieter S. de Ganon* | Megan Sallomi* |
| MORRISON & FOERSTER LLP | LAWYERS' COMMITTEE FOR CIVIL |
| Shin-Marunouchi Building, 29th Floor | RIGHTS OF THE SAN FRANCISCO |
| 5-1, Marunouchi 1-Chome | BAY AREA |
| Tokyo, Chiyoda-ku 100-6529, Japan | 131 Steuart Street, Suite 400 |
| Telephone: +81-3-3214-6522 | San Francisco, CA 94105 |
| Facsimile: +81-3-3214-6512 | Telephone: (415) 543-9444 |
| Email: LStoupe@mofo.com | Facsimile: (415) 543-0296 |
| Email: PdeGanon@mofo.com | Email: edellapiana@lccr.com |
| | Email: msallomi@lccr.com |
| Kathleen E. Brody | |
| Daniel J. Pochoda | |
| Brenda Muñoz Furnish | Linton Joaquin* |
| ACLU FOUNDATION OF ARIZONA | Karen C. Tumlin* |
| 3707 North 7th Street, Suite 235 | Nora A. Preciado* |
| Phoenix, AZ 85014 | NATIONAL IMMIGRATION LAW |
| Telephone: (602) 650-1854 | CENTER |
| Facsimile: (602) 650-1376 | 3435 Wilshire Boulevard, Suite 2850 |
| Email: Kbrody@acluaz.org | Los Angeles, CA 90010 |
| Email: dpochoda@acluaz.org | Telephone: (213) 639-3900 |
| Email : bmfurnish@acluaz.org | Facsimile: (213) 639-3911 |
| | Email: joaquin@nilc.org |
| James J. Cekola* | Email: tumlin@nilc.org |
| MORRISON & FOERSTER LLP | Email: preciado@nilc.org |
| 12531 High Bluff Drive, Suite 100 | |
| San Diego, CA 92130 | Mary Kenney* |
| Telephone: 858.720.5100 | Melissa Crow* |
| Facsimile: 858.720.5125 | AMERICAN IMMIGRATION COUNCIL |
| Email: JCekola@mofo.com | 1331 G Street NW, Suite 200 |
| | Washington, D.C. 20005 |
| | Telephone: (202) 507-7512 |
| | Facsimile: (202) 742-5619 |
| | Email: mkenney@immcouncil.org |
| | Email: mcrow@immcouncil.org |
| | Attorneys for Plaintiffs |

*Admitted pursuant to Ariz. Sup. Ct. R. 38(a)*

NOTICE OF SUBSTITUTION OF COUNSEL
Case No. 4:15-cv-00250-TUC-DCB

TO THE COURT AND TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Travis Silva has withdrawn as attorney for Plaintiffs, JANE DOE #1; JANE DOE #2; and NORLAN FLORES, on behalf of themselves and all others similarly situated. **Elisa Della-Piana and Megan Sallomi, from the Lawyers' Committee for Civil Rights, 131 Steuart St., Suite 400, San Francisco, CA 94105, edellapiana@lccr.com, msallomi@lccr.com,** are hereby substituted as attorney of record for Plaintiffs. Copies of all further papers, pleadings, filings, and electronic filings, except original process, shall be served upon them at the address and email address stated above.

DATE: 09/27/2016                                                  Respectfully Submitted,

                                                                  LAWYERS' COMMITTEE FOR CIVIL
                                                                  RIGHTS OF THE SAN FRANCISCO
                                                                  BAY AREA

                                                                  By:   *s/ Megan Sallomi*
                                                                         Megan Sallomi
                                                                         Elisa Della-Piana

---

NOTICE OF SUBSTITUTION OF COUNSEL
Case No. 4:15-cv-00250-TUC-DCB