**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Unknown Parties, et al., | No. CV-15-00250-TUC-DCB |
| Plaintiffs, | **ORDER** |
| v. | |
| Kirstjen M. Nielsen, et al., | |
| Defendants. | |

On May 25, 2017, the Court extended the deadline for filing dispositive motions to be 30 days after the disposition of appeals pending before the Ninth Circuit Court of Appeals. On December 22, 2017, the Court of Appeals ruled affirming this Court's preliminary injunction, reconsideration was sought and denied, and the Mandate issued on March 21, 2018. The dispositive motions are due by April 20, 2018.

On March 22, 2018, the Defendants filed a motion for an extension of this deadline to May 21, 2018. Defendants report that the parties are scheduled for mediation meetings on March 27 and 29, 2018. Defendants seek the 30-day extension so that all attention can be focused on mediation, "including any immediate follow-up that may be needed," and the parties will not be distracted by drafting dispositive briefs. Defendants report that Plaintiffs do not agree to a 30-day extension, but will agree to a two-week extension to May 4, 2018. The Court will grant the extension to the extent is agreed to by the parties, May 4, 2018. The Court does not call for briefing of the dispute regarding the length of the extension of time because such briefing will only distract the parties from

preparing for the March 27 and 29, 2018 mediation meetings. The parties may seek further extension of the dispositive motion deadline if necessary to accommodate their mediation efforts.

**Accordingly,**

**IT IS ORDERED** that the Motion for Extension of Dispositive Motion Deadline (Doc. 338) is GRANTED to May 4, 2018.

Dated this 23rd day of March, 2018.

_____
Honorable David C. Bury
United States District Judge