# Exhibit 8

Protected Material Subject to Protective Order

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Unknown Parties, et al., | Case No. CV-15-00250-TUC-DCB |
| Plaintiffs, | **EXPERT REPORT OF MICHAEL BANDEMER** |
| v. | |
| Jeh Johnson, et al., | |
| Defendants | |

## A.     INTRODUCTION

1.      I am a Managing Director with Berkeley Research Group, LLC, ("BRG") and the national practice leader for the firm's Discovery and Forensic Technology Services group which provides, among other things, consulting and expert services in the areas of computer forensics, electronic discovery, data analytics and other associated technology advisory services to corporations, law firms, and governments in the United States and abroad.

2.      I have more than 20 years of experience in investigations, technology and forensic matters.  I advise both corporate and law firm clients on information technology, digital forensics, and e-discovery issues.  I have served as the lead expert/investigator in hundreds of matters and performed or supervised the forensic collection and analysis of electronically stored information (ESI) from corporate networks, databases, personal computers (Mac and PC), phones, tablets, external storage devices, internet, and other digital storage media.

Protected Material Subject to Protective Order

3.      I am licensed in the State of California as a Certified Public Accountant and am also a Certified Management Accountant and Certified in Financial Forensics.  Additionally, I am a Certified Information Technology Professional and an EnCase Certified Computer Examiner.

4.      Among other professional associations, I am a past President of the High Technology Crime Investigation Association's (HTCIA) San Diego Chapter and a past Board Member of the HTCIA international organization as well as a member of the Sedona Conference Working Group I.  I have testified at trial in both federal and state court as well as evidentiary hearings on digital forensics, e-discovery and data issues and served as a court appointed third party neutral expert.  A true and correct copy of my curriculum vitae and testimony log, which summarizes my professional and educational background, is attached hereto as Exhibit A.  My professional time for analysis and testimony is not contingent on any outcome and is currently billed at $500 per hour.

## B.      BACKGROUND

5.      On June 8, 2015, Plaintiffs filed a Complaint for Declaratory and Injunctive Relief based on the alleged inhumane treatment of civil detainees at U.S. Border Patrol locations in and around Tucson, Arizona.

6.      Numerous declarations were submitted and discovery occurred leading up to an evidentiary hearing beginning November 14, 2016. Following the hearing, the Court issued an order on the Preliminary Injunction requiring Defendants comply with the following:

a.  Clean bedding, which Defendants assert they are providing to all detainees, must include a mat and a Mylar blanket for all detainees being held longer than 12 hours.

b.  Personal hygiene needs of detainees held longer than 12 hours include the need to wash or clean themselves.

c.  Defendants shall implement the universal use of their Medical Screening Form at all stations and ensure that the form questions reflect the TEDS requirements for delivery of medical care to detainees.

d.  Defendants shall monitor for compliance the following: availability of working sinks and toilets and/or other materials sufficient to meet the personal hygiene needs of detainees on a per cell per station basis; cell temperatures; cell sanitation and cleanliness; delivery to detainees of bedding, including mats, personal hygiene items such as toilet paper, toothbrushes and toothpaste, feminine hygiene items, baby food, diapers, and meals.

Protected Material Subject to Protective Order

7.      Following the Order, Defendants filed a Motion for Clarification wherein the parties stipulated that:

a.  In stations lacking showers, body wipes or similar hygiene products could suffice as an interim measure, provided Defendants could provide more detail about how and when these wipes would be distributed and where this cleaning would occur.

b.  Plaintiffs also agreed that Defendants could use the freeform e3DM fields pending system upgrade, provided Defendants could guarantee that the entries are intelligible and consistent across the Tucson Sector.

8.      The Court also clarified that the 12-hour confinement period begins when a detainee arrives at a border station versus when a detainee was arrested.

### C.  SCOPE

9.      On or about April 6, 2017, I was retained by Morrison & Foerster LLP ("Counsel"), to review and conduct analysis of Defendants' e3 Detention Module ("e3DM") data exports and quantify specific actions relating to the custody and care of detainees held within the Tucson Sector of the U.S. Border Patrol ("Border Patrol"), a division of CBP.

10.     As part of my retention, I was asked to review the previous analysis performed and reported in support of Plaintiffs' Motion for Preliminary Injunction dated August 17, 2016 and to determine compliance with the Court's order dated November 18, 2016.  In performing my analysis, I have summarized my findings in total, by month for the pre and post order time periods.

### D.  MATERIALS REVIEWED

11.     In performing this analysis, I and/or BRG staff under my direction have considered and relied upon the following:

a.  Order filed 11/18/16;

b.  Declaration of Joseph Gaston filed 8/17/16;

c.  Moving papers, Opposition, and Order relating to Defendant's Motion for Clarification filed 12/2/16;

d.  Deposition of Antonio Trindade and exhibits;

e.  Defendants' Response to Plaintiffs' Interrogatories Pursuant to Federal Rule of Civil Procedure 33, Set Two, and attached Declarations thereto;

Protected Material Subject to Protective Order

f.  E3DM data exports (USBP Requested e3 Detention Module Fields for Apprehensions Booked into TCA Sector Facilities); Cell Detention Data exports (USBP e3 Detention Module Subject Location Cell and Detention Cell Tables for Apprehensions Booked into TCA Sector Facilities); and Amenity Reports for the period of January 1, 2015 through May 31, 2017.

g.  A full list of the documents I relied upon in preparing this report is attached hereto as Exhibit B.

### E.  SUBSTANTIVE ANALYSIS AND OPINIONS

**Defined Terms and Basis for Calculations:**

12.     I have been provided with nine (9) excel spreadsheets that purport to be data exported from Defendant's logging system and detention module "e3DM" that collectively cover the period of January 1, 2015 through May 31, 2017 ("REPORTED TIME PERIOD") and my understanding is that this system is used to track and monitor times of apprehension, detainee "bookings" in and out of a facility, and custodial actions taken with regard to individuals/detainees/aliens ("alien") in Customs and Border Patrol custody.  These Excel spreadsheets were imported into a SQL Server database, into one table ("e3DM data") for use in the analysis and reporting detailed herein.  The relevant fields and their descriptions are as follows:

| Column Name | Definition |
| --- | --- |
| ALIEN_FILE_NBR | Alien file Number |
| EVENT_NUMBER | Event Number |
| BIRTH_DT | Date of Birth |
| SBJLOC_ID | A numeric value identifying a subjects location |
| SUBJECT_ID | Unique ID for subject |
| Actions | E3dm actions |
| Station | Border Patrol Station |
| Action_DT | Date of action |
| D | Days |
| H | Hours |
| M | Minutes |
| Hrs_BP_Custody | Hours in Border Patrol Custody |
| DA_COMMENT_TXT | A text describing the detention action. |

13.     I have reviewed (7) excel spreadsheets that purport to be data exported from Defendant's EID (Enforcement Integrated Database) that collectively covers the REPORTED TIME PERIOD and my understanding is that this data represents USBP e3 Detention Module Detention Cell Tables for Apprehensions Booked into TCA Sector Facilities.  These Excel spreadsheets were imported into a SQL

Protected Material Subject to Protective Order

Server database, into one table ("Cell Detention data").  Although I have not been asked to do any analysis or reporting of this data, I am prepared to offer analysis and or reporting if requested by Plaintiffs or the Court.

14.    I have also received thirteen (13) Amenity report data extracts that collectively cover the period of October 1, 2015 through May 31, 2017 – a function of the e3DM and is a report produced every 24 hours (*see Nov. 21, 2016 Deposition of Antonio Trindade ("Trindade Dep.") at 89:16-20*) by Defendants. The report is available to Supervisor (or higher) level to document the conditions for all cells in a station or substation.  These conditions include water fountain functioning, toilet functioning, clean(liness), pest free, bottled/jug water availability, sink functioning, temperature between 66-80, and ventilation.  These Excel spreadsheets were imported into a SQL Server database, into one table ("Amenity data") for use in the analysis and reporting detailed herein

15.    In each of the above e3DM exports, EID exports, and Amenity Reports, I noticed that there were a number of rows that were exact duplicates of other rows. As such, these duplicate rows were removed.

16.    In order to analyze the actions specified by the order, I reviewed each unique "Detainment Event" utilizing the "ALIEN_FILE_NBR" ("Alien File Number" as defined in USA000700-702) and "EVENT_NUMBER" information.   "ALIEN_FILE_NBR" is the unique identifier for the alien and is important in that two aliens with the same name will each have their own unique ALIEN_FILE_NBR.  An "event" corresponds to each group of individual(s) that are apprehended into Border Patrol custody, and can be comprised of one or more individuals in one or more places.  For example, a group of 5 individuals could be apprehended and they all would be assigned one EVENT_NUMBER, but each individual would have been assigned a unique ALIEN_FILE_NBR.  An individual alien could belong to many events.  A unique "detainment event", therefore, would be the unique combination of the values in both the ALIEN_FILE_NBR and EVENT_NUMBER fields.

17.    Upon review of the e3DM data, I observed a considerable number of records with blank or NULL ALIEN_FILE_NBR values.  As such, it would be difficult to ascertain a unique detainment event using a combination of the ALIEN_FILE_NBR and EVENT_NUMBER fields for these records.  Therefore, I reviewed the data for a second field titled "SUBJECT_ID" which corresponds to both the unique individual alien number/name (even when this value was blank) and their respective EVENT_NUMBER, or incident and determined that this field could be used as a unique detainment event. Using this field, BRG calculated 144,294 unique detainment events prevalent in the relevant period.  The example below depicts how the SUBJECT_ID corresponds to each unique alien number/name and EVENT_NUMBER.

Protected Material Subject to Protective Order

Example 1:



18.     The Actions field from the e3DM data includes the following unique action codes[1]:

| Action Code | Action Description |
|---|---|
| BKIN | Book In |
| BKOUT | Permanently Book out of USBP Custody |
| CNMFM | Contact With Family Not Made |
| CONT | Contacted Family Unit/Group |
| HYGBD | Bodily Cleansing Product |
| HYGDN | Dental Hygiene Product |
| HYGDP | Diaper |
| HYGFM | Feminine Hygiene Product |
| HYGPD | Personal Hygiene Product Provided |
| LANG | Language Service Provided |
| MDSCR | Medical Screening Completed |
| MEDNO | Medical Treatment (Non-OBP) |
| MEDOB | Medical Treatment (OBP) |
| MLACC | Served meal(Accepted) |
| MLREF | Served meal(Refused) |
| NCNSL | Consulate Notification Attempted/Made |
| NFOJC | FOJC and ORR Notified |
| ORRPL | ORR Placement Received |
| OTH | Other |
| PLARG | Placement Arranged |

---

[1] Hygiene related codes were added January 29, 2016.

