Louise C. Stoupe*
MORRISON & FOERSTER LLP
Shin-Marunouchi Building, 29th Floor
5-1, Marunouchi 1-Chome
Tokyo, Chiyoda-ku  100-6529, Japan
Telephone: +81-3-3214-6522
Facsimile:  +81-3-3214-6512
Email:  LStoupe@mofo.com

Colette Reiner Mayer*
Pieter S. de Ganon*
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, CA 94304-1018
Telephone: (650) 813-5600
Facsimile: (650) 494-0792
Email: CRMayer@mofo.com
Email:  PdeGanon@mofo.com

Attorneys for Plaintiffs
*Admitted pursuant to Ariz. Sup. Ct. R. 38(a)
Additional counsel listed on next page

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jane Doe #1; Jane Doe #2; Norlan Flores, on behalf of themselves and all others similarly situated,<br><br>              Plaintiffs,<br><br>      v.<br><br>Kirstjen M. Nielsen, Secretary, United States Department of Homeland Security, in her official capacity; Kevin K. McAleenan, Acting Commissioner, United States Customs & Border Protection, in his official capacity; Carla L. Provost, Acting Chief of the United States Border Patrol, in her official capacity; Rodolfo Karisch, Commander, Arizona Joint Field Command, and Chief Patrol Agent-Tucson Sector, in his official capacities,<br><br>              Defendants. | Case No. 4:15-cv-00250-TUC-DCB<br><br>**APPENDIX OF EXHIBITS IN SUPPORT OF PLAINTIFFS' REPLY IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT REGARDING DEFENDANTS' OBLIGATION TO PROVIDE BEDS** |

| | | |
|---|---|---|
| 1 | Elizabeth Balassone* | Elisa Marie Della-Piana* |
|  | MORRISON & FOERSTER LLP | LAWYERS' COMMITTEE FOR CIVIL |
| 2 | 425 Market Street | RIGHTS OF THE SAN FRANCISCO |
|  | San Francisco, CA 94105-2482 | BAY AREA |
| 3 | Telephone: (415) 268-7000 | 131 Steuart Street, Suite 400 |
|  | Facsimile: (415) 268-7522 | San Francisco, CA 94105 |
| 4 | Email: EBalassone@mofo.com | Telephone: (415) 543-9444 |
|  |  | Facsimile: (415) 543-0296 |
| 5 | Samuel Cortina* | Email: edellapiana@LCCR.com |

Elizabeth Balassone*
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522
Email: EBalassone@mofo.com

Samuel Cortina*
MORRISON & FOERSTER LLP
12531 High Bluff Drive, Suite 100
San Diego, CA 92130
Telephone: (858) 720-5100
Facsimile: (858) 720-5125
Email: SCortina@mofo.com

Linton Joaquin*
Karen C. Tumlin*
Nora A. Preciado*
NATIONAL IMMIGRATION LAW CENTER
3435 Wilshire Boulevard, Suite 2850
Los Angeles, CA 90010
Telephone: (213) 639-3900
Facsimile: (213) 639-3911
Email: joaquin@nilc.org
Email: tumlin@nilc.org
Email: preciado@nilc.org

Mary Kenney*
Aaron Reichlin-Melnick*
AMERICAN IMMIGRATION COUNCIL
1331 G Street NW, Suite 200
Washington, D.C. 20005
Telephone: (202) 507-7512
Facsimile: (202) 742-5619
Email: mkenney@immcouncil.org
Email: areichlin-melnick@immcouncil.org

Elisa Marie Della-Piana*
LAWYERS' COMMITTEE FOR CIVIL RIGHTS OF THE SAN FRANCISCO BAY AREA
131 Steuart Street, Suite 400
San Francisco, CA 94105
Telephone: (415) 543-9444
Facsimile: (415) 543-0296
Email: edellapiana@LCCR.com

Kathleen E. Brody (Bar No. 026331)
ACLU FOUNDATION OF ARIZONA
3707 North 7th Street, Suite 235
Phoenix, AZ 85014
Telephone: (602) 650-1854
Facsimile: (602) 650-1376
Email: bmfurnish@acluaz.org
Email: kbrody@acluaz.org

Attorneys for Plaintiffs

*Admitted pursuant to Ariz. Sup. Ct. R. 38(a)*

**APPENDIX OF EXHIBITS IN SUPPORT OF
PLAINTIFFS' REPLY IN SUPPORT OF
MOTION FOR PARTIAL SUMMARY JUDGMENT
REGARDING DEFENDANTS' OBLIGATION TO PROVIDE BEDS**

**JANE DOE #1 v. NIELSEN
Case No. 4:15-cv-00250-TUC-DCB**

| Exhibit | Description |
|---|---|
| **1** | PI Hearing (Day 2) Testimony of G. Allen (including Court questioning), ECF No. 250 (Nov. 15, 2016) (Excerpted) |