Louise C. Stoupe*
MORRISON & FOERSTER LLP
Shin-Marunouchi Building, 29th Floor
5-1, Marunouchi 1-Chome
Tokyo, Chiyoda-ku 100-6529, Japan
Telephone: +81-3-3214-6522
Facsimile: +81-3-3214-6512
Email: LStoupe@mofo.com

Colette Reiner Mayer*
Pieter S. de Ganon*
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, CA 94304-1018
Telephone: (650) 813-5600
Facsimile: (650) 494-0792
Email: CRMayer@mofo.com
Email: PdeGanon@mofo.com

Attorneys for Plaintiffs
*Admitted pursuant to Ariz. Sup. Ct. R. 38(a)
Additional counsel listed on next page

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jane Doe #1; Jane Doe #2; Norlan Flores, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Kirstjen M. Nielsen, Secretary, United States Department of Homeland Security, in her official capacity; Kevin K. McAleenan, Acting Commissioner, United States Customs & Border Protection, in his official capacity; Carla L. Provost, Acting Chief of the United States Border Patrol, in her official capacity; Rodolfo Karisch, Commander, Arizona Joint Field Command, and Chief Patrol Agent-Tucson Sector, in his official capacities,<br><br>Defendants. | Case No. 4:15-cv-00250-TUC-DCB<br><br>**DECLARATION OF ELIZABETH BALASSONE IN SUPPORT OF PLAINTIFFS' MOTION FOR LEAVE TO SUBMIT NEW VIDEO EVIDENCE IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT REGARDING DEFENDANTS' OBLIGATION TO PROVIDE BEDS**<br><br>**CLASS ACTION**<br><br>**(Assigned to the Honorable David C. Bury)**<br><br>Action Filed: June 8, 2015 |

Elizabeth Balassone*
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522
Email: EBalassone@mofo.com

Linton Joaquin*
Karen C. Tumlin*
Nora A. Preciado*
NATIONAL IMMIGRATION LAW CENTER
3450 Wilshire Boulevard #108-62
Los Angeles, CA 90010
Telephone: (213) 639-3900
Facsimile: (213) 639-3911
Email: joaquin@nilc.org
Email: tumlin@nilc.org
Email: preciado@nilc.org

Mary Kenney*
AMERICAN IMMIGRATION COUNCIL
1331 G Street NW, Suite 200
Washington, D.C. 20005
Telephone: (202) 507-7512
Facsimile: (202) 742-5619
Email: mkenney@immcouncil.org

Elisa Marie Della-Piana*
LAWYERS' COMMITTEE FOR CIVIL RIGHTS OF THE SAN FRANCISCO BAY AREA
131 Steuart Street, Suite 400
San Francisco, CA 94105
Telephone: (415) 543-9444
Facsimile: (415) 543-0296
Email: edellapiana@LCCR.com

Kathleen E. Brody (Bar No. 026331)
William B. Peard (Bar No. 033831)
ACLU FOUNDATION OF ARIZONA
3707 North 7th Street, Suite 235
Phoenix, AZ 85014
Telephone: (602) 650-1854
Facsimile: (602) 650-1376

Email: kbrody@acluaz.org

Attorneys for Plaintiffs

*Admitted pursuant to Ariz. Sup. Ct. R. 38(a)*

I, ELIZABETH BALASSONE, hereby declare:

1. I am a member of the bar of the State of California, an associate in the law firm of Morrison & Foerster LLP, and counsel of record for Plaintiffs in this litigation. I am admitted pro hac vice to practice before this Court in this matter. I submit this declaration in support of Plaintiffs' Motion for Leave to Submit New Video Evidence in Support of Motion for Partial Summary Judgment Regarding Defendants' Obligation to Provide Beds. I have personal knowledge of the facts stated herein and, if called as a witness, could and would competently testify thereto.

2. Attached as **Exhibit A** is a true and correct copy of the Declaration of Nicholas Gamiz in Support of Plaintiffs' Motion for Partial Summary Judgment Regarding Defendants' Obligation to Provide Beds ("Gamiz Declaration").

3. Attached as **Exhibit B** is a true and correct copy of the Declaration of Gary Stenger in Support of Plaintiffs' Motion for Partial Summary Judgment Regarding Defendants' Obligation to Provide Beds ("Stenger Declaration").

4. Attached as **Exhibit C** is a true and correct copy of the Declaration of Elizabeth Balassone in Support of Plaintiffs' Motion for Partial Summary Judgment Regarding Defendants' Obligation to Provide Beds ("Balassone Declaration").

5. Defendants produced March 2018 video surveillance footage from the Casa Grande Station. Plaintiffs received this video production on May 4, 2018.

6. Defendants produced April 2018 video surveillance footage from the Tucson Coordinating Center ("TCC") Station. Plaintiffs received this video production on May 24, 2018.

7. Defendants produced May 2018 video surveillance footage from the TCC Station. Plaintiffs received this initial video production on June 29, 2018.

8. After spending several weeks trying to view the May 2018 video from TCC, Plaintiffs sent notice to Defendants that Plaintiffs were not able to access the data on the initial TCC video drive. Plaintiffs reported that the equipment used to view the video

1   appeared unable to read any information from the drive.  In response, Defendants offered
2   to send another copy of the drive.

3       9.    Defendants also reported that video footage from three holding cells in the
4   TCC station was missing from the initial drive for almost the entire two-week period of
5   May 2018 footage requested by Plaintiffs.  Accordingly, Plaintiffs requested replacement
6   video for alternate dates in May 2018.

7       10.    Defendants produced replacement May 2018 video surveillance footage from
8   the TCC Station for DVR WTUC29AE02.  Plaintiffs received this video production on
9   July 6, 2018.

10      11.    Defendants produced June 2018 video surveillance footage from the TCC
11  Station.  Plaintiffs received this video production on July 30, 2018.

12      12.    On August 7, 2018, I sent an email to counsel for Defendants with the
13  screenshots of video surveillance footage attached to the Gamiz Declaration, Stenger
14  Declaration, and Balassone Declaration.  The screenshots contained proposed redactions
15  to protect the identity of the individuals appearing therein.  I requested that Defendants
16  advise Plaintiffs as to whether the screenshots be filed with or without being lodged
17  under seal.

18      13.    On August 10, 2018, counsel for Defendants responded that the screenshots
19  may be filed without being lodged under seal, provided that, if the screen shots were
20  redacted, Plaintiffs file the redacted versions.

21      14.    On August 7, 2018, I sent an email to counsel for Defendants to meet and
22  confer regarding this motion.  Defendants responded they were unable to state whether
23  they would oppose this motion.

24      15.    On August 15, 2018, I sent an email to counsel for Defendants clarifying that
25  this new video evidence shows that the conditions as stated in Plaintiffs' Motion for
26  Partial Summary Judgment exist to the present day.  To date, Defendants have not
27  provided further response.
28

1  I declare under penalty of perjury under the laws of the United States of America
2  that the foregoing is true and correct.

4  Executed this 15th day of August, 2018, at San Francisco, California.

_____
Elizabeth Balassone