Louise C. Stoupe*
MORRISON & FOERSTER LLP
Shin-Marunouchi Building, 29th Floor
5-1, Marunouchi 1-Chome
Tokyo, Chiyoda-ku  100-6529, Japan
Telephone:  +81-3-3214-6522
Facsimile:  +81-3-3214-6512
Email:  LStoupe@mofo.com

Colette Reiner Mayer*
Pieter S. de Ganon*
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, CA 94304-1018
Telephone: (650) 813-5600
Facsimile: (650) 494-0792
Email: CRMayer@mofo.com
Email:  PdeGanon@mofo.com

Attorneys for Plaintiffs
*Admitted pursuant to Ariz. Sup. Ct. R. 38(a)
Additional counsel listed on next page

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jane Doe #1; Jane Doe #2; Norlan Flores, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Kirstjen M. Nielsen, Secretary, United States Department of Homeland Security, in her official capacity; Kevin K. McAleenan, Acting Commissioner, United States Customs & Border Protection, in his official capacity; Carla L. Provost, Acting Chief of the United States Border Patrol, in her official capacity; Rodolfo Karisch, Commander, Arizona Joint Field Command, and Chief Patrol Agent-Tucson Sector, in his official capacities,<br><br>Defendants. | Case No. 4:15-cv-00250-TUC-DCB<br><br>**APPENDIX OF EXHIBITS IN SUPPORT OF PLAINTIFFS' MOTION FOR LEAVE TO SUBMIT NEW VIDEO EVIDENCE IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT REGARDING DEFENDANTS' OBLIGATION TO PROVIDE BEDS** |

APPENDIX OF EXHIBITS ISO PLAINTIFFS' MOTION FOR LEAVE
CASE NO. 4:15-CV-00250-DCB
sf-3926854

1  Elizabeth Balassone*
   MORRISON & FOERSTER LLP
2  425 Market Street
   San Francisco, CA 94105-2482
3  Telephone: (415) 268-7000
   Facsimile: (415) 268-7522
4  Email: EBalassone@mofo.com

5  Linton Joaquin*
   Karen C. Tumlin*
6  Nora A. Preciado*
   NATIONAL IMMIGRATION LAW
7  CENTER
   3435 Wilshire Boulevard, Suite 2850
8  Los Angeles, CA  90010
   Telephone: (213) 639-3900
9  Facsimile: (213) 639-3911
   Email: joaquin@nilc.org
10 Email: tumlin@nilc.org
   Email: preciado@nilc.org
11
   Mary Kenney*
12 AMERICAN IMMIGRATION COUNCIL
   1331 G Street NW, Suite 200
13 Washington, D.C. 20005
   Telephone: (202) 507-7512
14 Facsimile: (202) 742-5619
   Email: mkenney@immcouncil.org

Elisa Marie Della-Piana*
LAWYERS' COMMITTEE FOR CIVIL
RIGHTS OF THE SAN FRANCISCO
BAY AREA
131 Steuart Street, Suite 400
San Francisco, CA  94105
Telephone: (415) 543-9444
Facsimile: (415) 543-0296
Email: edellapiana@LCCR.com

Kathleen E. Brody (Bar No. 026331)
ACLU FOUNDATION OF ARIZONA
3707 North 7th Street, Suite 235
Phoenix, AZ  85014
Telephone: (602) 650-1854
Facsimile: (602) 650-1376
Email: bmfurnish@acluaz.org
Email: kbrody@acluaz.org

Attorneys for Plaintiffs

*Admitted pursuant to Ariz. Sup. Ct. R. 38(a)

15
16
17
18
19
20
21
22
23
24
25
26
27
28

1

**APPENDIX OF EXHIBITS IN SUPPORT OF PLAINTIFFS' MOTION FOR**
**LEAVE TO SUBMIT NEW VIDEO EVIDENCE IN SUPPORT OF MOTION FOR**
**PARTIAL SUMMARY JUDGMENT REGARDING DEFENDANTS'**
**OBLIGATION TO PROVIDE BEDS**

