JOSEPH H. HUNT
Assistant Attorney General, Civil Division
WILLIAM C. PEACHEY
Director
WILLIAM C. SILVIS
Assistant Director
SARAH B. FABIAN
Senior Litigation Counsel
CHRISTINA PARASCANDOLA
Senior Litigation Counsel
Office of Immigration Litigation – District Court Section
U.S. Department of Justice, Civil Division
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel:  (202) 514-3097
Fax:  (202) 305-7000
christina.parascandola@usdoj.gov

Attorneys for Defendants

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| **Unknown Parties,** *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> **Kristjen M. Nielsen,** *et al.,* <br><br> *Defendants.* | CASE NO. CV-15-00250-TUC-DCB <br><br> **INDEX OF EXHIBITS IN SUPPORT OF DEFENDANTS' RESPONSE IN OPPOSITION TO PLAINTIFFS' MOTION FOR LEAVE TO SUBMIT NEW VIDEO EVIDENCE TWO MONTHS AFTER THE COMPLETION OF BRIEFING ON PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT** |

| Exhibit | Description |
|---|---|
| A | Declaration of Daniel McClafferty, Deputy Patrol Agent in Charge, United States Border Patrol (Sept. 5, 2018) |
| B | Declaration of Michiko E. Enciso, Supervisory Border Patrol Agent, United States Border Patrol, and Acting Operations Officer, Tucson Coordination Center (Sept. 5, 2018) |
| C | Video still, Tucson Coordination Center Cell 17, April 8, 2018, at 19:21:18 |
| D | Video still, Tucson Coordination Center Cell 17, April 9, 2018, at 11:15:58 (redacted) |
| E | Video still, Tucson Coordination Center Cell 19, Camera 1, May 8, 2018, at 4:50:42 (redacted) |
| F | Video still, Tucson Coordination Center Cell 19, Camera 1, May 8, 2018, at 5:37:32 |
| G | Video still, Tucson Coordination Center Cell 19, Camera 1, May 8, 2018, at 5:50:22 |
| H | Video still, Tucson Coordination Center Cell 19, Camera 2, May 8, 2018, at 5:37:32 (redacted) |
| I | Video still, Tucson Coordination Center Cell 19, Camera 2, May 8, 2018, at 5:50:17 (redacted) |

| | | |
|---|---|---|
| DATED:  September 5, 2018 | | Respectfully submitted, |
| | | JOSEPH H. HUNT<br>Assistant Attorney General<br>Civil Division |
| | | WILLIAM C. PEACHEY<br>Director |
| | | WILLIAM C. SILVIS<br>Assistant Director |
| | | SARAH B. FABIAN<br>Senior Litigation Counsel |
| | BY: | */s/ Christina Parascandola*<br>CHRISTINA PARASCANDOLA<br>Senior Litigation Counsel<br>District Court Section<br>Office of Immigration Litigation<br>Civil Division<br>U.S. Department of Justice<br>P.O. Box 868, Ben Franklin Station<br>Washington, DC 20044<br>(202) 514-3097<br>(202) 305-7000 (facsimile)<br>christina.parascandola@usdoj.gov |
| | | Attorneys for Defendants |

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants.

DATED:  September 5, 2018          */s/ Christina Parascandola*
                                                              CHRISTINA PARASCANDOLA