# Exhibit I

## Video still, Tucson Coordination Center Cell 19, Camera 2, May 8, 2018, at 5:50:17 (redacted)

