1  Linton Joaquin*
   Karen C. Tumlin*
2  Nora A. Preciado*
   NATIONAL IMMIGRATION LAW
3  CENTER
   3435 Wilshire Boulevard #1600
4  Los Angeles, CA  90010
5  T: (213) 639-3900
   Email: joaquin@nilc.org
6  Email: tumlin@nilc.org
   Email: preciado@nilc.org
7
8  Attorneys for Plaintiffs

9
   *Admitted by Ariz. Sup. Ct. R. 38(a)
10 Additional counsel listed on next page

11
12
13                    **IN THE UNITED STATES DISTRICT COURT**

14                        **FOR THE DISTRICT OF ARIZONA**

15

16 | | |
|---|---|
| JANE DOE #1; et al., on behalf of themselves and all others similarly situated, | CASE NO. CV-15-00250-TUC-DCB |
| Plaintiffs, | **NOTICE OF WITHDRAWAL OF COUNSEL** |
| v. | |
| Kirstjen M. Nielsen, Secretary, United States Department of Homeland Security, in her official capacity, et al., Defendants. | |

24
25
26
27
28

| | |
|---|---|
| Louise C. Stoupe*<br>MORRISON & FOERSTER LLP<br>Shin-Marunouchi Building, 29th Floor<br>5-1, Marunouchi 1-Chome<br>Tokyo, Chiyoda-ku 100-6529, Japan<br>Telephone: +81-3-3214-6522<br>Facsimile: +81-3-3214-6512<br>Email: LStoupe@mofo.com | Elizabeth G. Balassone*<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, CA 94105-2482<br>Telephone: (415) 268-7000<br>Facsimile: (415) 268-7522<br>Email: EBalassone@mofo.com |
| Mary Kenney*<br>AMERICAN IMMIGRATION COUNCIL<br>1331 G Street NW, Suite 200<br>Washington, DC 20005<br>Telephone:(202) 507-7512<br>Facsimile:(202) 742-5619<br>Email:  mkenney@immcouncil.org | Colette Reiner Mayer*<br>Pieter S. de Ganon*<br>MORRISON & FOERSTER LLP<br>755 Page Mill Road<br>Palo Alto, CA 94304-1018<br>Telephone: (650) 813-5600<br>Facsimile: (650) 494-0792<br>Email: CRMayer@mofo.com<br>Email: PdeGanon@mofo.com |
| Attorneys for Plaintiffs<br><br>*Admitted pursuant to Ariz. Sup. Ct. R. 38(a) | Kathleen E. Brody<br>William B. Peard<br>ACLU FOUNDATION OF ARIZONA<br>3707 North 7th Street, Suite 235<br>Phoenix, AZ 85014<br>Telephone: (602) 650-1854<br>Facsimile: (602) 650-1376<br>Email: bmfurnish@acluaz.org<br>Email: kbrody@acluaz.org<br><br>Travis Silva*<br>LAWYERS' COMMITTEE FOR CIVIL RIGHTS OF THE SAN FRANCISCO BAY AREA<br>131 Steuart Street, Suite 400<br>San Francisco, CA 94105<br>Telephone: (415) 543-9444<br>Facsimile: (415) 543-0296<br>Email: tsilva@lccr.com |

Attorney Karen C. Tumlin gives notice of her withdrawal as co-counsel of record for Plaintiffs in the above-referenced matter, on the grounds that her employment with the National Immigration Law Center (NILC) will conclude on November 2, 2018. Plaintiffs will continue to be represented by other attorneys of record whose names appear in the signature block below.

Dated: November 2, 2018

Respectfully submitted,
/s/ Karen C. Tumlin
Karen C. Tumlin

Linton Joaquin
Karen C. Tumlin
Nora A. Preciado
NATIONAL IMMIGRATION LAW CENTER
3435 Wilshire Blvd., #1600
Los Angeles, CA 90010
T:  (213) 639-3900
Email: joaquin@nilc.org
Email: tumlin@nilc.org
Email: preciado@nilc.org

Louise C. Stoupe*
MORRISON & FOERSTER LLP
Shin-Marunouchi Building, 29th Floor
5-1, Marunouchi 1-Chome
Tokyo, Chiyoda-ku 100-6529, Japan
Telephone: +81-3-3214-6522
Facsimile: +81-3-3214-6512
Email: LStoupe@mofo.com

Mary Kenney*
AMERICAN IMMIGRATION COUNCIL
1331 G Street NW, Suite 200
Washington, DC 20005
Telephone: (202) 507-7512
Facsimile: (202) 742-5619
Email: mkenney@immcouncil.org

Elizabeth G. Balassone*
MORRISON & FOERSTER LLP

3

425 Market Street
San Francisco, CA 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522
Email: EBalassone@mofo.com

Colette Reiner Mayer*
Pieter S. de Ganon*
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, CA 94304-1018
Telephone: (650) 813-5600
Facsimile: (650) 494-0792
Email: CRMayer@mofo.com
Email: PdeGanon@mofo.com

Kathleen E. Brody
William B. Peard
ACLU FOUNDATION OF ARIZONA
3707 North 7th Street, Suite 235
Phoenix, AZ 85014
Telephone: (602) 650-1854
Facsimile: (602) 650-1376
Email: bmfurnish@acluaz.org
Email: kbrody@acluaz.org

Travis Silva*
LAWYERS' COMMITTEE FOR CIVIL
RIGHTS OF THE SAN FRANCISCO BAY
AREA
131 Steuart Street, Suite 400
San Francisco, CA 94105
Telephone: (415) 543-9444
Facsimile: (415) 543-0296
Email: tsilva@lccr.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 2nd day of November, 2018, I caused a PDF version of the foregoing document to be electronically transmitted to the Clerk of the Court, using the CM/ECF System for filing and for transmittal of a Notice of Electronic Filing to all CM/ECF registrants.

By: /s/ Karen C. Tumlin