**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Unknown Parties, et al., | No. CV-15-00250-TUC-DCB |
| Plaintiffs, | **ORDER** |
| v. | |
| Kirstjen M Nielsen, et al., | |
| Defendants. | |

The Plaintiffs' Motion for Partial Summary Judgment (Doc. 346) and Defendants' Response (Doc. 355, 356) are lodged under seal, pending a ruling from this Court on Defendants' Partial Motion to Seal Documents. Defendants move to seal exhibits to the Plaintiffs' Motion for Partial Summary Judgment as follows: Exhibit 6, Tucson Sector e3 Detention Module (e3DM) data; Exhibit 9, Appendix 8.10: Hold Rooms of the U.S. Customs and Border Protection Security, Policy, and Procedures Handbook. Defendants ask that personally identifiable information be redacted in Exhibit 18, Surveillance Video Screenshots, Douglas Station and Exhibit 8, Bandemer Expert Report at page 6.

The Plaintiffs do not object to sealing Exhibit 9. Plaintiffs agree that personally identifying information of detainees should be sealed. The Court finds that the baby's face in Exhibit 18 is not personally identifiable. The Plaintiffs shall file Exhibits 6 and 8 redacted for names, social security numbers, and A-file numbers.

"An A-number is a unique personal identifier assigned to a non-citizen." www.uscis.gov at A-File Numbered Below 8 Million. In this way, an A-number is sufficiently like a social security number to warrant redaction.

**Accordingly,**

**IT IS ORDERED** that the Defendants' Partial Motion to Seal Documents (Doc. 351) IS GRANTED IN PART AND DENIED IN PART, as follows:

1. The Clerk of the Court shall file the Motion for Partial Summary Judgment lodged under seal (Doc. 346) into the public Record without sealing, except for Attachment 6, Exhibits 1-12 (Doc. 346-6).
2. Within five days of the filing date of this Order, the Plaintiffs shall file Exhibits 1-12 into the record, with Exhibits 6 and 8 redacted for personally identifying information: names, social security numbers, and A-numbers.
3. The Clerk of the Court shall file the Response to the Motion for Partial Summary Judgment, lodged under seal (Docs. 355, 356), into the public Record without sealing.
4. The Reply remains as filed on September 12, 2018. (Doc. 359)

Dated this 16th day of January, 2019.

Honorable David C. Bury
United States District Judge