**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Unknown Parties, et al., | No. CV-15-00250-TUC-DCB |
| Plaintiffs, | **ORDER** |
| v. | |
| Kirstjen M Nielsen, et al., | |
| Defendants. | |

The Court, having considered the parties' Stipulation to Extend Pretrial Order Due Date to May 31, 2019, and finding good cause,

**Accordingly,**

**IT IS ORDERED** that the due date for the Joint Pretrial Order is May 31, 2019. NO FURTHER EXTENSIONS SHALL BE GRANTED.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall update the court record to reflect the following: Kevin K. McAleenan has assumed the role of Acting Secretary of Homeland Security in place of Kristjen M. Nielsen and Jeffrey D. Self was named Acting Chief Patrol Agent-Tucson Sector in place of Rodolfo Karisch.

Dated this 22nd day of May, 2019.

Honorable David C. Bury
United States District Judge