1
2
3
4
5
6
7                        IN THE UNITED STATES DISTRICT COURT
8                              FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jane Doe #1; Jane Doe #2; Norlan Flores, on behalf of themselves and all others similarly situated, | Case No. 4:15-cv-00250-TUC-DCB |
| Plaintiffs, | **[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO FILE UNDER SEAL PORTION OF PLAINTIFFS' PROPOSED PRETRIAL ORDER** |
| v. | |
| Kevin K. McAleenan, Acting Secretary, United States Department of Homeland Security and Commissioner, United States Customs & Border Protection, in both official capacities; Carla L. Provost, Chief of United States Border Patrol, in her official capacity; Jeffrey D. Self, Chief Patrol Agent- Tucson Sector, in his official capacities, | **CLASS ACTION** |
| | **(Assigned to the Honorable David C. Bury)** |
| Defendants. | Action Filed: June 8, 2015 |

Upon consideration of Plaintiffs' Motion to File Under Seal Portion of Plaintiffs' Pretrial Order, and finding that good cause exists, this Court hereby GRANTS Plaintiffs' Motion to File Under Seal Portion of Plaintiffs' Pretrial Order and ORDERS that the following document shall be sealed, as indicated below:

| Document | Portions to Be Filed Under Seal |
|---|---|
| Plaintiffs' Proposed Pretrial Order | Page 10: lines 18, 20-23 |

IT IS SO ORDERED.

Dated: _____, 2019    By: _____
HONORABLE DAVID C. BURY
UNITED STATES DISTRICT JUDGE