# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Unknown Parties, et al., | No. CV-15-00250-TUC-DCB |
| Plaintiffs, | **ORDER** |
| v. | |
| Kirstjen M Nielsen, et al., | |
| Defendants. | |

The Pretrial Order having been filed on June 15, 2019, this matter is ready for a Pretrial Conference.

**Accordingly**,

**IT IS ORDERED** that a Pretrial Conference is set on **Monday, September 23, 2019 at 1:30 p.m.**

**IT IS FURTHER ORDERED** that the Pretrial Conference shall be held before the Honorable David C. Bury in Courtroom 6B, Sixth Floor, Evo A. DeConcini United States Courthouse, 405 W. Congress Street, Tucson, Arizona.

Dated this 9th day of July, 2019.

Honorable David C. Bury
United States District Judge