IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Unknown Parties, et al.,<br><br>  Plaintiffs,<br><br>v.<br><br>Kirstjen M Nielsen, et al.,<br><br>  Defendants. | No. CV-15-00250-TUC-DCB<br><br>**AMENDED[1] ORDER** |

The Pretrial Order having been filed on June 15, 2019, this matter is ready for a Pretrial Conference.

**Accordingly**,

**IT IS ORDERED** that a Pretrial Conference is set on **Monday, September 16, 2019 at 10:30 a.m.**

**IT IS FURTHER ORDERED** that the Pretrial Conference shall be held before the Honorable David C. Bury in Courtroom 6B, Sixth Floor, Evo A. DeConcini United States Courthouse, 405 W. Congress Street, Tucson, Arizona.

Dated this 10th day of July, 2019.

Honorable David C. Bury
United States District Judge

---

[1] Amended to change hearing date.