JACK W. LONDEN (Bar No. 006053)
ELIZABETH BALASSONE*
JOHN S. DOUGLASS*
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522
Email: JLonden@mofo.com
Email: EBalassone@mofo.com

COLETTE REINER MAYER*
PIETER S. DE GANON*
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, CA 94304-1018
Telephone: (650) 813-5600
Facsimile: (650) 494-0792
Email: CRMayer@mofo.com
Email: PdeGanon@mofo.com

Attorneys for Plaintiffs
*Admitted pursuant to Ariz. Sup. Ct. R. 38(a)
Additional counsel listed on next page

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jane Doe #1; Jane Doe #2; Norlan Flores, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Kevin K. McAleenan, Acting Secretary, United States Department of Homeland Security and Commissioner, United States Customs and Border Protection, in both official capacities; Carla L. Provost, Chief of United States Border Patrol, in her official capacity; Roy D. Villareal, Chief Patrol Agent-Tucson Sector, in his official capacity,<br><br>Defendants. | Case No. 4:15-cv-00250-TUC-DCB<br><br>**PLAINTIFFS' SUPPLEMENTAL TRIAL WITNESS DISCLOSURE**<br><br>**CLASS ACTION**<br><br>**(Assigned to the Honorable David C. Bury)**<br><br>Action Filed: June 8, 2015 |

| | |
|---|---|
| 1 | LINTON JOAQUIN* |
| | NATIONAL IMMIGRATION LAW |
| 2 | CENTER |
| | 3450 Wilshire Boulevard #108-62 |
| 3 | Los Angeles, CA  90010 |
| | Telephone: (213) 639-3900 |
| 4 | Facsimile: (213) 639-3911 |
| | Email: joaquin@nilc.org |
| 5 | |
| | MARY KENNEY* |
| 6 | AMERICAN IMMIGRATION COUNCIL |
| | 1331 G Street NW, Suite 200 |
| 7 | Washington, DC 20005 |
| | Telephone: (202) 507-7512 |
| 8 | Facsimile:(202) 742-5619 |
| | Email: mkenney@immcouncil.org |
| 9 | |
| | ELISA MARIE DELLA-PIANA* |
| 10 | LAWYERS' COMMITTEE FOR CIVIL |
| | RIGHTS OF THE SAN FRANCISCO |
| 11 | BAY AREA |
| | 131 Steuart Street, Suite 400 |
| 12 | San Francisco, CA  94105 |
| | Telephone: (415) 543-9444 |
| 13 | Facsimile: (415) 543-0296 |
| | Email: edellapiana@LCCR.com |
| 14 | |
| | MARTY LIEBERMAN (Bar No. 007442) |
| 15 | ACLU FOUNDATION OF ARIZONA |
| | 3707 North 7th Street, Suite 235 |
| 16 | Phoenix, AZ  85014 |
| | Telephone: (602) 650-1854 |
| 17 | Facsimile: (602) 650-1376 |
| | Email: mlieberman@acluaz.org |
| 18 | |
| 19 | Attorneys for Plaintiffs |
| 20 | * *Admitted pursuant to Ariz. Sup. Ct. R. 38(a)* |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

Following the September 16, 2019 pretrial conference, this Court ordered that document and trial witness disclosures be completed by September 30, 2019. (ECF No. 405.) Plaintiffs provided the list of witnesses they intend to call at trial in the Joint Pretrial Order. (ECF No. 399 at 23.)

Plaintiffs hereby provide notice of the following change to that list: Christopher A. Riper will be replaced by Robert Miś.

Respectfully submitted,

Dated: September 30, 2019

By: */s/ Jack W. Londen*
       Jack W. Londen

MORRISON & FOERSTER LLP
Jack W. Londen (Bar No. 006053)
Colette Reiner Mayer*
Pieter S. de Ganon*
Elizabeth Balassone*

NATIONAL IMMIGRATION LAW CENTER
Linton Joaquin*

AMERICAN IMMIGRATION COUNCIL
Mary Kenney*

ACLU FOUNDATION OF ARIZONA
Marty Lieberman (Bar No. 007442)

LAWYERS' COMMITTEE FOR CIVIL RIGHTS OF THE SAN FRANCISCO BAY AREA
Elisa Marie Della-Piana*

Attorneys for Plaintiffs

*Admitted pursuant to Ariz. Sup. Ct. R. 38(a)

# CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of September, 2019, I caused a PDF version of the documents listed below to be electronically transmitted to the Clerk of the Court, using the CM/ECF System for filing and for transmittal of a Notice of Electronic Filing to all CM/ECF registrants and non-registered parties.

- **PLAINTIFFS' SUPPLEMENTAL TRIAL WITNESS DISCLOSURE**

| Jack W. Londen | /s/ Jack W. Londen |
|---|---|
| (typed) | (signature) |

sf-4087785