**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Unknown Parties, et al., | No. CV-15-00250-TUC-DCB |
| Plaintiffs, | **ORDER** |
| v. | **(Time change only)** |
| Kirstjen M Nielsen, et al., | |
| Defendants. | |

    IT IS ORDERED the Pretrial Conference set for Monday, January 6, 2020 at 9:30 a.m. is now scheduled for 1:30 p.m. that same date. **This is a time-change only**.

    Dated this 2nd day of October, 2019.

_____
Honorable David C. Bury
United States District Judge