**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Unknown Parties, et al., | No. CV-15-00250-TUC-DCB |
| Plaintiffs, | **AMENDED ORDER** |
| v. | |
| Kirstjen M Nielsen, et al., | |
| Defendants. | |

Pursuant to the Stipulation to Seal (Doc. 428) and finding good cause,

**Accordingly,**

**IT IS ORDERED** that the Stipulation (428) is GRANTED.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall file the following deposition transcripts into the record UNDER SEAL: Lodged Appendices 1 (Doc. 429-1), 3 (Doc. 429-3), 7 (Doc. 429-7), 9 (Doc. 429-9), 12 (Doc. 429-12), 13 (Doc. 429-13), 15 (Doc. 429-15), 16 (Doc. 429-16), 19 (Doc. 429-19), 20 (Doc. 429-20), 22 (Doc. 429-22), 25 (Doc. 429-25), and 27 (Doc. 429-27).

**IT IS FURTHER ORDERED** that the remaining deposition transcripts shall be filed into the public record, as follows: Appendices 2 (Doc. 429-2), 4-6 (Docs. 429-4, 429-5, 429-66), 8 (Doc. 429-8), 10-11 (Docs. 429-10-429-11), 14 (Doc. 429-14), 17-18 (Docs. 429-17, Doc. 429-18), 21 (Doc. 429-21), 23-24 (Docs. 429-23, 429-24), and 26 (Doc. 429-26).

Dated this 7th day of January, 2020.

Honorable David C. Bury
United States District Judge