DISTRICT JUDGE'S CIVIL MINUTES
IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA – TUCSON

| | |
|---|---|
| **U.S. District Judge:** David C. Bury | **Date:** January 14, 2020 |
| **Case Number:** CV-15-00250-TUC-DCB | |
| **Unknown Parties et al v. Wolf et al** | |

| APPEARANCES: | Plaintiff(s) Counsel | Defendant(s) Counsel |
|---|---|---|
| | Elizabeth Gilmore Balassone | Michael Anthony Celone |
| | Colette Reiner Mayer | William Charles Silvis |
| | Jack Williford Londen | Christina Parascandola |
| | Bree Bernwanger | Katelyn Masetta-Alvarez |
| | Alvaro Huerta | Sarah B. Fabian |

**BENCH TRIAL – DAY 2**

9:14 am - All parties are present. Parties discuss the possibility of the Court participating in a tour of a facility.

Direct examination of Eldon Vail continues. Exhibits 1228, 1229, and 507.143 are admitted. Cross examination by William Silvas.

10:32 am to 10:43 am – Recess taken.

Cross examination continues. After redirect and questions from the Court, Eldon Vail is excused subject to being called in rebuttal.

11:53 am to 1:16 pm– Lunch recess taken.

Plaintiff calls Joseph Goldenson, MD who is sworn and examined by Elizabeth Balassone. Defendant objects to his designation as an expert witness, which is overruled. Exhibits 364 and 911 admitted over objection. Exhibits 911, 915, 881, 844, and 81 admitted without objection. Cross examination by Michael Celeno. After questions from the Court, the witness is excused.

3:07 pm to 3:23 pm – Recess taken.

Witness A, named as Plaintiff's Witness 5 on the confidential witness list, is sworn and examined by Alvaro Huerta. Cross examination by Katelyn Masetta-Alvarez. Plaintiff makes an offer of proof and Exhibit 433 is admitted.

Witness B, named as Plaintiff's Witness 2 on the confidential witness list, is sworn and examined by Bree Bernwanger. Exhibits 447.02, 507.92, and 507.93 are admitted without objection.

5:23 pm - Proceedings recess for the day. Bench Trial continues to January 15, 2020 at 9:00 am before this Court.

| | |
|---|---:|
| **CV-15-00250-TUC-DCB** | **January 14, 2020** |
| **Unknown Parties et al v. Wolf et al** | Page 2 of 2 |

Deputy Clerk: Sara Jones  **6 hr 19 mins**
Court Reporter: Erica Mcquillen (AM)/Cheryl Cummings (PM)  **Start:  9:14 am**
 **Stop:   5:22 pm**