**DISTRICT JUDGE'S CIVIL MINUTES**
**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA – TUCSON**

| | |
|---|---|
| **U.S. District Judge:** David C. Bury | **Date:** January 15, 2020 |
| **Case Number:** CV-15-00250-TUC-DCB | |
| **Unknown Parties et al v. Wolf et al** | |

| APPEARANCES: | **Plaintiff(s) Counsel** | **Defendant(s) Counsel** |
|---|---|---|
| | Pieter S DeGanon | William Charles Silvis |
| | Jack Williford Londen | Katelyn Masetta-Alvarez |
| | Bree Bernwanger | Sarah B. Fabian |

## BENCH TRIAL – DAY 3

8:59 am - All parties are present. Witness B is cross examined by Katelyn Masetta-Alvarez. Exhibits 2006 and 2007 are admitted without objection. Redirect examination by Bree Bernwanger. Recross examination. Plaintiffs rest subject to admission of deposition testimony.

Defendants call Christopher Defraitas who is sworn and examined by Sarah Fabian.

10:27 am to 10:41 am – Recess taken.

Direct examination continues. Demonstrative exhibits 1 and 2 are admitted without objection.

11:58 am to 1:17 pm– Lunch recess taken.

Direct examination continues. Cross examination by Jack Londen. Exhibits 197 and 404 admitted without objection. The Court questions the witness. Christopher Defraitas is excused.

After argument as to admissibility, the excerpted deposition of Richard Bryce is played.

2:32 pm - Proceedings recess for the day. The Court is accompanied by counsel for a site visit to the Tucson Station. Bench Trial continues to January 16, 2020 at 9:00 am before this Court.

| | |
|---|---|
| Deputy Clerk: Sara Jones | **4 hr** |
| Court Reporter: Erica Mcquillen (AM)/Cheryl Cummings (PM) | **Start:  8:59 am** |
| | **Stop:   2:32 pm** |