**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Unknown Parties, et al., | No. CV-15-00250-TUC-DCB |
| Plaintiffs, | **ORDER** |
| v. | |
| Chad Wolf, et al., | |
| Defendants. | |

Pursuant to the Stipulated Protective Order and Local Rule 5.6, the Plaintiffs lodged their Trial Brief (Doc. 439) and Proposed Findings of Fact (Doc. 439-1). The parties have now stipulated to one redaction in the Proposed Findings of Fact at page 4, lines 23-25, which contains personally identifiable information. The redacted Proposed Findings of Fact has been filed into the public record as Attachment 1 (Doc. 447-1) to the Trial Brief (Doc. 447).

**Accordingly,**

**IT IS ORDERED** that pursuant to the Stipulation (Doc. 446) of the parties related to Protected Material under the stipulated Protective Order, the lodged Plaintiff's Trial Brief (Doc. 439) and Plaintiff's Proposed Findings of Fact (Doc. 439-1) SHALL BE FILED UNDER SEAL.

Dated this 15th day of January, 2020.

Honorable David C. Bury
United States District Judge