**DISTRICT JUDGE'S CIVIL MINUTES**
**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA – TUCSON**

| | |
|---|---|
| **U.S. District Judge:** David C. Bury | **Date:** January 16, 2020 |
| **Case Number:** CV-15-00250-TUC-DCB | |
| **Unknown Parties et al v. Wolf et al** | |

| APPEARANCES: | **Plaintiff(s) Counsel** | **Defendant(s) Counsel** |
|---|---|---|
| | Pieter S DeGanon | William Charles Silvis |
| | Jack Williford Londen | Christina Parascandola |
| | | Sarah B. Fabian |
| | | Katelyn Masetta-Alvarez |

### BENCH TRIAL – DAY 4

9:00 am - All parties are present. The Court describes the visit to the site conducted on 1/15/2020.

Defendants call Carrie Davison who is sworn and examined by Sarah Fabian. Exhibits 757, 756, 2001, and 2002 are admitted without objection.

10:27 am to 10:39 am – Recess taken.

Direct examination continues. Exhibits 2003 and 2004 are admitted without objection. Cross examination by Jack Londen. After redirect, the Court questions the witness. Carrie Davison is excused.

11:53 am to 1:17 pm– Lunch recess taken.

Defendants call Linus Roland Alexander who is sworn and examined by Katelyn Masetta-Alvarez. Exhibits 870, 840, 841-847, and 738 are admitted without objection. No cross examination. Witness is excused.

Defendants call Bradley Davis who is sworn and examined by Katelyn Masetta-Alvarez.

3:03 pm to 3:16 pm – Recess taken.

Direct examination continues. Exhibit 729 is admitted without objection. Cross examination by Jack Londen. Exhibit 863 is admitted without objection. No redirect. Witness is excused.

Defendants have no further witnesses available this date, therefore the Plaintiffs play additional excerpted video depositions of Raleigh Leonard, George Allen from 2016 and 2017, and Anthony Weitz.

4:49 pm - Proceedings recess for the day. Bench Trial continues to January 17, 2020 at 9:00 am before this Court.

Deputy Clerk: Sara Jones  
Court Reporter: Erica Mcquillen (AM)/Cheryl Cummings (PM)

**6 hr**
**Start: 9:00 am**
**Stop:  4:49 pm**