# DISTRICT JUDGE'S CIVIL MINUTES
# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA – TUCSON

| | |
|---|---|
| **U.S. District Judge:** David C. Bury | **Date:** January 17, 2020 |
| **Case Number:** CV-15-00250-TUC-DCB | |
| **Unknown Parties et al v. Wolf et al** | |

| APPEARANCES: | **Plaintiff(s) Counsel** | **Defendant(s) Counsel** |
|---|---|---|
| | Colette Reiner Mayer | Michael Anthony Celone |
| | Jack Williford Londen | William Charles Silvis |
| | Elizabeth Balassone | Sarah B. Fabian |
| | Pieter DeGanon | Christina Parascandola |

## BENCH TRIAL – DAY 5

9:05 am - All parties are present. Defendants call Dr. David Tarantino who is sworn and examined by Michael Celone. Exhibits 868, 206, 882, and 883 are admitted without objection. Cross examination by Elizabeth Balassone. Exhibit 758 admitted without objection.

10:31 am to 10:44 am – Recess taken.

Cross examination continues. No redirect. The Court questions the witness. Dr. David Tarantino is excused.

Defendants call Diane Skipworth who is sworn and examined by Christina Parascandola. Without objection, this witness is designated as an expert.

11:59 am to 1:16 pm– Lunch recess taken.

Direct examination continues. Cross examination by Colette Reiner Mayer. No redirect. Diane Skipworth is excused.

The Court discusses possible stipulations with counsel.

2:15 pm - Proceedings recess for the day. Bench Trial continues to January 21, 2020 at 9:15 am before this Court.

Thereafter, for record keeping purposes, Defendant's Demonstrative Exhibits #1 & 2 are renumbered to Defendant's Exhibits 2008 & 2009.

| | |
|---|---|
| Deputy Clerk: Sara Jones | **3 hr 53 min** |
| Court Reporter: Erica Mcquillen (AM)/Cheryl Cummings (PM) | **Start: 9:05 am** |
| | **Stop:  2:15 pm** |