**DISTRICT JUDGE'S CIVIL MINUTES**
**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA – TUCSON**

| | |
|---|---|
| **U.S. District Judge:** David C. Bury | **Date:** January 21, 2020 |
| **Case Number:** CV-15-00250-TUC-DCB | |
| **Unknown Parties et al v. Wolf et al** | |

| APPEARANCES: | **Plaintiff(s) Counsel** | **Defendant(s) Counsel** |
|---|---|---|
| | Colette Reiner Mayer | Michael Anthony Celone |
| | Jack Williford Londen | William Charles Silvis |
| | Elizabeth Balassone | Sarah B. Fabian |
| | John Douglass | Christina Parascandola |

## BENCH TRIAL – DAY 6

9:22 am - All parties are present. Defendants call Gerardo Carrasco who is sworn and examined by Michael Celone. Exhibit 7 is admitted without objection.  Cross examination by Elizabeth Balassone. Witness is excused.

Defendants call Jay Visconti who is sworn and examined by Christina Parascandola.

10:35 am to 10:48 am – Recess taken.

Cross examination continues. Exhibits 799, 2010, 2011, 2012, 2013, 2014, and 2015 are admitted without objection. Exhibits 2010 through 2015 were marked as Defendants' Demonstrative Exhibits 1-6 at the time they are shown to witnesses. Cross examination by John Douglass. Exhibit 1231 admitted without objection.

Defendants call David Strange who is sworn and examined by Christina Parascandola. No redirect. Witness is excused.

12:03 pm to 1:18 pm– Lunch recess taken.

Defendants call Bradley Simon who is sworn and examined by William Silvis. Cross examination by Jack Londen. Exhibit 693 is admitted over objection. Exhibits 818 and 912 admitted without objection. No redirect. The Court questions the witness. Bradley Smith is excused. Defendants have no further witnesses.

2:07 pm - Proceedings recess for the day. Bench Trial continues to January 22, 2020 at 9:15 am before this Court.  Plaintiffs intend to call one rebuttal witness and then arguments will commence.

| | |
|---|---|
| Deputy Clerk: Sara Jones | **3 hr 19 min** |
| Court Reporter: Erica Mcquillen (AM)/Cheryl Cummings (PM) | **Start:  9:22 am** |
| | **Stop:   2:07 pm** |