## DISTRICT JUDGE'S CIVIL MINUTES
## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA – TUCSON

| | |
|---|---|
| **U.S. District Judge:** David C. Bury | **Date:** January 22, 2020 |
| **Case Number:** CV-15-00250-TUC-DCB | |
| **Unknown Parties et al v. Wolf et al** | |

| APPEARANCES: | Plaintiff(s) Counsel | Defendant(s) Counsel |
|---|---|---|
| | Colette Reiner Mayer | Michael Anthony Celone |
| | Jack Williford Londen | William Charles Silvis |
| | Elizabeth Balassone | Sarah B. Fabian |
| | | Christina Parascandola |

Deputy Clerk: Sherry Gammon
Court Reporter: Erica McQuillen

BENCH TRIAL – DAY 7

9:17 am - All parties are present.
Plaintiff's witness Eldon Vail is recalled to the witness stand for rebuttal examination by Ms. Mayer.
Plaintiff's exhibit 1233 is admitted without objection.
9:35 a.m. – Cross examination of the witness by Mr. Silvis.
9:38 a.m. – No redirect.

9:39 a.m. – Plaintiff's closing argument given by Mr. Londen.

10:35 am to 10:43 am – Recess taken.
Plaintiff's closing argument resumes.

11:01 a.m. – Defense closing argument given by Ms. Fabian.

11:47 a.m. – Rebuttal closing argument given by Mr. Londen.

The Court takes the matter Under Advisement. Proceedings recess for the day at 11:51 a.m.

Thereafter, off the record, counsel stipulate Plaintiff's exhibit 914 was admitted during proceedings on 1/15/2020, Defense exhibit 2005 was admitted during proceedings on 1/16/2020 and Plaintiff's exhibit 866 was admitted during proceedings on 1/21/2020.

                                                                                          Bench Trial: 2 hours 23 minutes
                                                                                          Start:  9:17 a.m.
                                                                                          Stop:  11:51 a.m.