UNITED STATES DISTRICT COURT
*DISTRICT OF ARIZONA*

Jane Doe #1; Jane Doe #2;
Norlan Flores,
PLAINTIFF
V.

Wolf
DEFENDANT

Case Number: cv-15-00250-TUC

Defendants
WITNESS LIST

FILED ____ LODGED
RECEIVED ____ COPY

JAN 2 2 2020

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY ____ DEPUTY

| PRESIDING JUDGE | COURTROOM DEPUTY | COURT REPORTER |
|---|---|---|
| Hon. David C. Bury | Sara Jones / Sherry Gammon | Erica & Cheryl |
| TRIAL/HEARING DATE | PLAINTIFF ATTORNEY(S) | DEFENDANT ATTORNEY(S) |
| 1/13/2020 - 1/24/2020 | Morrison | Sarah Fabian |

| PLF | DFT | DATE SWORN | DATE APPEARED | WITNESSES | Under Rule |
|---|---|---|---|---|---|
|  | x | 1/15/2020 | 1/15/2020 | Christoper Defreitas | Y |
|  | x | 1/16/2020 | 1/15/2020 1/16/20 | Carrie Davison | Y |
|  | x | 1/16/2020 | 1/16/2020 | Bradley Davis | Y |
|  | x | 1/16/2020 | 1/16/20 | Linus Roland Alexander | Y |
|  | x | 1/21/2020 | 1/21/2020 | Bradley Simon | |
|  | x | 1/21/2020 | 1/21/2020 | Jay Visconti | Y |
|  | x | 1/21/2020 | 1/21/2020 | Geny Carrasco  Gerardo | Y |
|  | x | 1/17/2020 | 1/17/2020 | Dr. David Tarantino | Y |
|  | x |  |  | Dr. Philip Harber | |
|  | x | 1/17/2020 | 1/17/2020 | Diane Skipworth | |
|  |  | 1/21/2020 | 1/21/2020 | David Strange | Y |