# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

## CIVIL EXHIBIT LIST

☐ Preliminary Injunction ☐ TRO ☑ Non-Jury Trial ☐ Jury Trial

Case Number **cv-15-00250-TUS**   Judge Code _____   Date **1/15/2020**

**Jane Doe #1** vs. **Wolf**

☐ Plaintiff/Petitioner   ☑ Defendant/Respondent

FILED / LODGED / RECEIVED / COPY   JAN 2 2 2020   CLERK U S DISTRICT COURT DISTRICT OF ARIZONA   BY ____ DEPUTY

| Exhibit No. | Marked for ID | Admitted in Evidence | Description |
|---|---|---|---|
| DX2001 | | 1/16/2020 | VSTUC29AV01 Cell 21 Screenshots 11/12/19 |
| DX2002 | | 1/16/2020 | VSTUC29AV01 Cell 5 C2 Screenshots 10/22/19 - 10/24/19 |
| DX2003 | | 1/16/2020 | VSTUC29AV02 Cell Screenshots 17 4/13/19 - 4/15/19 |
| DX2004 | | 1/16/2020 | VSTUC29AV02 Cell17 Screenshots 10/20/19 - 10/22/19 |
| DX2005 | | 1/16/2020 | VSTUC29AV01 Multiple cells Screenshots 9/12/19-9/19/19 |
| DX2006 | | x 1/15/2020 | Border Patrol Medical Screening Form for Arevalo |
| DX2007 | | x 1/15/2020 | Emergency Discharge Instructions for Arevalo |
| DX2008 | | 1/15/2020 | Tucson Sector Border Patrol Apprehensions FY 2016-2020 |
| DX2009 | | 1/15/2020 | United States Border Patrol Total Illegal Alien Apprehensions by Fiscal Year |

DX 2010 demonstrative 1   1/21/2020   USBP TCA FY2019 apprehensions
2011 demonstrative 2   1/21/2020   "   TCA Average Time in Custody
         "   1/21/2020   "   FY2019 Average TIC w/ Temp Bookout

2013  # Demonstrative 4      1/21/2020     TCA BP FY2019 TIC by Country
2014  "  " 5                 1/21/2020     " " "         TIC-Mexico by Demo
2015  "  " 6                 1/21/2020     " " "         TIC-OT Mexico by Demo