IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Unknown Parties, et al.,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>Kirstjen M Nielsen, et al.,<br><br>　　　　Defendants. | NO. CV-15-00250-TUC-DCB<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's Findings of Fact and Conclusions of Law filed February 19, 2020, judgment is entered in favor of plaintiffs and against defendants.

　　　　　　　　　　　　　　　　　　Debra D. Lucas
　　　　　　　　　　　　　　　　　　Acting District Court Executive/Clerk of Court

February 19, 2020

　　　　　　　　　　　　　　　s/ A Calderón
　　　　　　　　　　　　　By　Deputy Clerk