# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Unknown Parties, et al., | No. CV-15-00250-TUC-DCB |
| Plaintiffs, | **ORDER** |
| v. | |
| Kirstjen M Nielsen, et al., | |
| Defendants. | |

The Court having considered the Defendants' Motion for Leave to File a Surreply to Plaintiffs' Response to Defendants' Comments and Objections (ECF 489) and the Court finding good cause,

**Accordingly,**

**IT IS ORDERED** that the Motion for Leave to File Surreply (Doc. 490) is GRANTED.

Dated this 30th day of March, 2020.

Honorable David C. Bury
United States District Judge