JACK W. LONDEN (Bar No. 006053)
JOHN S. DOUGLASS*
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522
Email: JLonden@mofo.com
Email: JDouglass@mofo.com

COLETTE REINER MAYER*
PIETER S. DE GANON*
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, CA 94304-1018
Telephone: (650) 813-5600
Facsimile: (650) 494-0792
Email: CRMayer@mofo.com
Email:  PdeGanon@mofo.com

Attorneys for Plaintiffs

* *Admitted pursuant to Ariz. Sup. Ct. R. 38(a)*
Additional counsel listed on next page

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| JANE DOE #1; JANE DOE #2; NORLAN FLORES, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> CHAD WOLF, Acting Secretary of Homeland Security; MARK A. MORGAN, Acting Commissioner, U.S. Customs and Border Protection; RODNEY S. SCOTT, Chief U.S. Border Patrol, in his official capacity; JEFFREY SELF, Commander, Arizona Joint Field Command; ROY D. VILLAREAL, Chief Patrol Agent-Tucson Sector, in his official capacity, <br> Defendants. | Case No. 4:15-cv-00250-TUC-DCB <br><br> **NOTICE OF APPEAL** <br><br> Date:  May 1, 2020 <br> Judge:  Hon. David C. Bury |

LINTON JOAQUIN*
ALVARO M. HUERTA*
NATIONAL IMMIGRATION LAW CENTER
3450 Wilshire Boulevard #108-62
Los Angeles, CA  90010
Telephone: (213) 639-3900
Facsimile: (213) 639-3911
Email: joaquin@nilc.org
Email: huerta@nilc.org

MARY KENNEY*
KAROLINA J. WALTERS*
AMERICAN IMMIGRATION COUNCIL
1331 G Street NW, Suite 200
Washington, DC 20005
Telephone: (202) 507-7512
Facsimile:(202) 742-5619
Email: mkenney@immcouncil.org
Email: KWalters@immcouncil.org

ELISA MARIE DELLA-PIANA*
BREE BERNWANGER*
LAWYERS' COMMITTEE FOR CIVIL RIGHTS
OF THE SAN FRANCISCO BAY AREA
131 Steuart Street, Suite 400
San Francisco, CA  94105
Telephone: (415) 543-9444
Facsimile: (415) 543-0296
Email: edellapiana@LCCR.com
Email: bbernwanger@LCCR.com

YVETTE BORJA (Bar No. 035470)
ACLU FOUNDATION OF ARIZONA
3707 North 7th Street, Suite 235
Phoenix, AZ  85014
Telephone: (602) 650-1854
Facsimile: (602) 650-1376
Email: yborja@acluaz.org

Attorneys for Plaintiffs
* *Admitted pursuant to Ariz. Sup. Ct. R. 38(a)*

1

**NOTICE OF APPEAL**

2   Plaintiffs Jane Doe #1, Jane Doe #2, and Norlan Flores, on behalf of themselves and

3   all others similarly situated, hereby cross-appeal to the United States Court of Appeals for

4   the Ninth Circuit from this Court's order of February 19, 2020, ECF No. 482, its judgment

5   on that same date, ECF No. 483, its permanent injunction order entered on April 17, 2020,

6   ECF No. 494, and any and all orders and rulings adverse to the plaintiffs.

7   Dated: May 1, 2020            By:   _/s/ Jack W. Londen_
                                            Jack W. Londen
8
9                                 MORRISON & FOERSTER LLP
                                  Jack W. Londen (Bar No. 006053)
                                  Colette Reiner Mayer*
10                                Pieter S. de Ganon*
                                  John S. Douglass*
11
12                                NATIONAL IMMIGRATION LAW CENTER
                                  Linton Joaquin*
                                  Alvaro M. Huerta*
13
14                                AMERICAN IMMIGRATION COUNCIL
                                  Mary Kenney*
                                  Karolina Walters*
15
16                                LAWYERS' COMMITTEE FOR CIVIL RIGHTS
                                  OF THE SAN FRANCISCO BAY AREA
                                  Elisa Marie Della-Piana*
17                                Bree Bernwagner*

18                                ACLU FOUNDATION OF ARIZONA
                                  Yvette Borja (Bar No. 035470)
19
                                  Attorneys for Plaintiffs
20
21                                *Admitted pursuant to Ariz. Sup. Ct. R. 38(a)

22

23

24

25

26

27

28

# REPRESENTATION STATEMENT

Pursuant to Ninth Circuit Rule 3-2 and Rule 12(b) of the Federal Rules of Appellate Procedure, all parties to this action are listed below with the names, addresses, and telephone numbers of their respective counsel.

