JOSEPH H. HUNT
Assistant Attorney General
WILLIAM C. PEACHEY
Director
Office of Immigration Litigation,
District Court Section
WILLIAM C. SILVIS
Assistant Director
MICHAEL CELONE
SARAH B. FABIAN
CHRISTINA PARASCANDOLA
Senior Litigation Counsel
KATELYN MASETTA-ALVAREZ
Trial Attorney
United States Department of Justice
Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 514-0120
Fax: (202) 305-7000
katelyn.masetta.alvarez@usdoj.gov

*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jane Doe #1; *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>Chad Wolf, Acting Secretary, U.S. Department of Homeland Security, *et al.*,<br><br>    Defendants. | Case No. 15-cv-250-TUC-DCB<br><br>**DEFENDANTS' FIRST 30-DAY STATUS REPORT PURSUANT TO THE COURT'S ORDER FOR PERMANENT INJUNCTION**<br><br>Date: May 15, 2020<br><br>Hon. David C. Bury |

Pursuant to the Court's Order for Permanent Injunction (April 17, 2020), Dkt. No. 494 ¶ 12, Defendants, by and through their undersigned counsel, now submit the following Status Report regarding their progress toward full compliance with the permanent injunction. In support of this Status Report, Defendants attach a sworn declaration by Miguel Leon, Assistant Chief Patrol Agent, U.S. Border Patrol, Tucson Sector. *See* Ex. A. Defendants further submit a printout of the webpage entitled Nationwide Enforcement Encounters: Title 8 Enforcement Actions and Title 42 Expulsions, which is available on U.S. Customs and Border Protection's website. *See* https://www.cbp.gov/newsroom/stats/cbp-enforcement-statistics/title-8-and-title-42-statistics (viewed May 14, 2020). Chief Leon refers to this webpage in his declaration. Ex. A, ¶ 3.

DATED: May 15, 2020

    JOSEPH H. HUNT
    Assistant Attorney General

    WILLIAM C. PEACHEY
    Director

    WILLIAM C. SILVIS
    Assistant Director

    MICHAEL CELONE
    SARAH B. FABIAN
    CHRISTINA PARASCANDOLA
    Senior Litigation Counsel

    /s/ Katelyn Masetta-Alvarez
    KATELYN MASETTA-ALVAREZ
    Trial Attorney
    United States Department of Justice
    Civil Division
    Office of Immigration Litigation
    District Court Section
    P.O. Box 868, Ben Franklin Station
    Washington, D.C. 20044
    Tel: (202) 514-0120
    Fax: (202) 305-7000
    katelyn.masetta.alvarez@usdoj.gov

    *Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of May, 2020, I caused a PDF version of Defendants' First 30-Day Status Report Pursuant to the Court's Order for Permanent Injunction to be electronically transmitted to the Clerk of the Court, using the CM/ECF System for filing and for transmittal of a Notice of Electronic Filing to all CM/ECF registrants.

Respectfully submitted,

/s/ Katelyn Masetta-Alvarez
Katelyn Masetta-Alvarez