JOSEPH H. HUNT
Assistant Attorney General
Civil Division
WILLIAM C. PEACHEY
Director
WILLIAM C. SILVIS
Assistant Director
MICHAEL A. CELONE
SARAH B. FABIAN
CHRISTINA PARASCANDOLA
Senior Litigation Counsels
KATELYN MASETTA-ALVAREZ
Trial Attorney
Office of Immigration Litigation – District Court Section
U.S. Department of Justice
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
(202) 514-3097
Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jane Doe #1; Jane Doe #2; Norlan Flores, on behalf of themselves and all others similarly situated, | Case No. 4:15-cv-00250-TUC-DCB |
| Plaintiffs, | **NOTICE OF APPEAL** |
| v. | **CLASS ACTION** |
| Chad Wolf, Acting Secretary of Homeland Security; Mark A. Morgan, Acting Commissioner, U.S. Customs and Border Protection; Rodney S. Scott, Chief, U.S. Border Patrol, in his official capacity;[1] Roy D. Villareal, Commander, Arizona Joint Field Command, in his official capacity; Roy D. Villareal, Chief Patrol Agent-Tucson Sector, in his official capacity, | |
| Defendants. | |

Defendants Chad Wolf, in his official capacity as Acting Secretary, U.S. Department of Homeland Security ("DHS"), and its subordinate entities, U.S.

---

[1] On February 2, 2020, Rodney S. Scott became Chief, U.S. Border Patrol, automatically substituting Carla Provost, the previous Chief. Fed. R. Civ. P. 25(d).

Customs and Border Protection, U.S. Border Patrol ("USBP"), and the USBP Arizona Joint Field Command and Tucson Sector, hereby appeal the Court's Order of April 17, 2020, ECF No. 494, to the U.S. Court of Appeals for the Ninth Circuit.

    Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General
Civil Division

WILLIAM C. PEACHEY
Director

WILLIAM C. SILVIS
Assistant Director

MICHAEL A. CELONE
SARAH B. FABIAN
Senior Litigation Counsels

KATELYN MASETTA-ALVAREZ
Trail Attorney

    s/ *Christina Parascandola*
CHRISTINA PARASCANDOLA
Senior Litigation Counsel
Office of Immigration Litigation
District Court Section
Civil Division
U.S. Department of Justice
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
(202) 514-3097
christina.parascandola@usdoj.gov

*Attorneys for Defendants*

# REPRESENTATION STATEMENT

The undersigned represents Defendants Chad Wolf, *et al.*, and no other party. Pursuant to Rule 12(b) of the Federal Rules of Appellate Procedure and Ninth Circuit Rule 3-2(b), Defendants-Appellants submit this Representation Statement. The following list identifies all parties to the action and their respective counsel by name, firm, address, telephone number, and e-mail, where appropriate.

| PARTY<br>DEFENDANTS-APPELLANTS | COUNSEL OF RECORD |
|---|---|
| **Chad Wolf,** *Acting Secretary, U.S. Department of Homeland Security, in his official capacity*, <br><br> *Mark A. Morgan,* *Acting Commissioner, U.S. Customs & Border Protection, in his official capacity*, <br><br> **Rodney S. Scott,** *Chief, U.S. Border Patrol, in his official capacity*, <br><br> **Roy D. Villareal,** *Commander, Arizona Joint Field Command, in his official capacity,* and <br><br> **Roy D. Villareal,** *Chief Patrol Agent Tucson Sector, in his official capacity.* | JODY H. HUNT<br>Assistant Attorney General<br>Civil Division<br><br>WILLIAM C. PEACHEY<br>Director<br><br>COLIN A. KISOR<br>Deputy Director<br>202-532-4331<br>colin.kisor@usdoj.gov<br><br>WILLIAM C. SILVIS<br>Assistant Director<br>202-3072-4693<br>william.silvis@usdoj.gov<br><br>MICHAEL A. CELONE<br>Senior Litigation Counsel<br>202-305-2040<br>michael.a.celone@usdoj.gov<br><br>SARAH B. FABIAN<br>Senior Litigation Counsel<br>202-532-4824<br>sarah.b.fabian@usdoj.gov<br><br>KATELYN MASETTA-ALVAREZ<br>Trial Attorney<br>202-514-0210<br>katelyn.masetta.alvarez@usdoj.gov |

