JOSEPH H. HUNT
Assistant Attorney General
WILLIAM C. PEACHEY
Director
Office of Immigration Litigation,
District Court Section
WILLIAM C. SILVIS
Assistant Director
MICHAEL CELONE
SARAH B. FABIAN
CHRISTINA PARASCANDOLA
Senior Litigation Counsel
KATELYN MASETTA-ALVAREZ
Trial Attorney
United States Department of Justice
Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 514-0120
Fax: (202) 305-7000
katelyn.masetta.alvarez@usdoj.gov

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jane Doe #1; *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>Chad Wolf, Acting Secretary, U.S. Department of Homeland Security, *et al.*,<br><br>    Defendants. | Case No. 15-cv-250-TUC-DCB<br><br>**DEFENDANTS' SECOND 30-DAY STATUS REPORT PURSUANT TO THE COURT'S ORDER FOR PERMANENT INJUNCTION**<br><br>Date:   June 15, 2020<br><br>Hon. David C. Bury |

Pursuant to the Court's Order for Permanent Injunction (April 17, 2020), Dkt. No. 494 ¶ 12, Defendants, by and through their undersigned counsel, now submit the following Status Report regarding their progress toward full compliance with the permanent injunction. In support of this Status Report, Defendants attach a sworn declaration by Miguel Leon, Assistant Chief Patrol Agent, U.S. Border Patrol, Tucson Sector. *See* Ex. A.

DATED: June 15, 2020

        JOSEPH H. HUNT
        Assistant Attorney General

        WILLIAM C. PEACHEY
        Director

        WILLIAM C. SILVIS
        Assistant Director

        MICHAEL CELONE
        SARAH B. FABIAN
        CHRISTINA PARASCANDOLA
        Senior Litigation Counsel

        /s/ Katelyn Masetta-Alvarez
        KATELYN MASETTA-ALVAREZ
        Trial Attorney
        United States Department of Justice
        Civil Division
        Office of Immigration Litigation
        District Court Section
        P.O. Box 868, Ben Franklin Station
        Washington, D.C. 20044
        Tel: (202) 514-0120
        Fax: (202) 305-7000
        katelyn.masetta.alvarez@usdoj.gov

        *Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of June, 2020, I caused a PDF version of Defendants' Second 30-Day Status Report Pursuant to the Court's Order for Permanent Injunction to be electronically transmitted to the Clerk of the Court, using the CM/ECF System for filing and for transmittal of a Notice of Electronic Filing to all CM/ECF registrants.

Respectfully submitted,

/s/ Katelyn Masetta-Alvarez
Katelyn Masetta-Alvarez