1
JACK W. LONDEN (Bar No. 006053)
JOHN S. DOUGLASS*
2
MORRISON & FOERSTER LLP
425 Market Street
3
San Francisco, CA 94105-2482
Telephone: (415) 268-7000
4
Facsimile: (415) 268-7522
Email: JLonden@mofo.com
5
Email: JDouglass@mofo.com

6
COLETTE REINER MAYER*
PIETER S. DE GANON*
7
MORRISON & FOERSTER LLP
755 Page Mill Road
8
Palo Alto, CA 94304-1018
Telephone: (650) 813-5600
9
Facsimile: (650) 494-0792
Email: CRMayer@mofo.com
10
Email:  PdeGanon@mofo.com

11
Attorneys for Plaintiffs

12
* *Admitted pursuant to Ariz. Sup. Ct. R. 38(a)*
Additional counsel listed on next page
13

14
**UNITED STATES DISTRICT COURT**

15
**DISTRICT OF ARIZONA**

16

17
JANE DOE #1; JANE DOE #2; NORLAN
FLORES, on behalf of themselves and all
18
others similarly situated,

19
Plaintiffs,
v.
20
CHAD WOLF, Acting Secretary of
21
Homeland Security; MARK A. MORGAN,
Acting Commissioner, U.S. Customs and
22
Border Protection; RODNEY S. SCOTT,
Chief U.S. Border Patrol, in his official
23
capacity; JEFFREY SELF, Commander,
Arizona Joint Field Command; ROY D.
24
VILLAREAL, Chief Patrol Agent-Tucson
Sector, in his official capacity,
25
Defendants.

26

27

28

Case No. 4:15-cv-00250-TUC-DCB

**NOTICE OF APPEAL**

Date:  June 17, 2020
Judge:  Hon. David C. Bury

1   LINTON JOAQUIN*
    ALVARO M. HUERTA*
2   NATIONAL IMMIGRATION LAW CENTER
    3450 Wilshire Boulevard #108-62
3   Los Angeles, CA  90010
    Telephone: (213) 639-3900
4   Facsimile: (213) 639-3911
    Email: joaquin@nilc.org
5   Email: huerta@nilc.org

6   MARY KENNEY*
    KAROLINA J. WALTERS*
7   AMERICAN IMMIGRATION COUNCIL
    1331 G Street NW, Suite 200
8   Washington, DC 20005
    Telephone: (202) 507-7512
9   Facsimile:(202) 742-5619
    Email: mkenney@immcouncil.org
10  Email: KWalters@immcouncil.org

11  ELISA MARIE DELLA-PIANA*
    BREE BERNWANGER*
12  LAWYERS' COMMITTEE FOR CIVIL RIGHTS
    OF THE SAN FRANCISCO BAY AREA
13  131 Steuart Street, Suite 400
    San Francisco, CA  94105
14  Telephone: (415) 543-9444
    Facsimile: (415) 543-0296
15  Email: edellapiana@LCCR.com
    Email: bbernwanger@LCCR.com
16
    YVETTE BORJA (Bar No. 035470)
17  ACLU FOUNDATION OF ARIZONA
    3707 North 7th Street, Suite 235
18  Phoenix, AZ  85014
    Telephone: (602) 650-1854
19  Facsimile: (602) 650-1376
    Email: yborja@acluaz.org
20

21  Attorneys for Plaintiffs
    * Admitted pursuant to Ariz. Sup. Ct. R. 38(a)
22

23

24

25

26

27

28

NOTICE OF APPEAL
CASE NO. 4:15-cv-00250-TUC-DCB

1

**NOTICE OF APPEAL**

Plaintiffs Jane Doe #1, Jane Doe #2, and Norlan Flores, on behalf of themselves and all others similarly situated, hereby cross-appeal to the United States Court of Appeals for the Ninth Circuit from this Court's permanent injunction order entered on April 17, 2020, ECF No. 494, and any and all orders and rulings adverse to the plaintiffs.

Dated: June 17, 2020

By:   /s/ Jack W. Londen
　　　　Jack W. Londen

MORRISON & FOERSTER LLP
Jack W. Londen (Bar No. 006053)
Colette Reiner Mayer*
Pieter S. de Ganon*
John S. Douglass*

NATIONAL IMMIGRATION LAW CENTER
Linton Joaquin*
Alvaro M. Huerta*

AMERICAN IMMIGRATION COUNCIL
Mary Kenney*
Karolina Walters*

LAWYERS' COMMITTEE FOR CIVIL RIGHTS
OF THE SAN FRANCISCO BAY AREA
Elisa Marie Della-Piana*
Bree Bernwagner*

ACLU FOUNDATION OF ARIZONA
Yvette Borja (Bar No. 035470)

Attorneys for Plaintiffs

*Admitted pursuant to Ariz. Sup. Ct. R. 38(a)

# REPRESENTATION STATEMENT

Pursuant to Ninth Circuit Rule 3-2 and Rule 12(b) of the Federal Rules of Appellate Procedure, all parties to this action are listed below with the names, addresses, and telephone numbers of their respective counsel.

