**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Unknown Parties, et al., | No. CV-15-00250-TUC-DCB |
| Plaintiffs, | **ORDER** |
| v. | |
| Kirstjen M Nielsen, et al., | |
| Defendants. | |

Pursuant to Local Rule 83.3, Defendants Motion for an Order relieving Carlton Frederick Sheffield as counsel for the Defendants (Doc. 510) is GRANTED.

Dated this 27th day of October, 2020.

David C. Bury
United States District Judge