UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

NOV 18 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JANE DOE, # 1; et al.,  Plaintiffs-Appellees,  v.  CHAD F. WOLF, Secretary, United States Department of Homeland Security; et al.,  Defendants-Appellants. | No.   20-15741  D.C. No. 4:15-cv-00250-DCB District of Arizona, Tucson  ORDER |
| JANE DOE, # 1; et al.,  Plaintiffs-Appellants,  v.  CHAD F. WOLF, Secretary, United States Department of Homeland Security; et al.,  Defendants-Appellees. | No.   20-15850  D.C. No. 4:15-cv-00250-DCB |

The stipulated motion (Docket Entry No. 26) to voluntarily dismiss cross-appeal No. 20-15741 only is granted.  No 20-15741 is dismissed is with prejudice. *See* Fed. R. App. P. 42(b).

Costs and fees shall be allocated pursuant to the parties' stipulation.

A copy of this order sent to the district court shall act as and for the mandate of this court as to No. 20-15741 only.

GS 11/16/2020/Pro Mo

No. 20-15850 will proceed.

The opening brief is now due December 30, 2020.  The answering brief is due January 29, 2021.  The optional reply brief is due within 21 days after service of the answering brief.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT


By: Grace Santos
Deputy Clerk
Ninth Circuit Rule 27-7