IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Unknown Parties, et al., <br><br>  Plaintiff, <br><br> v. <br><br> Chad Wolf, et al., <br><br>  Defendant. | No. CV-15-00250-TUC-DCB <br><br> JUDGMENT ON TAXATION OF COSTS |

On May 11, 2021, Plaintiffs filed a Bill of Costs seeking the taxation of $16,866.62. An objection was filed on May 25, 2021. The matter has been reviewed and the Clerk finds the matter is denied. The Bill of Costs is determined to be untimely filed as it was not filed within 14 days of the Stipulated Dismissal and Mandate.

DATED this 28th day of May, 2021.

DEBRA D. LUCAS, CLERK

_____
Michael O'Brien
Chief Deputy Clerk