EXPERT REPORT OF MICHAEL BANDEMER
CASE NO. CV-15-00250-TUC-DCB

Protected Material Subject to Protective Order

| PRCMP | Processing Complete |
|-------|---------------------|
| PRSRC | Personal Search Conducted |
| RSTUS | Restraints Used |
| RWFU | Rejoined With Family Unit |
| SBREC | Subject Received |
| SBTRN | Subject Transferred |
| SEPCL | Separated from Family |
| SHWRP | Shower Provided |
| SKMKJ | Snacks, Milk, Juice Provided |
| SLPCT | Sleeping Cot/Mat and Blanket Provided |
| TELUD | Telephone Used |
| TMPBK | Temporary Book out of USBP Custody |
| UACVD | UAC Video Shown |
| UADIS | UAC72 - Civil Disturbance |
| UAFIR | UAC72 - Facility Fire |
| UAMDE | UAC72 - Medical Emergency |
| UANAD | UAC72 - Natural Disaster |
| UAOTH | UAC72 - Other |
| WLFCH | Welfare Check |

19.     As previously identified by the Gaston Declaration, the action codes, by themselves, in most cases do not consistently, or with sufficient detail, describe the action taken as necessitated by the analysis required.

20.     As such, and as explained in various declarations filed in this matter previously, a freeform text field labeled "DA_COMMENT_TXT" was used to provide further detail on the actions taken while the agency updated its system with more descriptive/itemized codes.

21.     However, the comments identified in the freeform text field are not standard nomenclature and within the data have inconsistencies and grammatical/spelling variations.  As of the date of this report, the new action codes identified above have been added but have not been used consistently throughout the period. Therefore, we have used a blended approach to quantify actions based on both action codes and associated comments contained within the corresponding freeform text field.

**Quantification of Amenities Defined by the Court Order:**

22.     In order to determine compliance with the categories outlined in the Court order, I computed the following:

a.  Time in Custody in Excess of 12 Hours;

EXPERT REPORT OF MICHAEL BANDEMER
CASE NO. CV-15-00250-TUC-DCB

Protected Material Subject to Protective Order

b.  Mat and a Mylar blanket for all detainees being held longer than 12 hours;

c.  Personal Hygiene for all detainees being held longer than 12 hours;

d.  Medical Screening Form; and

e.  Compliance Monitoring.

**Time in Custody/Detention in Excess of 12 Hours**

23.    Chart 1 below represents the number of unique detainment events over the REPORTED TIME PERIOD that are specific to time in detention, bucketed by 12 hour increments of time in detention. The percentage indicates that the number of events relative to all unique detainment events over the REPORTED TIME PERIOD.  An individual detainee may be apprehended multiple times, and therefore belong to multiple events.  The chart below reflects the number of times each detainee is held and the hours associated with that individual's detainment.

**Chart 1: Number of Detainment Events by Time Held in Detention**



| Time in Detention | # Detainment Events | % Detainment Events |
|---|---|---|
| 12 hours or less | 19,875 | 13.8% |
| More than 12 hours | 124,419 | 86.2% |
| More than 24 hours | 64,147 | 44.5% |
| More than 36 hours | 29,528 | 20.5% |
| More than 48 hours | 12,401 | 8.6% |
| More than 72 hours | 2,490 | 1.7% |

EXPERT REPORT OF MICHAEL BANDEMER
CASE NO. CV-15-00250-TUC-DCB

Protected Material Subject to Protective Order

24.     BRG calculated the total number of hours specific to a unique detainment event by taking all of the hours specific to that event, less the hours associated with "Arrest", and summing them.  This value includes hours specific to time spent in custody ("In_BP_Custody"), or the time the individual enters a station or facility, until the individual is booked out of the facility.  Time associated with "In_Transit" hours are included as well, as the individual although in transit from one station to another, is still defined as "In Custody" (*see Nov. 21, 2016 Deposition of Antonio Trindade ("Trindade Dep.") at 95:13-23*).

**Mat and a Mylar blanket for all detainees being held longer than 12 hours**

25.     Per the order following the Preliminary Injunction, all detainees held longer than 12 hours are required to be provided BOTH a mat and (mylar) blanket.  To calculate the number of unique detainment events greater than 12 hours where both a mat (or bed, pad or cot) and blanket was provided, I first filtered all unique detainment events where the total hours in BP custody were greater than 12 hours.  I then searched the remaining records for instances of the action code "SLPCT", which is defined as "sleeping cot/mat and blanket provided".  In addition, I searched the "DA_COMMENT_TEXT" column for terms related to "bed", "mat", "cot", "rug", "blanket", "pillow", "quilt", "spread", "foam", "pad", "padded", "mylar".

26.     For all detainment events greater than 12 hours, over the REPORTED TIME PERIOD and applying the above-defined criteria, I calculated 16,285 (13.1%) detainment events wherein a detainee received both a mat (or bed, pad or cot) and blanket.  The same calculation performed over the period January, 2015 through October, 2016 (defined as the "pre-order period") shows 2.1% of detainment events where a detainee received both a mat (or bed, pad or cot) and blanket.  This percentage increases to 77.2% over the period November, 2016 through May, 2017 (defined as the "post-order period"). The results of my analysis and calculations are set forth at Exhibit 1.

**Personal Hygiene for all detainees being held longer than 12 hours**

27.     Per the order following the Preliminary Injunction, all detainees held longer than 12 hours are required to be provided personal hygiene products.  This category covers a broad range including detainees' ability to wash or clean themselves via a shower.  In instances where a station lacks a shower, bodily cleansing products such as wipes or similar hygiene products are to be provided.  Additional hygiene products include items related to personal hygiene (i.e., soap, deodorant, "shower in a bag"), and dental

Protected Material Subject to Protective Order

hygiene products (i.e., toothbrush), feminine products (i.e., toilet paper, sanitary napkins), and baby supplies (i.e., diapers, baby food, formula).

28.    To calculate the number of unique detainment events greater than 12 hours where a personal hygiene item was provided, I first filtered all unique detainment events where the total hours in BP custody were greater than 12 hours.  I then searched the remaining records for instances of the action codes "SHWRP" (defined as "shower provided"), "HYGBD" (defined as "bodily cleansing product"), "HYGPD" (defined as "personal hygiene product"), "HYGDN" (defined as "dental hygiene product"), "HYGDP" (defined as "diaper"), and "HYGFM" (defined as feminine hygiene product").  In addition, I searched the "DA_COMMENT_TEXT" column for terms related to "shower", "shower bag/wipe/pad", "wash", "bath", "towel", "wipes", "body wipe/wash/product", "cleanse", "cleansing wipe/product/towel/materials", "towelette", "soap", "comb", "deodorant", "toilet paper", "feminine product/hygiene/pad", "maxi pad", "tampon", "female wipe/hygiene", "sanitary napkin", "baby wipe", "bottle", "diaper", "formula", "gerber", "nido", "powder milk", "milk (not powdered)", "baby food", "tooth/teeth brush", "dental", "oral rinse", and "mouth wash".

29.    For all detainment events greater than 12 hours, over the REPORTED TIME PERIOD and applying the above-defined criteria, I calculated 31,326 (25.2%) detainment events wherein a detainee received personal hygiene products.  The same calculation performed over the period January, 2015 through October, 2016 (defined as the "pre-order period") shows 18.9% of detainment events where a detainee received personal hygiene products.  This percentage increases to 61.8% over the period November, 2016 through May, 2017 (defined as the "post-order period").  The results of my analysis and calculations are set forth at Exhibit 2.

**Medical Screening Form Implementation**

30.    Per the order following the Preliminary Injunction, Defendants were required to implement universal use of their medical screening form at all stations.  To calculate the number of unique detainment events where medical screening was provided, I searched the relevant data for instances of the action codes "MDSCR" (described as "medical screening completed").  In addition, I searched the "DA_COMMENT_TEXT" column for terms related to "doctor", " dr[.] ", "emergency", "medic", "hospital", " ER ", "medical AND (screen OR form OR care OR evaluation OR test OR need OR situation OR claim OR clearance OR observation OR attention OR reason OR concern OR center OR condition OR issue OR note OR question")", and "PREA".

EXPERT REPORT OF MICHAEL BANDEMER
CASE NO. CV-15-00250-TUC-DCB

Protected Material Subject to Protective Order

31.    For all detainment events over the REPORTED TIME PERIOD and applying the above-defined criteria, I calculated 4,347 (3.0%) detainment events wherein a detainee received medical screening.  The same calculation performed over the period January, 2015 through October, 2016 (defined as the "pre-order period") shows 2.8% of detainment events where a detainee received medical screening.  This percentage increases to 4.3% over the period November, 2016 through May, 2017 (defined as the "post-order period").  When examining the detainment events since 2017, the percentage increases to 6.2% indicating a recent increase in attention to the recording of medical screening activity.  The results of my analysis and calculations are set forth at Exhibit 3.  The following table (1) represents the number of "Yes" and "No" values from the combined table of e3DM reports, specific to the post order requirements and calculations:

Protected Material Subject to Protective Order

**TABLE 1**

| YearMonth | Bedding | | Hygiene | | Medical Screening | |
|---|---|---|---|---|---|---|
| | Yes | No | Yes | No | Yes | No |
| 201501 | 3 | 4,151 | 50 | 4,104 | 4 | 4,921 |
| 201502 | 2 | 5,054 | 79 | 4,977 | 5 | 5,639 |
| 201503 | 8 | 5,713 | 28 | 5,693 | 7 | 6,413 |
| 201504 | - | 5,023 | 79 | 4,944 | 11 | 5,740 |
| 201505 | 2 | 5,548 | 121 | 5,429 | 111 | 6,275 |
| 201506 | 15 | 4,567 | 81 | 4,501 | 173 | 5,145 |
| 201507 | 19 | 3,695 | 98 | 3,616 | 106 | 4,169 |
| 201508 | 28 | 4,254 | 287 | 3,995 | 184 | 4,758 |
| 201509 | 42 | 4,140 | 2,025 | 2,157 | 239 | 4,578 |
| 201510 | 65 | 5,524 | 3,184 | 2,405 | 375 | 5,786 |
| 201511 | 50 | 5,303 | 2,555 | 2,798 | 341 | 5,665 |
| 201512 | 49 | 5,803 | 1,009 | 4,843 | 302 | 6,215 |
| 201601 | 26 | 3,967 | 2,392 | 1,601 | 237 | 4,561 |
| 201602 | 93 | 4,568 | 1,808 | 2,853 | 224 | 5,223 |
| 201603 | 66 | 5,518 | 801 | 4,783 | 147 | 6,309 |
| 201604 | 83 | 5,328 | 965 | 4,446 | 191 | 5,846 |
| 201605 | 89 | 6,051 | 314 | 5,826 | 277 | 6,510 |
| 201606 | 137 | 4,829 | 1,706 | 3,260 | 87 | 5,541 |
| 201607 | 190 | 3,528 | 592 | 3,126 | 67 | 4,471 |
| 201608 | 288 | 3,347 | 194 | 3,441 | 115 | 4,397 |
| 201609 | 334 | 3,475 | 258 | 3,551 | 45 | 4,632 |
| 201610 | 595 | 4,588 | 1,413 | 3,770 | 145 | 5,846 |
| 201611 | 2,502 | 2,929 | 2,175 | 3,256 | 126 | 5,920 |
| 201612 | 3,308 | 442 | 2,453 | 1,297 | 109 | 4,293 |
| 201701 | 2,476 | 171 | 1,523 | 1,124 | 63 | 3,334 |
| 201702 | 1,688 | 335 | 1,421 | 602 | 123 | 2,477 |
| 201703 | 1,390 | 206 | 1,292 | 304 | 116 | 2,033 |
| 201704 | 1,066 | 37 | 923 | 180 | 105 | 1,373 |
| 201705 | 1,671 | 40 | 1,500 | 211 | 322 | 1,867 |
| | **16,285** | **108,134** | **31,326** | **93,093** | **4,357** | **139,937** |