2

3

**JANE DOE #1 v. NIELSEN**
**Case No. 4:15-cv-00250-TUC-DCB**

4

5

| Exhibit | Description |
|---|---|
| **Part I** | |
| **A** | Declaration of Nicholas Gamiz in Support of Plaintiffs' Motion for Partial Summary Judgment Regarding Defendants' Obligation to Provide Beds |
| **A1** | Four Surveillance Video Screenshots, Casa Grande Station, <br>(1) 3/8/2018, 06:02:14.708 AM (MST), Cell 0 (VCAG000139) [PROTECTED MATERIAL] <br>(2) 3/8/2018, 06:02:14.708 AM (MST), Multiple View (VCAG000140) [PROTECTED MATERIAL] <br>(3) 3/9/2018, 05:04:55.405 AM (MST), Cell 0 (VCAG000141) [PROTECTED MATERIAL] <br>(4) 3/9/2018, 05:04:55.405 AM (MST), Multiple View (VCAG000142) [PROTECTED MATERIAL] |
| **Part II** | |
| **B** | Declaration of Gary Stenger in Support of Plaintiffs' Motion for Partial Summary Judgment Regarding Defendants' Obligation to Provide Beds |
| **B1** | Five Surveillance Video Screenshots, Tucson Station, <br>(1) 4/9/2018, 12:00:00 AM, WTUC29AE03 – Cell 17 (VTCC000204) [PROTECTED MATERIAL]; <br>(2) 4/9/2018, 2:00:00 AM, WTUC29AE03 – Cell 17 (VTCC000205) [PROTECTED MATERIAL]; <br>(3) 4/9/2018, 4:00:00 AM, WTUC29AE03 – Multiple View (VTCC000206) [PROTECTED MATERIAL] <br>(4) 4/9/2018, 4:21:46 AM, WTUC29AE03 – Cell 17 (VTCC000207) [PROTECTED MATERIAL] <br>(5) 4/9/2018, 4:25:32 AM, WTUC29AE03 – Cell 17 (VTCC000208) [PROTECTED MATERIAL] |

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

| Exhibit | Description |
|:---:|:---|
| **B2** | Four Surveillance Video Screenshots, Tucson Station,<br>(1) 4/12/2018, 12:33:12 AM, WTUC29AE03 – Cell 16<br>    (VTCC000209) [PROTECTED MATERIAL];<br>(2) 4/12/2018, 2:13:58 AM, WTUC29AE03 – Cell 16<br>    (VTCC000210) [PROTECTED MATERIAL];<br>(3) 4/12/2018, 2:15:04 AM, WTUC29AE03 – Cell 16<br>    (VTCC000211) [PROTECTED MATERIAL]<br>(4) 4/12/2018, 4:00:00 AM, WTUC29AE03 – Multiple View<br>    (VTCC000212) [PROTECTED MATERIAL] |
| **Part II** | |
| **C** | Declaration of Elizabeth Balassone in Support of Plaintiffs' Motion for Partial Summary Judgment Regarding Defendants' Obligation to Provide Beds |
| **C1** | Three Surveillance Video Screenshots, Tucson Station:<br>(1) 5/8/2018, 5:52:57 AM, WTUC29AE02 – Cell 5 C2<br>    (VTCC000213) [PROTECTED MATERIAL];<br>(2) 5/8/2018, 5:54:05 AM, WTUC29AE02 – Cell 5 C2<br>    (VTCC000214) [PROTECTED MATERIAL];<br>(3) 5/8/2018, 5:54:05 AM, WTUC29AE02 –Multiple View<br>    (VTCC000215) [PROTECTED MATERIAL] |
| **C2** | Two Surveillance Video Screenshots, Tucson Station:<br>(1) 6/7/2018, 1:57:32 AM, WTUC29AE02 – Cell 4 C1<br>    (VTCC000216) [PROTECTED MATERIAL];<br>(2) 6/7/2018, 1:57:32 AM, WTUC29AE02 – Multiple View<br>    (VTCC000217) [PROTECTED MATERIAL]; |

# PART II
# EXHIBIT B

1  Louise C. Stoupe*
   MORRISON & FOERSTER LLP
2  Shin-Marunouchi Building, 29th Floor
   5-1, Marunouchi 1-Chome
3  Tokyo, Chiyoda-ku 100-6529, Japan
   Telephone: +81-3-3214-6522
4  Facsimile:  +81-3-3214-6512
   Email:  LStoupe@mofo.com
5
   Colette Reiner Mayer*
6  Pieter S. de Ganon*
   MORRISON & FOERSTER LLP
7  755 Page Mill Road
   Palo Alto, CA 94304-1018
8  Telephone: (650) 813-5600
   Facsimile: (650) 494-0792
9  Email: CRMayer@mofo.com
   Email:  PdeGanon@mofo.com
10
   Attorneys for Plaintiffs
11 *Admitted pursuant to Ariz. Sup. Ct. R. 38(a)
   Additional counsel listed on next page
12

13
                IN THE UNITED STATES DISTRICT COURT
14                FOR THE DISTRICT OF ARIZONA

15

16
   Jane Doe #1; Jane Doe #2; Norlan Flores, on      Case No. 4:15-cv-00250-TUC-DCB
17 behalf of themselves and all others similarly
   situated,                                        **DECLARATION OF GARY
18                                                   STENGER IN SUPPORT OF
                    Plaintiffs,                      PLAINTIFFS' MOTION FOR
19                                                   PARTIAL SUMMARY JUDGMENT
        v.                                           REGARDING DEFENDANTS'
20                                                   OBLIGATION TO PROVIDE BEDS
   Kirstjen M. Nielsen, Secretary, United States
21 Department of Homeland Security, in her          **CLASS ACTION**
   official capacity; Kevin K. McAleenan,
22 Acting Commissioner, United States
   Customs & Border Protection, in his official     **(Assigned to the
23 capacity; Carla L. Provost, Acting Chief of       Honorable David C. Bury)**
   the United States Border Patrol, in her
24 official capacity; Rodolfo Karisch,              Action Filed: June 8, 2015
   Commander, Arizona Joint Field Command,
25 and Chief Patrol Agent-Tucson Sector, in his
   official capacities,
26
                    Defendants.
27