**For Plaintiffs Jane Doe #1; Jane Doe #2; Norlan Flores, on behalf of themselves and all others similarly situated**

JACK W. LONDEN (Bar No. 006053)
JOHN S. DOUGLASS
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522
Email: JLonden@mofo.com
Email: JDouglass@mofo.com

COLETTE REINER MAYER
PIETER S. DE GANON
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, CA 94304-1018
Telephone: (650) 813-5600
Facsimile: (650) 494-0792
Email: CRMayer@mofo.com
Email:  PdeGanon@mofo.com

LINTON JOAQUIN
ALVARO M. HUERTA
NATIONAL IMMIGRATION LAW CENTER
3450 Wilshire Boulevard #108-62
Los Angeles, CA  90010
Telephone: (213) 639-3900
Facsimile: (213) 639-3911
Email: joaquin@nilc.org
Email: huerta@nilc.org

MARY KENNEY
KAROLINA J. WALTERS
AMERICAN IMMIGRATION COUNCIL
1331 G Street NW, Suite 200
Washington, DC 20005
Telephone: (202) 507-7512
Facsimile:(202) 742-5619
Email: mkenney@immcouncil.org
Email: KWalters@immcouncil.org

1  ELISA MARIE DELLA-PIANA
2  BREE BERNWANGER
   LAWYERS' COMMITTEE FOR CIVIL RIGHTS OF
   THE SAN FRANCISCO BAY AREA
3  131 Steuart Street, Suite 400
   San Francisco, CA  94105
4  Telephone: (415) 543-9444
   Facsimile: (415) 543-0296
5  Email: edellapiana@LCCR.com
   Email: bbernwanger@LCCR.com
6
   YVETTE BORJA
7  ACLU FOUNDATION OF ARIZONA
   3707 North 7th Street, Suite 235
8  Phoenix, AZ  85014
   Telephone: (602) 650-1854
9  Facsimile: (602) 650-1376
   Email: yborja@acluaz.org
10

11 **For Defendants Chad Wolf, Acting Secretary of Homeland Security; Mark A.**
12 **Morgan, Acting Commissioner, U.S. Customs and Border Protection; Rodney S. Scott,**
   **Chief U.S. Border Patrol, in his official capacity; Jeffrey Self, Commander, Arizona**
13 **Joint Field Command, in his official capacity; Manuel Padilla, Jr., Commander,**
   **Arizona Joint Field Command and Chief Patrol Agent-Tucson Sector, in his official**
14 **capacity**
15
16 JOSEPH H. HUNT
   Assistant Attorney General
17 Civil Division
   WILLIAM C. PEACHEY
18 Director
19
   COLIN A. KISOR
20 Deputy Director
21 Telephone: (202) 532-4331
   Email: colin.kisor@usdoj.gov
22
   WILLIAM C. SILVIS
23 Assistant Director
24 Telephone: (202) 307-4693
   Email: william.silvis@usdoj.gov
25
   MICHAEL A. CELONE
26 Senior Litigation Counsel
27 Telephone: (202) 305-2040
   Email: michael.a.celone@usdoj.gov
28

1  SARAH B. FABIAN
   Senior Litigation Counsel
2  Telephone: (202) 532-4824
3  Email: sarah.b.fabian@usdoj.gov

4  CHRISTINA PARASCANDOLA
   Senior Litigation Counsel
5  Telephone: (202) 514-3097
6  Email: christina.parascandola@usdoj.gov

7  KATELYN MASETTA-ALVAREZ
8  Trial Attorney
   Telephone: (202) 514-0210
9  Email: katelyn.masetta.alvarez@usdoj.gov

10 OFFICE OF IMMIGRATION LITIGATION—DISTRICT COURT SECTION
   U.S. DEPARTMENT OF JUSTICE
11 P.O. Box 868
   Ben Franklin Station
12 Washington, DC 20044

13    Dated: May 1, 2020          By:   */s/ Jack W. Londen*
14                                      Jack W. Londen

15                                MORRISON & FOERSTER LLP
                                  Jack W. Londen (Bar No. 006053)
16                                Colette Reiner Mayer*
                                  Pieter S. de Ganon*
17                                John S. Douglass*

18                                NATIONAL IMMIGRATION LAW CENTER
                                  Linton Joaquin*
19                                Alvaro M. Huerta*

20                                AMERICAN IMMIGRATION COUNCIL
                                  Mary Kenney*
21                                Karolina Walters*

22                                LAWYERS' COMMITTEE FOR CIVIL RIGHTS
                                  OF THE SAN FRANCISCO BAY AREA
23                                Elisa Marie Della-Piana*
                                  Bree Bernwagner*

24                                ACLU FOUNDATION OF ARIZONA
                                  Yvette Borja (Bar No. 035470)
25
                                  Attorneys for Plaintiffs
26
27                                *Admitted pursuant to Ariz. Sup. Ct. R. 38(a)*

28

1

## CERTIFICATE OF SERVICE

2

3       I hereby certify that on this 1st day of May, 2020, I caused a PDF version of the
foregoing document to be electronically transmitted to the Clerk of the Court, using the
CM/ECF System for filing and for transmittal of a Notice of Electronic Filing to all
CM/ECF registrants and non-registered parties.

4

5       • **NOTICE OF APPEAL**

6

7

8

9

10      _____          _____
                Jack W. Londen                /s/ Jack W. Londen
11                (typed)                        (signature)

12

13      ny-1912772

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28