| | |
|---|---|
| | **COUNSEL OF RECORD FOR DEFENDANTS** *continued* <br><br> CHRISTINA PARASCANDOLA <br> Senior Litigation Counsel <br> Office of Immigration Litigation – DCS <br> Civil Division <br> U.S. Department of Justice <br> P.O. Box 868, Ben Franklin Station <br> Washington, D.C. 20044 <br> 202-514-3097 <br> christina.parascandola@usdoj.gov |
| **PARTY** <br><br> **PLAINTIFFS-APPELLEES** <br><br> **Unknown Parties,** <br> *named as Jane Doe #1 and Jane Doe #2, on behalf of themselves and all others similarly situated,* **and** <br><br> **Norlan Flores**, <br> *on behalf of himself and all others similarly situated.* | **COUNSEL OF RECORD** <br><br> COLETTE REINER MAYER <br> (CRMayer@mofo.com) <br> Morrison & Foerster LLP - Palo Alto, CA <br> 755 Page Mill Rd. <br> Palo Alto, CA 94304-1018 <br> 650-813-5600 <br><br> ALEYDA YVETTE BORJA <br> (yborja@acluaz.org) <br> CHRISTINE KEEYEH WEE <br> (cwee@acluaz.org) <br> ACLU - Phoenix, AZ <br> P.O. Box 17148 <br> Phoenix, AZ 85011 <br> 602-650-1854 <br><br> ELISA DELLA-PIANA <br> (edellapiana@lccr.com) <br> MEGAN SALLOMI <br> (msallomi@lccr.com) <br> BREE BERNWANGER <br> (bbernwanger@lccr.com) <br> Lawyers Committee for Civil Rights <br> 131 Steuart St., Ste. 400 <br> San Francisco, CA 94105 <br> 415-543-9444 |

|     |     |
| --- | --- |
|     | **COUNSEL OF RECORD FOR PLAINTIFFS-** *continued*<br><br>JACK WILLIFORD LONDEN<br>(jlonden@mofo.com)<br>AKARI ATOYAMA-LITTLE<br>(aatoyamalittle@mofo.com)<br>John Sebastiano Douglass<br>(jdouglass@mofo.com)<br>Morrison & Foerster LLP - San Francisco, CA<br>425 Market St.<br>San Francisco, CA 94105-2482<br>415-268-7000<br><br>ALVARO M HUERTA<br>(huerta@nilc.org)<br>National Immigration Law Ctr<br>3435 Wilshire Blvd<br>Ste 2850<br>Los Angeles, CA 90010<br>213-674-2850<br><br>PIETER S DEGANON<br>(pdeganon@mofo.com)<br>LOUISE CARITA STOUPE<br>(lstoupe@mofo.com)<br>Morrison & Foerster LLP - Tokyo Japan<br>Shin-Marunouchi Bldg.<br>5-1 Marunouchi 1-Chome, 29th Fl.<br>Tokyo JAPAN<br>81332146522 6979<br><br>MARY KENNEY<br>(mkenney@immcouncil.org)<br>KAROLINA J WALTERS<br>(KWlaters@immcouncil.org)<br>American Immigration Council<br>1331 G St. NW, Ste. 200<br>Washington, DC 20005<br>202-507-7512 |

**Dated:**     **June 15, 2020**

/s/ *Christina Parascandola*
CHRISTINA PARASCANDOLA
Attorney for Defendants

**CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of June 2020, I caused a PDF version of foregoing to be electronically transmitted to the Clerk of the Court, using the CM/ECF System for filing and for transmittal of a Notice of Electronic Filing to all CM/ECF registrants and non-registered parties.

*/s/ Christina Parascandola*
Christina Parascandola