**For Plaintiffs Jane Doe #1; Jane Doe #2; Norlan Flores, on behalf of themselves and all others similarly situated**

JACK W. LONDEN (Bar No. 006053)
JOHN S. DOUGLASS
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522
Email: JLonden@mofo.com
Email: JDouglass@mofo.com

COLETTE REINER MAYER
PIETER S. DE GANON
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, CA 94304-1018
Telephone: (650) 813-5600
Facsimile: (650) 494-0792
Email: CRMayer@mofo.com
Email:  PdeGanon@mofo.com

LINTON JOAQUIN
ALVARO M. HUERTA
NATIONAL IMMIGRATION LAW CENTER
3450 Wilshire Boulevard #108-62
Los Angeles, CA  90010
Telephone: (213) 639-3900
Facsimile: (213) 639-3911
Email: joaquin@nilc.org
Email: huerta@nilc.org

MARY KENNEY
KAROLINA J. WALTERS
AMERICAN IMMIGRATION COUNCIL
1331 G Street NW, Suite 200
Washington, DC 20005
Telephone: (202) 507-7512
Facsimile:(202) 742-5619
Email: mkenney@immcouncil.org
Email: KWalters@immcouncil.org

ELISA MARIE DELLA-PIANA
BREE BERNWANGER
LAWYERS' COMMITTEE FOR CIVIL RIGHTS OF
THE SAN FRANCISCO BAY AREA
131 Steuart Street, Suite 400
San Francisco, CA  94105
Telephone: (415) 543-9444
Facsimile: (415) 543-0296
Email: edellapiana@LCCR.com
Email: bbernwanger@LCCR.com

YVETTE BORJA
ACLU FOUNDATION OF ARIZONA
3707 North 7th Street, Suite 235
Phoenix, AZ  85014
Telephone: (602) 650-1854
Facsimile: (602) 650-1376
Email: yborja@acluaz.org

**For Defendants Chad Wolf, Acting Secretary of Homeland Security; Mark A. Morgan, Acting Commissioner, U.S. Customs and Border Protection; Rodney S. Scott, Chief U.S. Border Patrol, in his official capacity; Jeffrey Self, Commander, Arizona Joint Field Command, in his official capacity; Manuel Padilla, Jr., Commander, Arizona Joint Field Command and Chief Patrol Agent-Tucson Sector, in his official capacity**

JOSEPH H. HUNT
Assistant Attorney General
Civil Division
WILLIAM C. PEACHEY
Director

COLIN A. KISOR
Deputy Director
Telephone: (202) 532-4331
Email: colin.kisor@usdoj.gov

WILLIAM C. SILVIS
Assistant Director
Telephone: (202) 307-4693
Email: william.silvis@usdoj.gov

MICHAEL A. CELONE
Senior Litigation Counsel
Telephone: (202) 305-2040
Email: michael.a.celone@usdoj.gov

NOTICE OF APPEAL
CASE NO. 4:15-cv-00250-TUC-DCB

2

1  SARAH B. FABIAN
   Senior Litigation Counsel
2  Telephone: (202) 532-4824
3  Email: sarah.b.fabian@usdoj.gov

4  CHRISTINA PARASCANDOLA
   Senior Litigation Counsel
5  Telephone: (202) 514-3097
6  Email: christina.parascandola@usdoj.gov

7  KATELYN MASETTA-ALVAREZ
   Trial Attorney
8  Telephone: (202) 514-0210
9  Email: katelyn.masetta.alvarez@usdoj.gov

10 OFFICE OF IMMIGRATION LITIGATION—DISTRICT COURT SECTION
   U.S. DEPARTMENT OF JUSTICE
11 P.O. Box 868
   Ben Franklin Station
12 Washington, DC 20044

13
       Dated: June 17, 2020          By:   /s/ Jack W. Londen
14                                          Jack W. Londen

15                                   MORRISON & FOERSTER LLP
                                     Jack W. Londen (Bar No. 006053)
16                                   Colette Reiner Mayer*
                                     Pieter S. de Ganon*
17                                   John S. Douglass*

18                                   NATIONAL IMMIGRATION LAW CENTER
                                     Linton Joaquin*
19                                   Alvaro M. Huerta*

20                                   AMERICAN IMMIGRATION COUNCIL
                                     Mary Kenney*
                                     Karolina Walters*
21
                                     LAWYERS' COMMITTEE FOR CIVIL RIGHTS
22                                   OF THE SAN FRANCISCO BAY AREA
                                     Elisa Marie Della-Piana*
23                                   Bree Bernwagner*

24                                   ACLU FOUNDATION OF ARIZONA
                                     Yvette Borja (Bar No. 035470)
25
                                     Attorneys for Plaintiffs
26
                                     *Admitted pursuant to Ariz. Sup. Ct. R. 38(a)
27

28

NOTICE OF APPEAL
CASE NO. 4:15-cv-00250-TUC-DCB                                      3

1

**CERTIFICATE OF SERVICE**

2

I hereby certify that on this 17th day of June, 2020, I caused a PDF version of the

3

foregoing document to be electronically transmitted to the Clerk of the Court, using the
CM/ECF System for filing and for transmittal of a Notice of Electronic Filing to all

4

CM/ECF registrants and non-registered parties.

5

6

• **NOTICE OF APPEAL**

7

8

9

10

| Jack W. Londen | */s/ Jack W. Londen* |
|---|---|
| (typed) | (signature) |

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF APPEAL
CASE NO. 4:15-cv-00250-TUC-DCB

1