**Compliance Monitoring**

32.    Following the court order, Defendants implemented the tracking of certain monitoring for compliance of the following: availability of working sinks and toilets and/or other materials sufficient to meet the personal hygiene needs of detainees on a per cell per station basis; cell temperatures; cell sanitation and cleanliness; delivery to detainees of bedding, including mats, personal hygiene items such as toilet paper, toothbrushes and toothpaste, feminine hygiene items, baby food, diapers, and meals.

EXPERT REPORT OF MICHAEL BANDEMER
CASE NO. CV-15-00250-TUC-DCB

Protected Material Subject to Protective Order

33.     The amenity report is a function of the e3DM and is a report produced every 24 hours by Defendants.  The report is available to Supervisor (or higher) level to document the conditions for all cells in a station or substation.   These conditions include water fountain functioning, toilet functioning, clean(liness), pest free, bottled/jug water availability, sink functioning, temperature between 66-80, and ventilation.   The user is provided with a "Yes" or "No" option for data input, as well as a field with mandatory comments for any "No" input.  The following table (2) represents the number of "Yes" and "No" values from the combined table of amenity reports:

**TABLE 2**

| YearMonth | # Sector Amenity Reports | # Records | # Compliance YES | # Compliance NO |
|---|---|---|---|---|
| 201510 | 219 | 2,655 | 2,584 | 71 |
| 201511 | 743 | 9,193 | 8,931 | 262 |
| 201512 | 789 | 10,289 | 9,864 | 425 |
| 201601 | 781 | 10,281 | 10,022 | 259 |
| 201602 | 737 | 9,434 | 9,164 | 270 |
| 201603 | 776 | 9,898 | 9,660 | 238 |
| 201604 | 817 | 10,195 | 10,094 | 101 |
| 201605 | 925 | 11,117 | 11,050 | 67 |
| 201606 | 847 | 10,093 | 10,029 | 64 |
| 201607 | 872 | 10,524 | 10,483 | 41 |
| 201608 | 879 | 10,751 | 10,521 | 230 |
| 201609 | 835 | 12,923 | 12,837 | 86 |
| 201610 | 854 | 13,551 | 13,353 | 198 |
| 201611 | 842 | 11,868 | 11,787 | 81 |
| 201612 | 855 | 10,517 | 10,430 | 87 |
| 201701 | 893 | 11,074 | 10,775 | 299 |
| 201702 | 812 | 10,048 | 9,954 | 94 |
| 201703 | 872 | 10,877 | 10,724 | 153 |
| 201704 | 829 | 10,501 | 10,428 | 73 |
| 201705 | 826 | 10,703 | 10,610 | 93 |
| | **16,003** | **206,492** | **203,300** | **3,192** |

**Additional Amenities Quantified Not Specifically Defined**

34.     In addition to the calculations summarized above, I computed the following calculations consistent with the prior analysis performed and computed these calculations over the broader REPORTED TIME PERIOD of January 1, 2015 through May 31, 2017:

a.  Provision of sleeping mats

b.  Provision of wipes or showers

c.  Provision of dental supplies

d.  Provision of feminine hygiene

EXPERT REPORT OF MICHAEL BANDEMER
CASE NO. CV-15-00250-TUC-DCB

Protected Material Subject to Protective Order

  e. Provision of baby supplies

  f. Gap between meals

  g. Gap between burritos

  h. Provision of Medical Screening

  i. Provision of Medical Treatment

  j. Sleeping mats by facility

  k. Wipes or Showers by facility

  l. Provision/gap between meals by facility

  m. Number of detainees, by cell (cell detention data)

35. The results of my analysis and calculations of the above calculations are set forth in Exhibits 4 through 13j**.**

**Provision of sleeping mats**

36. To calculate the number of unique detainment events where a sleeping mat was provided, I searched the relevant data for instances of the action code "SLPCT", which is defined as "sleeping cot/mat and blanket provided". In addition, I searched the "DA_COMMENT_TEXT" column for terms related to "bed", "mat", "cot", "foam", "pad", and "padded".

37. For all detainment events over the REPORTED TIME PERIOD, applying the above-defined criteria, I calculated 19,680 (13.6%) detainment events wherein a detainee received a sleeping mat. The same calculation performed over the period January, 2015 through October, 2016 (defined as the "pre-order period") shows 2.1% of detainment events where a detainee received a sleeping mat. This percentage increases to 76.7% over the period November, 2016 through May, 2017 (defined as the "post-order period"). The results of my analysis and calculations are set forth at Exhibit 4.

**Provision of wipes or showers**

38. To calculate the number of unique detainment events where a wipe or shower was provided, I searched the relevant data for instances of the action code "SHWRP", which is defined as "Shower provided". In addition, I searched the "DA_COMMENT_TEXT" column for terms related to "shower", "shower bag/wipe/pad", "cleanse", "wash", "bath", and "towel".

39. For all detainment events over the REPORTED TIME PERIOD, applying the above-defined criteria, I calculated 12,358 (8.6%) detainment events wherein a detainee received a wipe or shower. The

EXPERT REPORT OF MICHAEL BANDEMER
CASE NO. CV-15-00250-TUC-DCB

Protected Material Subject to Protective Order

same calculation performed over the period January, 2015 through October, 2016 (defined as the "pre-order period") shows 1.9% of detainment events where a detainee received a wipe or shower.  This percentage increases to 45.0% over the period November, 2016 through May, 2017 (defined as the "post-order period").  The results of my analysis and calculations are set forth at Exhibit 5.

**Provision of dental supplies**

40.     To calculate the number of unique detainment events where dental supplies or dental hygiene product(s) were provided, I searched the relevant data for instances of the action code "HYGDN", which is defined as "Dental Hygiene Product".  In addition, I searched the "DA_COMMENT_TEXT" column for terms related to "tooth/teeth brush", "dental", "oral rinse", and "mouth wash".

41.     For all detainment events over the REPORTED TIME PERIOD, applying the above-defined criteria, I calculated 24,507 (17.0%) detainment events wherein a detainee received dental supplies.  The same calculation performed over the period January, 2015 through October, 2016 (defined as the "pre-order period") shows 15.5% of detainment events where a detainee received dental supplies.  This percentage increases to 24.9% over the period November, 2016 through May, 2017 (defined as the "post-order period").  The results of my analysis and calculations are set forth at Exhibit 6.

**Provision of feminine products**

42.     To calculate the number of unique detainment events where baby supplies were provided, I searched the relevant data for instances of the action code "HYGFM", which is defined as "Feminine Hygiene Product".  In addition, I searched the "DA_COMMENT_TEXT" column for terms related to "toilet paper", "feminine product/hygiene/pad", "maxi pad", "tampon", "female wipe/hygiene", and "sanitary napkin".

43.     For all detainment events over the REPORTED TIME PERIOD, applying the above-defined criteria, I calculated 1,073 (.7%) detainment events wherein a detainee received feminine products.  The same calculation performed over the period January, 2015 through October, 2016 (defined as the "pre-order period") shows 0.1% of detainment events where a detainee received feminine products.  This percentage increases to 4.0% over the period November, 2016 through May, 2017 (defined as the "post-order period").  The results of my analysis and calculations are set forth at Exhibit 7.

**Provision of baby supplies**

44.     To calculate the number of unique detainment events where baby supplies were provided, I searched the relevant data for instances of the action code "HYGDP", which is defined as "Diaper". In addition, I searched the "DA_COMMENT_TEXT" column for terms related to "baby wipe", "bottle", "diaper", "formula", "gerber", "nido", "powder milk", "milk (not powdered)", and "baby food".

45.     For all detainment events over the REPORTED TIME PERIOD, applying the above-defined criteria, I calculated 1,845 (1.3%) detainment events wherein a detainee received baby supplies. The same calculation performed over the period January, 2015 through October, 2016 (defined as the "pre-order period") shows 0.8% of detainment events where a detainee received baby supplies. This percentage increases to 4.1% over the period November, 2016 through May, 2017 (defined as the "post-order period"). The results of my analysis and calculations are set forth at Exhibit 8.

**Gap between meals**

46.     To calculate the average gap (in minutes) between meals (identified as any type of food offering whether it is a snack or something more substantial such as a hot meal), I searched the relevant data for instances of the action code "MLACC", which is defined as "Served Meal (Accepted", as well as "MLREF", which is defined as "Served Meal (Refused)", and "SKMKJ", which is defined as "Snacks, Milk, Juice Provided". All 3 of these actions indicate that food was at least offered to the detainee. In addition, I searched the "DA_COMMENT_TEXT" column for terms related to "food", "meal", "breakfast", "lunch", "dinner", " ate", " eat/eating", "bean", "cheese", "milk", "drink/drinking", "water", "juice", "formula", "gerber", "nido", "electrolyte", "pedialyte", "snack", "soup", "burro/burrito", "crackers", and "fed/feeding".