28
   STENGER DECL. ISO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT
   CASE NO. 4:15-CV-00250-DCB
   sd-722871

1

2   Elizabeth Balassone*                  Elisa Marie Della-Piana*
    MORRISON & FOERSTER LLP              LAWYERS' COMMITTEE FOR CIVIL
    425 Market Street                     RIGHTS OF THE SAN FRANCISCO
3   San Francisco, CA 94105-2482         BAY AREA
    Telephone: (415) 268-7000            131 Steuart Street, Suite 400
4   Facsimile: (415) 268-7522            San Francisco, CA  94105
    Email: EBalassone@mofo.com           Telephone: (415) 543-9444
5                                        Facsimile: (415) 543-0296
    Linton Joaquin*                      Email: edellapiana@LCCR.com
6   Karen C. Tumlin*
    Nora A. Preciado*
7   NATIONAL IMMIGRATION LAW             Kathleen E. Brody (Bar No. 026331)
    CENTER                               ACLU FOUNDATION OF ARIZONA
8   3450 Wilshire Boulevard #108-62      3707 North 7th Street, Suite 235
    Los Angeles, CA  90010               Phoenix, AZ  85014
9   Telephone: (213) 639-3900            Telephone: (602) 650-1854
    Facsimile: (213) 639-3911            Facsimile: (602) 650-1376
10  Email: joaquin@nilc.org
    Email: tumlin@nilc.org               Email: kbrody@acluaz.org
11  Email: preciado@nilc.org

12  Mary Kenney*                         Attorneys for Plaintiffs

13  AMERICAN IMMIGRATION COUNCIL         *Admitted pursuant to Ariz. Sup. Ct. R.
    1331 G Street NW, Suite 200          38(a)
14  Washington, D.C. 20005
    Telephone: (202) 507-7512
15  Facsimile: (202) 742-5619
    Email: mkenney@immcouncil.org
16

17

18

19

20

21

22

23

24

25

26

27

28

STENGER DECL. ISO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT
CASE NO. 4:15-CV-00250-DCB
sd-722871

1    I, GARY STENGER, hereby declare:

2        1.    I am a senior paralegal in the law firm of Morrison & Foerster LLP, counsel

3    of record for Plaintiffs in this litigation.  I submit this declaration in support of Plaintiffs'

4    Motion for Partial Summary Judgment Regarding Defendants' Obligation to Provide

5    Beds.  I have personal knowledge of the facts stated herein and, if called as a witness,

6    could and would competently testify thereto.

7        2.    Attached as **Exhibit B1** are true and correct copies of five screenshots of

8    surveillance camera footage I captured from the April 2018 Tucson Coordinating Center

9    ("TCC") Station video production, timestamped as follows: (1) April 9, 2018 at

10   12:00:00am in Cell 17; (2) April 9, 2018 at 2:00:00am in Cell 17; (3) April 9, 2018 at

11   4:00:00am in Cell 17, but showing a multiple camera view of all cameras produced in the

12   data folder for DVR WUTUC29AE03; and (4) April 9, 2018 at 4:21:46am in Cell 17;

13   and (5) April 9, 2018 at 4:25:32am in Cell 17.  Plaintiffs redacted the images to protect

14   the identity of the individuals appearing therein and produced them to Defendants with

15   Bates stamps VTCC000204-208.

16       3.    Attached as **Exhibit B2** are true and correct copies of four screenshots of

17   surveillance camera footage I captured from the April 2018 TCC Station video

18   production, timestamped as follows: (1) April 12, 2018 at 12:33:12am in Cell 16; (2)

19   April 12, 2018 at 2:13:58am in Cell 16; (3) April 12, 2018 at 2:15:04am in Cell 16; and

20   (4) April 12, 2018 at 4:00:00am  in Cell 16, but showing a multiple camera view of all

21   cameras produced in the data folder DVR WUTUC29AE03.  Plaintiffs redacted the

22   images to protect the identity of the individuals appearing therein and produced them to

23   Defendants with Bates stamps VTCC000209-212.

24   //

25   //

26   //

27   //

28   //

1        I declare under penalty of perjury under the laws of the United States of America

2    that the foregoing is true and correct.

3        Executed this 15th day of August, 2018, at San Francisco, California.

4

5    _____
                             Gary Stenger

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# PART II
# EXHIBIT B1



PROTECTED MATERIAL

VTCC000204



PROTECTED MATERIAL

VTCC000205



PROTECTED MATERIAL

VTCC000206



PROTECTED MATERIAL

VTCC000207



**PROTECTED MATERIAL**

**VTCC000208**

# PART II
# EXHIBIT B2



**PROTECTED MATERIAL**

**VTCC000209**



PROTECTED MATERIAL

VTCC000210



PROTECTED MATERIAL

VTCC000211



PROTECTED MATERIAL

VTCC000212