47.     My resultant dataset included detainment events containing at least one (1) food offering made. Detainment events with no food offerings were excluded from this analysis. The average gap between food offerings was calculated as the difference between the initial "In_BP_Custody" "Book_In" date and the first food offering as identified above, the difference between the initial food offering and any subsequent food offering, and the difference between the last food offering and the last "In_BP_Custody" "Book_Out" date. These minute calculations were averaged over the detainment event. Hours the detainee was "Booked_Out" of custody, and "In_Transit" were excluded. To my knowledge, Defendants have not produced any policies or procedures regarding the provision of meals during transit or between time of arrest and initial book in at a border patrol station (*see Aug. 17, 2016 Deposition of Joseph Gaston ("Gaston Dep.") at 10:16-20).*

Protected Material Subject to Protective Order

48.     My results indicate that there were 129,421 unique detainment events that had at least one (1) food offering.  The overall average gap in minutes for these events was 213 (03:33 HH:MM).  The same calculation performed over the period January, 2015 through October, 2016 (defined as the "pre-order period") shows an average gap in minutes for these events to be 234 (03:54 HH:MM).  This percentage decreases to 145 minutes (02:25 HH:MM) over the period November, 2016 through May, 2017 (defined as the "post-order period").  The results of my analysis and calculations are set forth at Exhibit 9.

**Gap between burritos**

49.     To calculate the average gap (in minutes) between a burrito offered (a burrito is identified as being a food item considered more substantial than a snack, such as a hot meal), I searched the "DA_COMMENT_TEXT" column for terms related to "burro[s]" or "burrito[s]".

50.     My resulting dataset were detainment events containing at least one (1) burrito offering. Detainment events with no burrito offerings were excluded from this analysis.  The average gap between burrito offerings was calculated as the difference between the initial "In_BP_Custody" "Book_In" date and the first food offering as identified above, the difference between the initial food offering and any subsequent food offering, and the difference between the last food offering and the last "In_BP_Custody" "Book_Out" date.  These minute calculations were averaged over the detainment event.  Hours the detainee was "Booked_Out" of custody, and "In_Transit" were excluded.

51.     My results indicate that there were 125,563 unique detainment events that had at least one (1) burrito offering.  The overall average gap in minutes for these events was 274 (04:34 HH:MM). The same calculation performed over the period January, 2015 through October, 2016 (defined as the "pre-order period") shows an average gap in minutes for these events to be 296 (04:56 HH:MM).  This percentage decreases to 206 minutes (03:26 HH:MM) over the period November, 2016 through May, 2017 (defined as the "post-order period").  The results of my analysis and calculations are set forth at Exhibit 10.

**Provision of Medical Treatment**

52.     To calculate the number of unique detainment events where medical treatment was provided, I searched the relevant data for instances of the action codes "MEDNO" (described as "medical treatment (Non-OBP)"), and "MEDOB" (described as "medical treatment (OBP)").  In addition, I searched the "DA_COMMENT_TEXT" column for terms related to "dose", "dosage", " emt ", "headache", "health",

Protected Material Subject to Protective Order

"healing", "ibuprofen", "injured", "insulin", "medication", "medicine", "meds", "[0-9]mg", "pain", "pills", "prescribed", "prescription", "treated", "treatment", "tab/tablet", "complain/complaint/complaining", "first aid", "sore", "cough", "blister", "hernia", "blood", "temperature taken", "injuries", "sent to medical", "banner medical", and "bandage".

53.     For all detainment events over the REPORTED TIME PERIOD, applying the above-defined criteria, I calculated 26,205 (18.2%) detainment events wherein a detainee received medical treatment. The same calculation performed over the period January, 2015 through October, 2016 (defined as the "pre-order period") shows 14.5% of detainment events where a detainee received medical treatment. This percentage increases to 38.2% over the period November, 2016 through May, 2017 (defined as the "post-order period").  The results of my analysis and calculations are set forth at Exhibit 11.

**Sleeping mats by facility, 1 report for each of 8 Tucson facilities**

54.     To calculate the number of unique detainment events, by facility, where a sleeping mat was provided, I first filtered the relevant dataset by known Tucson facilities:

- AJO_S-Ajo Station
- AJO_S_85C-Ajo Station 85 checkpoint
- NCO_S-Brain A. Terry Station
- CAG_S-Casa Grande Station
- DGL_S-Douglas Station
- DGL_S_SAT-Douglas Station Satellite Facility
- NGL_S- Nogales Station
- NGLS_S_19C-Nogales I-19 Checkpoint
- SON_S-Sonoita Station
- SON_S_83C-Sonoita Station Checkpoint on SR 83
- TCA_E_TCC- Tucson Sector Tucson Coordination Center
- TCA_E_NPC-Tucson Sector Nogales Processing Center
- TUS_S-Tucson Station
- WCX_S- Wilcox Station
- WCX_S_191C- Wilcox Station Checkpoint on SR 191

55.     I then searched the resultant data for instances of the action code "SLPCT", defined as "sleeping cot/mat and blanket provided".  In addition, I searched the "DA_COMMENT_TEXT" column for terms related to "bed", "mat", "cot", "foam", "pad", and "padded".  If a unique detainment event contains one of the Tucson stations, and that station had a mat provided, then that station was counted once for that event.  There could be multiple Tucson stations for one detainment event, as a detainee may be

Protected Material Subject to Protective Order

transferred between stations.  As such, if any of the stations had a mat provided, that station was counted once, for that detainment event.

56.    The results of my analysis and calculations are set forth at Exhibits 12a – 12j.

**Wipes or Showers by facility, 1 report for each of 8 Tucson facilities**

57.    To calculate the number of unique detainment events, by facility, where a shower was provided, I first filtered the relevant dataset by known Tucson facilities:

- AJO_S-Ajo Station
- AJO_S_85C-Ajo Station 85 checkpoint
- NCO_S-Brain A. Terry Station
- CAG_S-Casa Grande Station
- DGL_S-Douglas Station
- DGL_S_SAT-Douglas Station Satellite Facility
- NGL_S- Nogales Station
- NGLS_S_19C-Nogales I-19 Checkpoint
- SON_S-Sonoita Station
- SON_S_83C-Sonoita Station Checkpoint on SR 83
- TCA_E_TCC- Tucson Sector Tucson Coordination Center
- TCA_E_NPC-Tucson Sector Nogales Processing Center
- TUS_S-Tucson Station
- WCX_S- Wilcox Station
- WCX_S_191C- Wilcox Station Checkpoint on SR 191

58.    I then searched the resultant data for instances of the action code "SHWRP", which is defined as "Shower provided".  In addition, I searched the "DA_COMMENT_TEXT" column for terms related to "shower", "shower bag/wipe/pad", "cleanse", "wash", "bath", and "towel".  If a unique detainment event contains one of the Tucson Sector stations, and that station had a wipe or shower provided, then that station was counted once for that event.  There could be multiple Tucson stations for one detainment event, as a detainee may be transferred between stations.  As such, if any of the stations had a wipe or shower provided, that station was counted once, for that detainment event.

59.    I understand that only the Nogales and TCC stations have shower facilities, but I note that the e3DM data indicates that showers were provided at some of the other facilities (i.e., the "Actions" field is coded "SHWRP", defined as "Shower Provided").   The results of my analysis and calculations are set forth at Exhibit 13a – 13j.

EXPERT REPORT OF MICHAEL BANDEMER
CASE NO. CV-15-00250-TUC-DCB

Protected Material Subject to Protective Order

**Provision of meals, by facility**

60.   To calculate the number of meals offered, by facility, where a meal was provided, I first filtered the relevant dataset by known Tucson facilities:

- AJO_S-Ajo Station
- AJO_S_85C-Ajo Station 85 checkpoint
- NCO_S-Brain A. Terry Station
- CAG_S-Casa Grande Station
- DGL_S-Douglas Station
- DGL_S_SAT-Douglas Station Satellite Facility
- NGL_S- Nogales Station
- NGLS_S_19C-Nogales I-19 Checkpoint
- SON_S-Sonoita Station
- SON_S_83C-Sonoita Station Checkpoint on SR 83
- TCA_E_TCC- Tucson Sector Tucson Coordination Center
- TCA_E_NPC-Tucson Sector Nogales Processing Center
- TUS_S-Tucson Station
- WCX_S- Wilcox Station
- WCX_S_191C- Wilcox Station Checkpoint on SR 191

61.   To calculate the number of meals offered, by facility, where a meal was provided, I first filtered the relevant dataset by known Tucson facilities.  I then searched the relevant data for instances of the action code "MLACC", which is defined as "Served Meal (Accepted)", as well as "MLREF", which is defined as "Served Meal (Refused)", and "SKMKJ", which is defined as "Snacks, Milk, Juice Provided".  All 3 of these actions indicate that food was at least offered to the detainee.  In addition, I searched the "DA_COMMENT_TEXT" column for terms related to "food", "meal", "breakfast", "lunch", "dinner", " ate", " eat/eating", "bean", "cheese", "milk", "drink/drinking", "water", "juice", "formula", "gerber", "nido", "electrolyte", "pedialyte", "snack", "soup", "burro/burrito", "crackers", and "fed/feeding".   Table (3) below represents meals offered, accepted, and declined, by facility:

EXPERT REPORT OF MICHAEL BANDEMER
CASE NO. CV-15-00250-TUC-DCB

Protected Material Subject to Protective Order

**TABLE 3:**

| Facility | Meals Offered | Meals Accepted | Meals Declined | Meals Offered (neither Accepted Nor Declined) |
|---|---|---|---|---|
| Ajo Station | 32,350 | 28,861 | 488 | 3,001 |
| Brian A. Terry | 17,810 | 13,094 | 762 | 3,954 |
| Casa Grande Station | 57,986 | 48,354 | 430 | 9,202 |
| Douglas Station | 49,865 | 47,694 | 596 | 1,575 |
| Nogales Station | 52,722 | 39,424 | 1,332 | 11,966 |
| Sonoita Station | 5,619 | 4,813 | 147 | 659 |
| Tucson Sector Nogales Processing Center | 1 | 1 | - | - |
| Tucson Sector Tucson Coordination Center | 601,879 | 542,094 | 3,248 | 56,537 |
| Tucson Station | 37 | 15 | - | 22 |
| Wilcox Station | 5,945 | 4,385 | 233 | 1,327 |

62.     I am prepared to supplement the report if requested and as additional data becomes available.  The view expressed in this report are those of the author and should not be construed as representing the positions of all experts at Berkeley Research Group.

Executed this 22nd day of September 2017 at San Diego, California.

_____

MICHAEL R. BANDEMER

**Exhibit A**

**CV and Testimony Log**



THINK**BRG**.COM

# Michael R. Bandemer

**CPA, EnCE, CFF, CMA, CITP**
Managing Director

P: 619.823.8867

mbandemer@thinkbrg.com

## Summary

Michael Bandemer is a Managing Director with Berkeley Research Group and leader of its Discovery and Forensic Technology Practice which specializes in e-discovery, digital forensics and investigations.  Prior to joining Berkeley Research Group, Mr. Bandemer was a Managing Director with Huron Legal, an international advisory and business services firm, and previously the national practice leader of LECG's Legal Technology and Analytics Consulting group (LTAC) which specialized in e-discovery, digital forensics and data analytics and provided strategic consulting, expert testimony and services to corporations and law firms across all phases of discovery.

Mr. Bandemer has performed or supervised the preservation, forensic collection and analysis of electronically stored information ("ESI") from corporate networks, databases, personal computers (Mac and PC), phones, tablets, external storage devices, social media, archives, cloud providers and other digital storage media in hundreds of matters ranging from internal and federal investigations to commercial disputes. Mr. Bandemer advises both corporate and law firm clients and provides expert testimony regarding various information management and legal technology issues including internal discovery processes, procedures, best practices, evidence preservation and collection, computer forensics, electronic discovery, complex data analytics, and other information technology issues.

Mr. Bandemer has qualified in court as an expert in e-discovery and computer forensics and provided testimony at deposition, arbitration and federal and state court.  He has been selected as an independent e-discovery expert and has served as a 30(b)(6) corporate representative, special master and court appointed third-party neutral in various engagements.   In these matters Mr. Bandemer has addressed discovery issues concerning records management, accessibility, burden, preservation, collection, spoliation, search and production.

The diverse range of matters Mr. Bandemer has assisted with includes misappropriation of trade secrets, internal investigations, breach of contract, business interruption, employment disputes, fraud investigations, securities, and wage and hour class actions among others. He has experience in a broad spectrum of industries including high technology, financial services, construction, professional services, gaming, hospitality, entertainment, oil and gas, government, retail, auto, railroad, entrepreneurial business, manufacturing, and real estate.

## Professional Experience

| | | |
|---|---|---|
| Berkeley Research Group | Managing Director | 2014 to Present |
| Huron Consulting Group | Managing Director | 2011 to 2014 |
| LECG (Mack\|Barclay Inc.) | Partner | 1994 to 2011 |
| Peterson Consulting, L.P. | Senior Consultant | 1990 to 1994 |
| Phelps Dodge Corporation | Associate | 1988 to 1990 |



THINK**BRG**.COM

## Education and Certifications

Bachelor of Science in Finance, Arizona State University 1990, *cum laude* graduate.
 Member of the Golden Key Honor Society
 Selected for *Who's Who Among Students in American Universities and Colleges*
 Served as the chief budgeting assistant for the Associated Student Body (1989–1990)

Certified Public Accountant, 1998

Certified Management Accountant, 1995

Certified Information Technology Professional, 2001

Certified EnCase Computer Examiner, 2003

Certified Financial Forensics, 2008

Continuing education as lecturer and participant.

## Patents Held

System and Method for Managing Observational Information Items
 United States 7,107,278 B1, Issued September 12, 2006
 Structural relational database and interface developed for managing electronic information, photos, and digitized
 field drawings/notes and other information in construction defect matters.

## Professional Associations

American Institute of Certified Public Accountants

High Technology Crime Investigation Association

The Sedona Conference Working Group:
 Electronic Document Retention and Production

California State Society of Certified Public Accountants

Association of Certified Fraud Examiners

Association of Records Managers & Administrators

Association for Information and Image Management

Institute of Management Accountants

## Publications

*Digital Forensics in Trade Secret Investigations*
 *Trade Secret Litigation and Protection in California (Third Edition)*
 Section Co-contributor, State Bar of California, December 2014

*The Changing ESI Landscape: How a Proactive eDiscovery Program can Control Litigation Costs*
 XPRT Forum Magazine, March 2010

*The Rising Costs of Litigation*
 Fox Business Channel, March 2010



THINK**BRG**.COM

*Anatomy of an IP Theft: A Case Study of a Forensic Computer Investigation*

   e-Discovery Law & Strategy, September 2007, Volume 4, Number 5

*You Want Me to do What? A Practical Look at the Question of Proper Preservation of Electronically Stored Information in Today's Business Litigation Environment* with Sergio D Kopelev

   Nevada Lawyer, October 2006

*Computer Forensics, an Effective HR Tool*

   Employers Group People & Productivity Newsletter, April/May 2002, Volume 59


**Board Experience**

Past President and 1st Vice President - High Technology Crimes Investigation Association (HTCIA); San Diego Chapter

Youth Tennis San Diego–Board of Directors, Past President



THINK**BRG**.COM

## Michael R. Bandemer, CPA, EnCE, CITP, CFF, CMA
## Record of Live Testimony
### Previous 10 Years

| Date | Case Name | Venue | Testimony |
|------|-----------|-------|-----------|
| 08/10/17 | State of Louisiana v. Louisiana Land and Exploration Company, et al. | Federal- LA | Evidentiary Hearing |
| 04/26/17 | Vintage Assets Inc. v. Tennessee Gas Pipeline Company LLC et al. | Federal- LA | Deposition |
| 12/18/16 | Catherine P. Alford et al. v. Chevron U.S.A. Inc. et  al | Federal- LA | Deposition |
| 12/09/16 | Vintage Assets Inc. v. Tennessee Gas Pipeline Company LLC et al. | Federal- LA | Deposition |
| 10/13/16 | BCR Holdings, Inc. vs. Baby Oil, Inc., et al. | LA State Court | Deposition |
| 06/02/16 | Universal Card, Inc. v. Cassell et al | OC Superior | Deposition |
| 05/17/16 | Earl Powell Gray et al v. ACO USA, LLC | LA State Court | Deposition |
| 05/18/16 | Carroll Jane Arceneaux et al v. Boudreaux et al. | LA State Court | Deposition |
| 01/13/16 | D and D Cajun Ventures, LLC, et al. v. Atlantic Richfield Co., et al. | LA State Court | Deposition |
| 01/07/16 | In re: Transperfect Global, Inc, et al | DE State Court | Trial |
| 01/06/16 | In re: Transperfect Global, Inc, et al | DE State Court | Deposition |
| 12/22/15 | In re: Transperfect Global, Inc, et al | DE State Court | Deposition |
| 10/28/15 | Primeaux et al v. Exxon Mobile et al. | LA State Court | Deposition |
| 10/07/15 | Beckett Media, LLC v. Check Out My, LLC | WA State Court | Deposition |
| 03/23/15 | Fyfe Co., LLC et al. v. Structural Group, Inc. et al. | Federal - MD | Deposition |
| 02/10/15 | DuPont, et al. v. Mobile Oil E&P S.E., Inc. et al | LA State Court | Deposition |
| 01/28/15 | Rutherford v. Palo Verde Health Care District et al | Federal-CA | Deposition |
| 01/27/15 | Pat & Oscars Concepts v. Foley et al | SD Superior | Trial |
| 12/09/14 | Mohammed Mohideen v. Calnet, Inc. | Federal - CA | Deposition |
| 11/18/14 | State of Louisiana v. Louisiana Land and Exploration Company, et al. | LA State Court | Deposition |
| 10/30/14 | State of Louisiana v. Louisiana Land and Exploration Company, et al. | LA State Court | Trial |
| 10/23/14 | Tammy Garcia v. Mako Surgical Corp | Federal - FL | Deposition |
| 10/16/14 | Stephen Welsh v. Ryder Truck Rental, Inc., et al. | SD Superior | Deposition |



THINK**BRG**.COM

## Michael R. Bandemer, CPA, EnCE, CITP, CFF, CMA
## Record of Live Testimony
### Previous 10 Years

| Date | Case Name | Venue | Testimony |
|------|-----------|-------|-----------|
| 07/25/14 | Pat & Oscars Concepts v. Foley et al | SD Superior | Deposition |
| 04/22/14 | Perlan Therapeutics v Nexbio, et al | SD Superior | Deposition |
| 01/28/14 | Tillman, Randolph et al v. Chevron U.S.A. Inc., et al | LA State Court | Trial |
| 10/09/12 | Texaco Exploration and Production Inc. v. Hilcorp Energy et al. | LA State Court | Trial |
| 09/14/12 | Sterling Sugars Production Co. v. BP America Production Co., et al. | LA State Court | Deposition |
| 09/06/12 | Costco Wholesale Corporation v. WA Dept. of Revenue | WA Superior | Deposition |
| 08/31/12 | Saadat  et al. v. Scot Cheatham, et al. | SD Superior | Arbitration |
| 08/17/12 | Texaco Exploration and Production Inc. v. Hilcorp Energy et al. | LA State Court | Deposition |
| 08/06/12 | Saadat  et al. v. Scot Cheatham, et al. | SD Superior | Deposition |
| 03/06/12 | C.S. Gaidry Inc., et al v. Union Oil Company of California et al. | LA State Court | Deposition |
| 07/12/11 | Parsi v. First Communications, Inc. | SD Superior | Trial |
| 04/26/11 | Kenny v. North County Ford | SD Superior | Arbitration |
| 02/20/11 | Parsi v. First Communications, Inc. | SD Superior | Deposition |
| 02/16/11 | Mountain View Recreation v. Imperial Commercial Cooking | Las Vegas Superior | Deposition |
| 07/14/10 | MKR Properties v. Lee & Associates, et al. | SD Superior | Deposition |
| 06/21/10 | Technology Integration Group v. Dragoni | SF Superior | Trial |
| 06/14/10 | India Street Ventures v. Swinerton Builders | SD Superior | Deposition |
| 04/14/10 | Granados v. Cruizin' Cooler | OC Superior | Deposition |
| 04/06/10 | Allen v. Frontier Partners | Las Vegas Superior | Trial |
| 03/30/10 | Allen v. Frontier Partners | Las Vegas Superior | Deposition |
| 03/09/10 | Guillen v. Rick Concrete Construction, Inc. | Riverside Superior | Deposition |
| 02/04/10 | Marsch v. Lennar Corporation | SD Superior | Trial |
| 12/04/09 | Whatman Inc. v. Davin | Federal - NY | Deposition |



THINK**BRG**.COM

## Michael R. Bandemer, CPA, EnCE, CITP, CFF, CMA
### Record of Live Testimony
#### Previous 10 Years

| Date | Case Name | Venue | Testimony |
|------|-----------|-------|-----------|
| 10/06/09 | TIG v. FusionStorm | SF Superior | Deposition |
| 09/18/09 | Individual Networks v. Apple Inc. | Federal - TX | Deposition |
| 06/28/09 | Marsch v. Lennar Corporation | SD Superior | Deposition |
| 05/18/09 | Marsch v. Lennar Corporation | SD Superior | Deposition |
| 05/15/09 | American National Investment v. Watt Companies | SD Superior | Deposition |
| 12/19/08 | 4S Kelwood v. Geocon | SD Superior | Deposition |
| 12/16/08 | Landstar Investments 2, Inc. v. The Sagres Company | SD Superior | Trial |
| 07/23/08 | Landstar v. The Sagres Company | SD Superior | Deposition |
| 05/28/08 | Kenny v. North County Ford | SD Superior | Arbitration |
| 03/10/08 | Kenny v. North County Ford | SD Superior | Arbitration |
| 11/27/07 | Kenny v. North County Ford | SD Superior | Arbitration |
| 11/09/07 | Kenny v. North County Ford | SD Superior | Deposition |
| 07/25/07 | Express v. Taylor | SD Superior | Trial |
| 07/10/07 | Weisberg v. Richter | LA Superior | Arbitration |
| 03/14/07 | Eldorado Stone v. Renaissance Stone | Federal - CA | Trial |
| 03/14/07 | Eldorado Stone v. Renaissance Stone | Federal - CA | Deposition |
| 02/21/07 | Eldorado Stone v. Renaissance Stone | Federal - CA | Deposition |
| 02/13/07 | Mytee Products v. MC Viking | SD Superior | Deposition |
| 01/22/07 | Injen Technology v. Kim | LA Superior | Trial |
| 01/10/07 | Injen Technology v. Kim | LA Superior | Deposition |

**Exhibit B**

**List of Materials Relied Upon by Michael Bandemer and Berkeley Research Group**

| Court Docs  (ECF Nos.) |
| --- |
| Complaint, ECF No. 1 |
| Protective Order, ECF No. 60 |
| Decl. of J. Gaston Plaintiffs' Motion for PI, ECF No. 206-5 |
| ORDER granting Preliminary Injunction, ECF No. 244 |
| Defs.' Motion for Reconsideration, ECF No. 252 |
| Pls.' Opp'n to Motion for Clarification, ECF No. 254 |
| Defs.' Reply Motion for Clarification, ECF No. 257 |
| ORDER denying Motion for Reconsideration, ECF No. 261 |
| **Discovery Responses** |
| 2017-02-09 Defs.' Resp. to Pls.' Interrogatories [Set Two], No. 22 |
| **Preliminary Injunction Hearing Exhibits** |
| Ex. 078 (USA-0000001A-004A) |
| EX. 082 (USA000119A-122A (redacted) |
| EX. 086 (USA000321A (redacted) |
| EX. 097 (USA000654A-665A) |
| EX. 193 (10-16-15 Letter re e3M data) |
| EX. 194 (10-23-15 Letter e3DM) |
| EX. 383 (Analysis of e3DM data, including supporting native e3DM data) |
| Defs.' P.I. Hearing Ex. 5, Time In Custody Chart |
| **Transcripts: Deposition of Trial Transcript** |
| 2016-11-14 P.I. Hearing Transcript |
| 2016-11-15 P.I. Hearing Transcript |
| 11-21-16 - Deposition of Antonio Trindade and all Accompanying Exhibits |
| **Miscellaneous** |
| GAO, Report to the Ranking Member, Committee on Homeland Security, Immigration Detention: *Additional Actions Needed to Strengthen DHS Management of Short-Term Holding Facility* (GAO-16-514) (May 2016) |
| **Produced Documents** |
| (beginning Bates numbers listed only; full document included unless specific range noted) |
| USA-0000652 |
| USA-0000653 |
| USA-0000699 |
| USA-0000700-702 |
| USA-0002184 |
| USA 13028-13097 |
| USA-0168380 |
| USA-0168381 |
| USA-0168382 |

| |
|---|
| USA-0168383 |
| USA-0168384 |
| USA-0168385 |
| USA-0168386 |
| USA-1473178 |
| USA-1473179 |
| USA-1473181 |
| USA-1627256 |
| USA-1627257 |
| USA-1628267 |
| USA-1628268 |
| USA-1639558 |
| USA-1639559 |
| USA-1639560 |
| USA-898862-898863 |
| USA-952346-952347 |
| USBP e3DM for Apps Booked into TCA Facilities 010115-060912 |
| USBP e3DM for Apps Booked into TCA Facilities 092915-083116 Part 1 of 2 |
| USBP e3DM for Apps Booked into TCA Facilities 092915-083116 Part 2 of 2 |



Order Requirement 1: Provision for Sleeping Mats and Blankets
Unique Detainment Events, Greater than 12 Hours
January, 2015 - May, 2017

Exhibit 1

Exhibit 2



Order Requirement 2: Provision for Hygiene
Unique Detainment Events, Greater than 12 Hours
January, 2015 - May, 2017



Order Requirement 3: Provision for Medical Screening
Unique Detainment Events
January, 2015 - May, 2017

Exhibit 3

| | 201501 | 201502 | 201503 | 201504 | 201505 | 201506 | 201507 | 201508 | 201509 | 201510 | 201511 | 201512 | 201601 | 201602 | 201603 | 201604 | 201605 | 201606 | 201607 | 201608 | 201609 | 201610 | 201611 | 201612 | 201701 | 201702 | 201703 | 201704 | 201705 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Provided | | 5 | 7 | 11 | 111 | 173 | 106 | 184 | 239 | 375 | 341 | 302 | 237 | 224 | 147 | 191 | 277 | 87 | 67 | 115 | 45 | | 126 | 109 | | 63 | 123 | 116 | 105 | 322 |
| Not Provided | 4,921 | 5,639 | 6,413 | 5,740 | 6,275 | 5,145 | 4,169 | 4,758 | 4,578 | 5,786 | 5,665 | 6,215 | 4,561 | 5,223 | 6,309 | 5,846 | 6,510 | 5,541 | 4,471 | 4,397 | 4,632 | 5,846 | 5,920 | 4,293 | 3,334 | 2,477 | 2,033 | 1,373 | 1,867 |
| Total | 4,925 | 5,644 | 6,420 | 5,751 | 6,386 | 5,318 | 4,275 | 4,942 | 4,817 | 6,161 | 6,006 | 6,517 | 4,798 | 5,447 | 6,456 | 6,037 | 6,787 | 5,628 | 4,538 | 4,512 | 4,677 | 5,991 | 6,046 | 4,402 | 3,397 | 2,600 | 2,149 | 1,478 | 2,189 |
| % Provided | 0.1% | 0.1% | 0.1% | 0.2% | 1.7% | 3.3% | 2.5% | 3.7% | 5.0% | 6.1% | 5.7% | 4.6% | 4.9% | 4.1% | 2.3% | 3.2% | 4.1% | 1.5% | 1.5% | 2.5% | 1.0% | 2.4% | 2.1% | 2.5% | 1.9% | 4.7% | 5.4% | 7.1% | 14.7% |



Exhibit 4

Provision for Sleeping Mats
Unique Detainment Events
January, 2015 - May, 2017

| | 201501 | 201502 | 201503 | 201504 | 201505 | 201506 | 201507 | 201508 | 201509 | 201510 | 201511 | 201512 | 201601 | 201602 | 201603 | 201604 | 201605 | 201606 | 201607 | 201608 | 201609 | 201610 | 201611 | 201612 | 201701 | 201702 | 201703 | 201704 | 201705 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Provided | 4 | 3 | 11 | 2 | 2 | 18 | 31 | 34 | 50 | 83 | 54 | 64 | 30 | 129 | 89 | 97 | 109 | 178 | 223 | 336 | 384 | 664 | 2,686 | 3,837 | 3,083 | 2,140 | 1,861 | 1,396 | 2,082 |
| Not Provided | 4,921 | 5,641 | 6,409 | 5,749 | 6,384 | 5,300 | 4,244 | 4,908 | 4,767 | 6,078 | 5,952 | 6,453 | 4,768 | 5,318 | 6,367 | 5,940 | 6,678 | 5,450 | 4,315 | 4,176 | 4,293 | 5,327 | 3,360 | 565 | 314 | 460 | 288 | 82 | 107 |
| Total | 4,925 | 5,644 | 6,420 | 5,751 | 6,386 | 5,318 | 4,275 | 4,942 | 4,817 | 6,161 | 6,006 | 6,517 | 4,798 | 5,447 | 6,456 | 6,037 | 6,787 | 5,628 | 4,538 | 4,512 | 4,677 | 5,991 | 6,046 | 4,402 | 3,397 | 2,600 | 2,149 | 1,478 | 2,189 |
| % Provided | 0.1% | 0.1% | 0.2% | 0.0% | 0.0% | 0.3% | 0.7% | 0.7% | 1.0% | 1.3% | 0.9% | 1.0% | 0.6% | 2.4% | 1.4% | 1.6% | 1.6% | 3.2% | 4.9% | 7.4% | 8.2% | 11.1% | 44.4% | 87.2% | 90.8% | 82.3% | 86.6% | 94.5% | 95.1% |



Exhibit 5

Provision for Wipes or Showers
Unique Detainment Events
January, 2015 - May, 2017

| | 201501 | 201502 | 201503 | 201504 | 201505 | 201506 | 201507 | 201508 | 201509 | 201510 | 201511 | 201512 | 201601 | 201602 | 201603 | 201604 | 201605 | 201606 | 201607 | 201608 | 201609 | 201610 | 201611 | 201612 | 201701 | 201702 | 201703 | 201704 | 201705 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Provided | 29 | 11 | 7 | 32 | 45 | 24 | 21 | 45 | 31 | 145 | 149 | 233 | 117 | 150 | 105 | 174 | 163 | 211 | 119 | 52 | 117 | 352 | 1,630 | 2,368 | 1,545 | 1,391 | 1,098 | 839 | 1,155 |
| Not Provided | 4,896 | 5,633 | 6,413 | 5,719 | 6,341 | 5,294 | 4,254 | 4,897 | 4,786 | 6,016 | 5,857 | 6,284 | 4,681 | 5,297 | 6,351 | 5,863 | 6,624 | 5,417 | 4,419 | 4,460 | 4,560 | 5,639 | 4,416 | 2,034 | 1,852 | 1,209 | 1,051 | 639 | 1,034 |
| Total | 4,925 | 5,644 | 6,420 | 5,751 | 6,386 | 5,318 | 4,275 | 4,942 | 4,817 | 6,161 | 6,006 | 6,517 | 4,798 | 5,447 | 6,456 | 6,037 | 6,787 | 5,628 | 4,538 | 4,512 | 4,677 | 5,991 | 6,046 | 4,402 | 3,397 | 2,600 | 2,149 | 1,478 | 2,189 |
| % Provided | 0.6% | 0.2% | 0.1% | 0.6% | 0.7% | 0.5% | 0.5% | 0.9% | 0.6% | 2.4% | 2.5% | 3.6% | 2.4% | 2.8% | 1.6% | 2.9% | 2.4% | 3.7% | 2.6% | 1.2% | 2.5% | 5.9% | 27.0% | 53.8% | 45.5% | 53.5% | 51.1% | 56.8% | 52.8% |



Provision for Dental Hygiene Products
Unique Detainment Events
January, 2015 - May, 2017

Exhibit 6



Provision for Feminine Hygiene Products
Unique Detainment Events
January, 2015 - May, 2017

Exhibit 7

| | 201501 | 201502 | 201503 | 201504 | 201505 | 201506 | 201507 | 201508 | 201509 | 201510 | 201511 | 201512 | 201601 | 201602 | 201603 | 201604 | 201605 | 201606 | 201607 | 201608 | 201609 | 201610 | 201611 | 201612 | 201701 | 201702 | 201703 | 201704 | 201705 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Provided | - | - | - | - | 4 | 2 | 2 | 82 | 4 | 3 | 3 | 45 | - | 1 | 1 | 7 | - | - | 8 | 10 | 3 | 5 | 24 | 12 | 78 | 463 | 184 | 63 | 69 |
| Not Provided | 4,925 | 5,644 | 6,420 | 5,751 | 6,382 | 5,316 | 4,273 | 4,860 | 4,813 | 6,158 | 6,003 | 6,472 | 4,798 | 5,446 | 6,455 | 6,030 | 6,787 | 5,628 | 4,530 | 4,502 | 4,674 | 5,986 | 6,022 | 4,390 | 3,319 | 2,137 | 1,965 | 1,415 | 2,120 |
| Total | 4,925 | 5,644 | 6,420 | 5,751 | 6,386 | 5,318 | 4,275 | 4,942 | 4,817 | 6,161 | 6,006 | 6,517 | 4,798 | 5,447 | 6,456 | 6,037 | 6,787 | 5,628 | 4,538 | 4,512 | 4,677 | 5,991 | 6,046 | 4,402 | 3,397 | 2,600 | 2,149 | 1,478 | 2,189 |
| % Provided | 0.0% | 0.0% | 0.0% | 0.0% | 0.1% | 0.0% | 0.0% | 1.7% | 0.1% | 0.0% | 0.0% | 0.7% | 0.0% | 0.0% | 0.0% | 0.1% | 0.0% | 0.0% | 0.2% | 0.2% | 0.1% | 0.1% | 0.4% | 0.3% | 2.3% | 17.8% | 8.6% | 4.3% | 3.2% |



Exhibit 8

Exhibit 9



Gap Time Between Meals
Average Gap in Minutes
January, 2015 - May, 2017

Pre-Order Avg Mins: 234 (3:54)

Total Period Avg Mins: 213 (3:33)

Order: November, 2016

Post-Order Avg Mins: 145 (2:25)

| | Avg Gap in Minutes |
|---|---|
| 201501 | 369 |
| 201502 | 408 |
| 201503 | 402 |
| 201504 | 611 |
| 201505 | 280 |
| 201506 | 240 |
| 201507 | 209 |
| 201508 | 196 |
| 201509 | 176 |
| 201510 | 216 |
| 201511 | 172 |
| 201512 | 176 |
| 201601 | 162 |
| 201602 | 175 |
| 201603 | 169 |
| 201604 | 170 |
| 201605 | 182 |
| 201606 | 175 |
| 201607 | 163 |
| 201608 | 162 |
| 201609 | 165 |
| 201610 | 171 |
| 201611 | 192 |
| 201612 | 170 |
| 201701 | 153 |
| 201702 | 131 |
| 201703 | 111 |
| 201704 | 118 |
| 201705 | 140 |

Exhibit 10



Gap Time Between Burritos
Average Gap in Minutes
January, 2015 - May, 2017

Pre-Order Avg Mins: 296 (4:56)

Total Period Avg Mins: 274 (4:34)

Order: November, 2016

Post-Order Avg Mins: 206 (3:26)

| | 201501 | 201502 | 201503 | 201504 | 201505 | 201506 | 201507 | 201508 | 201509 | 201510 | 201511 | 201512 | 201601 | 201602 | 201603 | 201604 | 201605 | 201606 | 201607 | 201608 | 201609 | 201610 | 201611 | 201612 | 201701 | 201702 | 201703 | 201704 | 201705 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Avg Gap in Minutes | 354 | 389 | 405 | 906 | 368 | 336 | 298 | 273 | 255 | 313 | 247 | 242 | 209 | 211 | 216 | 210 | 229 | 225 | 208 | 205 | 209 | 212 | 242 | 207 | 185 | 209 | 196 | 215 | 186 |

Year Month

Average Gap in Minutes



Provision for Medical Treatment
Unique Detainment Events
January, 2015 - May, 2017

Exhibit 11



Provision for Sleeping Mats - Ajo Station
Unique Detainment Events
January, 2015 - May, 2017

Exhibit 12.A

| | 201501 | 201502 | 201503 | 201504 | 201505 | 201506 | 201507 | 201508 | 201509 | 201510 | 201511 | 201512 | 201601 | 201602 | 201603 | 201604 | 201605 | 201606 | 201607 | 201608 | 201609 | 201610 | 201611 | 201612 | 201701 | 201702 | 201703 | 201704 | 201705 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Provided | | | | | | | | | 1 | | | | | | | 4 | 6 | 3 | 22 | 71 | 62 | 84 | 283 | 341 | 105 | 129 | 180 | 75 | 128 |
| Not Provided | 841 | 909 | 818 | 610 | 832 | 678 | 425 | 523 | 713 | 993 | 1,190 | 1,429 | 832 | 998 | 1,261 | 911 | 1,231 | 891 | 703 | 713 | 654 | 1,157 | 1,037 | 1,068 | 696 | 568 | 604 | 223 | 494 |
| Total | 841 | 909 | 818 | 610 | 832 | 678 | 425 | 523 | 714 | 993 | 1,190 | 1,429 | 832 | 998 | 1,261 | 915 | 1,237 | 894 | 725 | 784 | 716 | 1,241 | 1,320 | 1,409 | 801 | 697 | 784 | 298 | 622 |
| % Provided | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.1% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.4% | 0.5% | 0.3% | 3.0% | 9.1% | 8.7% | 6.8% | 21.4% | 24.2% | 13.1% | 18.5% | 23.0% | 25.2% | 20.6% |

Pre-Order % Provided: 1.3%        Total Period % Provided: 5.9%        Post-Order % Provided: 20.9%

Order: November, 2016

Provided    Not Provided



Provision for Sleeping Mats - Brian Terry Station
Unique Detainment Events
January, 2015 - May, 2017

| | 201501 | 201502 | 201503 | 201504 | 201505 | 201506 | 201507 | 201508 | 201509 | 201510 | 201511 | 201512 | 201601 | 201602 | 201603 | 201604 | 201605 | 201606 | 201607 | 201608 | 201609 | 201610 | 201611 | 201612 | 201701 | 201702 | 201703 | 201704 | 201705 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Provided | - | - | - | - | - | - | - | - | - | 1 | 1 | 2 | - | 2 | - | - | 1 | 24 | 18 | 7 | 5 | 16 | 142 | 186 | 126 | 100 | 43 | 78 | 87 |
| Not Provided | 453 | 492 | 514 | 544 | 509 | 365 | 232 | 419 | 317 | 358 | 283 | 230 | 218 | 130 | 188 | 249 | 360 | 411 | 326 | 372 | 348 | 430 | 404 | 268 | 198 | 126 | 52 | 82 | 92 |
| Total | 453 | 492 | 514 | 544 | 509 | 365 | 232 | 419 | 317 | 359 | 284 | 232 | 218 | 132 | 188 | 249 | 361 | 435 | 344 | 379 | 353 | 446 | 546 | 454 | 324 | 226 | 95 | 160 | 179 |
| % Provided | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.3% | 0.4% | 0.9% | 0.0% | 1.5% | 0.0% | 0.0% | 0.3% | 5.5% | 5.2% | 1.8% | 1.4% | 3.6% | 26.0% | 41.0% | 38.9% | 44.2% | 45.3% | 48.8% | 48.6% |

Pre-Order % Provided: 1.0%          Total Period % Provided: 8.6%          Post-Order % Provided: 38.4%

Order: November, 2016

Year Month

Exhibit 12.B



Provision for Sleeping Mats - Casa Grande Station
Unique Detainment Events
January, 2015 - May, 2017

Exhibit 12.C



Provision for Sleeping Mats - Douglas Station
Unique Detainment Events
January, 2015 - May, 2017

Exhibit 12.D



Provision for Sleeping Mats - Nogales Station
Unique Detainment Events
January, 2015 - May, 2017

Exhibit 12.E



Provision for Sleeping Mats - Sonoita Station
Unique Detainment Events
January, 2015 - May, 2017

Exhibit 12.F



Provision for Sleeping Mats - Tucson Sector Nogales Processing Center
Unique Detainment Events
January, 2015 - May, 2017

Order: November, 2016

Pre-Order % Provided: 0.0%   Total Period % Provided: 0.0%   Post-Order % Provided: 0.0%

Provided   Not Provided

Exhibit 12.G

| | 201501 | 201502 | 201503 | 201504 | 201505 | 201506 | 201507 | 201508 | 201509 | 201510 | 201511 | 201512 | 201601 | 201602 | 201603 | 201604 | 201605 | 201606 | 201607 | 201608 | 201609 | 201610 | 201611 | 201612 | 201701 | 201702 | 201703 | 201704 | 201705 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Provided | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Not Provided | - | 12 | - | - | 21 | 8 | - | 1 | - | - | 1 | 12 | 5 | 10 | 6 | 1 | 9 | - | - | - | - | - | 6 | 9 | 9 | 1 | - | - | - |
| Total | - | 12 | - | - | 21 | 8 | - | 1 | - | - | 1 | 12 | 5 | 10 | 6 | 1 | 9 | - | - | - | - | - | 6 | 9 | 9 | 1 | - | - | - |
| % Provided | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |



Exhibit 12.H

Exhibit 12.I



Provision for Sleeping Mats - Tucson Station
Unique Detainment Events
January, 2015 - May, 2017

| | 201501 | 201502 | 201503 | 201504 | 201505 | 201506 | 201507 | 201508 | 201509 | 201510 | 201511 | 201512 | 201601 | 201602 | 201603 | 201604 | 201605 | 201606 | 201607 | 201608 | 201609 | 201610 | 201611 | 201612 | 201701 | 201702 | 201703 | 201704 | 201705 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Provided | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Not Provided | 75 | 113 | 110 | 58 | 86 | 129 | 67 | 121 | 57 | 33 | 17 | 28 | 21 | 31 | 27 | 15 | 34 | 61 | 42 | 23 | 26 | 21 | 9 | 5 | 13 | 11 | 15 | 37 | 17 |
| Total | 75 | 113 | 110 | 58 | 86 | 129 | 67 | 121 | 57 | 33 | 17 | 28 | 21 | 31 | 27 | 15 | 34 | 61 | 42 | 23 | 26 | 21 | 9 | 5 | 13 | 11 | 15 | 37 | 17 |
| % Provided | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |



Provision for Sleeping Mats - Wilcox Station
Unique Detainment Events
January, 2015 - May, 2017

Exhibit 12.J



Provision for Wipes or Showers - Ajo Station
Unique Detainment Events
January, 2015 - May, 2017

Exhibit 13.A

| | 201501 | 201502 | 201503 | 201504 | 201505 | 201506 | 201507 | 201508 | 201509 | 201510 | 201511 | 201512 | 201601 | 201602 | 201603 | 201604 | 201605 | 201606 | 201607 | 201608 | 201609 | 201610 | 201611 | 201612 | 201701 | 201702 | 201703 | 201704 | 201705 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Provided | | | | | | | | | | | | | | 2 | 1 | 2 | | | | | | 1 | 21 | 184 | 21 | 65 | 87 | 36 | 60 |
| Not Provided | 841 | 909 | 818 | 610 | 832 | 678 | 425 | 523 | 713 | 993 | 1,190 | 1,429 | 832 | 998 | 1,261 | 911 | 1,231 | 891 | 703 | 713 | 654 | 1,157 | 1,037 | 1,068 | 696 | 568 | 604 | 223 | 494 |
| Total | 841 | 909 | 818 | 610 | 832 | 678 | 425 | 523 | 713 | 993 | 1,191 | 1,429 | 832 | 1,000 | 1,262 | 913 | 1,231 | 891 | 703 | 713 | 654 | 1,158 | 1,058 | 1,252 | 717 | 633 | 691 | 259 | 554 |
| % Provided | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.1% | 0.0% | 0.0% | 0.2% | 0.1% | 0.2% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.1% | 2.0% | 14.7% | 2.9% | 10.3% | 12.6% | 13.9% | 10.8% |



Provision for Wipes or Showers - Brian Terry Station
Unique Detainment Events
January, 2015 - May, 2017

| | 201501 | 201502 | 201503 | 201504 | 201505 | 201506 | 201507 | 201508 | 201509 | 201510 | 201511 | 201512 | 201601 | 201602 | 201603 | 201604 | 201605 | 201606 | 201607 | 201608 | 201609 | 201610 | 201611 | 201612 | 201701 | 201702 | 201703 | 201704 | 201705 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Provided | | | 1 | | 1 | | | | | | | | | | - | 3 | | | | | | | | | 93 | 40 | 16 | 37 | 49 |
| Not Provided | 453 | 492 | 514 | 544 | 509 | 365 | 232 | 419 | 317 | 358 | 283 | 230 | 218 | 130 | 188 | 249 | 360 | 411 | 326 | 372 | 348 | 430 | 404 | 268 | 198 | 126 | 52 | 82 | 92 |
| Total | 453 | 492 | 515 | 544 | 510 | 365 | 232 | 419 | 317 | 358 | 283 | 230 | 218 | 130 | 188 | 252 | 360 | 411 | 326 | 372 | 348 | 430 | 404 | 361 | 242 | 166 | 68 | 119 | 141 |
| % Provided | 0.0% | 0.0% | 0.2% | 0.0% | 0.2% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 1.2% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 25.8% | 18.2% | 24.1% | 23.5% | 31.1% | 34.8% |

Exhibit 13.B



Provision for Wipes or Showers - Case Grande Station
Unique Detainment Events
January, 2015 - May, 2017

Exhibit 13.C



Exhibit 13.D



Provision for Wipes or Showers - Nogales Station
Unique Detainment Events
January, 2015 - May, 2017

Order: November, 2016

Pre-Order % Provided: 0.6%     Total Period % Provided: 3.3%     Post-Order % Provided: 16.6%

Provided   Not Provided

| | 201501 | 201502 | 201503 | 201504 | 201505 | 201506 | 201507 | 201508 | 201509 | 201510 | 201511 | 201512 | 201601 | 201602 | 201603 | 201604 | 201605 | 201606 | 201607 | 201608 | 201609 | 201610 | 201611 | 201612 | 201701 | 201702 | 201703 | 201704 | 201705 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Provided | 1 | - | - | - | - | - | - | - | 1 | 1 | 1 | 42 | 23 | 65 | 19 | 2 | 1 | 1 | - | 2 | 1 | - | 114 | 181 | 96 | 131 | 126 | 106 | 102 |
| Not Provided | 979 | 1,151 | 1,631 | 1,369 | 1,435 | 1,334 | 1,175 | 1,160 | 1,050 | 1,223 | 1,281 | 987 | 828 | 1,126 | 1,316 | 1,207 | 1,449 | 1,161 | 870 | 1,005 | 993 | 1,095 | 1,149 | 731 | 668 | 507 | 378 | 356 | 513 |
| Total | 980 | 1,151 | 1,631 | 1,369 | 1,435 | 1,334 | 1,175 | 1,160 | 1,051 | 1,224 | 1,281 | 1,029 | 851 | 1,191 | 1,335 | 1,209 | 1,449 | 1,162 | 870 | 1,007 | 994 | 1,095 | 1,263 | 912 | 764 | 638 | 504 | 462 | 615 |
| % Provided | 0.1% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.1% | 0.1% | 0.0% | 4.1% | 2.7% | 5.5% | 1.4% | 0.2% | 0.0% | 0.1% | 0.0% | 0.2% | 0.1% | 0.9% | 9.0% | 19.8% | 12.6% | 20.5% | 25.0% | 22.9% | 16.6% |

Exhibit 13.E



Provision for Wipes or Showers - Sonoita Station
Unique Detainment Events
January, 2015 - May, 2017

Exhibit 13.F

| | 201501 | 201502 | 201503 | 201504 | 201505 | 201506 | 201507 | 201508 | 201509 | 201510 | 201511 | 201512 | 201601 | 201602 | 201603 | 201604 | 201605 | 201606 | 201607 | 201608 | 201609 | 201610 | 201611 | 201612 | 201701 | 201702 | 201703 | 201704 | 201705 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Provided | | | | | | | 1 | | | | 1 | | | | | | | | | | | | | | | 3 | 12 | 2 | 18 |
| Not Provided | 138 | 127 | 174 | 194 | 130 | 76 | 104 | 94 | 95 | 70 | 106 | 130 | 67 | 79 | 110 | 139 | 122 | 119 | 140 | 137 | 189 | 161 | 175 | 129 | 48 | 44 | 37 | 40 | 70 |
| Total | 138 | 127 | 174 | 194 | 130 | 76 | 105 | 94 | 95 | 70 | 107 | 130 | 67 | 79 | 110 | 139 | 122 | 119 | 140 | 137 | 189 | 161 | 175 | 129 | 48 | 47 | 49 | 42 | 88 |
| % Provided | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 1.0% | 0.0% | 0.0% | 0.0% | 0.9% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 6.4% | 24.5% | 4.8% | 20.5% |



Provision for Wipes or Showers - Tucson Sector Nogales Processing Center
Unique Detainment Events
January, 2015 - May, 2017

Exhibit 13.G



Exhibit 13.H

Provision for Wipes or Showers - Tucson Sector Tucson Coordination Center

Unique Detainment Events
January, 2015 - May, 2017

| | 201501 | 201502 | 201503 | 201504 | 201505 | 201506 | 201507 | 201508 | 201509 | 201510 | 201511 | 201512 | 201601 | 201602 | 201603 | 201604 | 201605 | 201606 | 201607 | 201608 | 201609 | 201610 | 201611 | 201612 | 201701 | 201702 | 201703 | 201704 | 201705 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Provided | 28 | 10 | 5 | 30 | 18 | 24 | 20 | 24 | 30 | 134 | 146 | 186 | 73 | 84 | 76 | 155 | 127 | 192 | 118 | 39 | 116 | 300 | 1,255 | 1,564 | 1,083 | 833 | 655 | 600 | 983 |
| Not Provided | 4,298 | 4,861 | 5,432 | 4,887 | 5,478 | 4,723 | 3,808 | 4,337 | 4,236 | 5,398 | 5,194 | 5,706 | 4,251 | 4,810 | 5,676 | 5,258 | 5,932 | 4,739 | 3,940 | 3,870 | 4,037 | 5,091 | 4,914 | 3,802 | 2,969 | 2,252 | 1,898 | 1,289 | 1,888 |
| Total | 4,326 | 4,871 | 5,437 | 4,917 | 5,496 | 4,747 | 3,828 | 4,361 | 4,266 | 5,532 | 5,340 | 5,892 | 4,324 | 4,894 | 5,752 | 5,413 | 6,059 | 4,931 | 4,058 | 3,909 | 4,153 | 5,391 | 6,169 | 5,366 | 4,052 | 3,085 | 2,553 | 1,889 | 2,871 |
| % Provided | 0.6% | 0.2% | 0.1% | 0.6% | 0.3% | 0.5% | 0.5% | 0.6% | 0.7% | 2.4% | 2.7% | 3.2% | 1.7% | 1.7% | 1.3% | 2.9% | 2.1% | 3.9% | 2.9% | 1.0% | 2.8% | 5.6% | 20.3% | 29.1% | 26.7% | 27.0% | 25.7% | 31.8% | 34.2% |



Provision for Wipes or Showers - Tucson Station
Unique Detainment Events
January, 2015 - May, 2017

Exhibit 13.I

| | 201501 | 201502 | 201503 | 201504 | 201505 | 201506 | 201507 | 201508 | 201509 | 201510 | 201511 | 201512 | 201601 | 201602 | 201603 | 201604 | 201605 | 201606 | 201607 | 201608 | 201609 | 201610 | 201611 | 201612 | 201701 | 201702 | 201703 | 201704 | 201705 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Provided | | | | | | | | | | | | | | | | | | | | | | | | | | 1 | 1 | 1 | - |
| Not Provided | 75 | 113 | 110 | 58 | 86 | 129 | 67 | 121 | 57 | 33 | 17 | 28 | 21 | 31 | 27 | 15 | 34 | 61 | 42 | 23 | 26 | 21 | 9 | 5 | 13 | 11 | 15 | 37 | 17 |
| Total | 75 | 113 | 110 | 58 | 86 | 129 | 67 | 121 | 57 | 33 | 17 | 28 | 21 | 31 | 27 | 15 | 34 | 61 | 42 | 23 | 26 | 21 | 9 | 5 | 13 | 12 | 15 | 38 | 17 |
| % Provided | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 8.3% | 16.7% | 2.6% | 0.0% |



Provision for Wipes or Showers - Wilcox Station
Unique Detainment Events
January, 2015 - May, 2017

Exhibit 13.J