# Exhibit B

Form of Class Notice

***PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 23(h) YOU ARE NOTIFIED AS FOLLOWS*:**

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jane Doe #1, et al.,<br><br>   Plaintiffs,<br><br>   v.<br><br>Alejandro Mayorkas, Secretary of Homeland Security, et al.,<br><br>   Defendants. | Case No. 15-cv-250-TUC-DCB<br><br>**NOTICE OF PROPOSED SETTLEMENT OF ATTORNEY FEES, EXPENSES AND TAXABLE COSTS, IN CLASS ACTION**<br><br>Date: February _____, 2022<br><br>Hon. David C. Bury |

*Doe v. Mayorkas* is a lawsuit about conditions in Tucson Sector Border Patrol stations. On January 11, 2016, the court in this lawsuit ("the Court") certified as class of people defined as: all individuals who are now or in future will be detained within a U.S. Customs and Border Protection ("CBP") facility within the Border Patrol's Tucson Sector. After a trial, on February 27, 2020, the Court found in favor of the class. On April 17, 2020, the Court issued an order called a "permanent injunction" in which it requires Tucson Sector Border Patrol to take certain actions with regard to the conditions in which it confines class members.

The permanent injunction prohibits Tucson Sector Border Patrol from detaining class members in Tucson Sector CBP facilities longer than 48 hours, *if* the class member's processing is complete, *unless* CBP meets the class member's basic human needs, according to detention-industry standards. This means that if a class member's processing is complete *and* they are held in a Tucson Sector detention facility for longer than 48 hours, CBP *must* provide the class member a bed and blanket for sleeping, showers, adequate

food, potable water, and a medical assessment by a medical professional. The plaintiffs representing class members in this case ("Plaintiffs") did not seek, and the Court did not award, any monetary damages in this lawsuit.

Recently, the attorneys for the U.S. government and the attorneys representing the Plaintiffs entered into an agreement to settle attorney fees, expenses and taxable costs incurred by the five organizations whose attorneys represented the Plaintiffs and class members in this lawsuit ("Settlement").  They are: Morrison & Foerster; National Immigration Law Center; American Immigration Council; American Civil Liberties Union of Arizona; and Lawyers Committee for Civil Rights of the San Francisco Bay Area.  Under the settlement, CBP will pay a sum of $3,832,052.00, in attorneys' fees, expenses, and costs divided among the five organizations.  The full Settlement and a copy of this notice are available at: https://www.acluaz.org/en/cases/doe-v-wolf/.

Within sixty days of the Court's approval of the Settlement, CBP shall pay $3,832,052.00 to Plaintiffs' attorneys for their attorneys' fees, costs, and litigation expenses, in connection with this lawsuit.

This Settlement does not change the permanent injunction order described above. The payment under this Settlement does not come from any money that would be available for purposes other than compensating the attorneys who represented Plaintiffs in this case.

In exchange for and effective upon receipt of payment of the amount, Plaintiffs will release the U.S. government defendants from any and all claims by Plaintiffs and Plaintiffs' attorneys for or arising from attorneys' fees for work that has been performed or payment or reimbursement of expenses or costs that have been incurred in connection with this lawsuit, including but not limited to fees and non-taxable expenses pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412, and taxable costs pursuant to L.R. Civ. 54.1.

Before the settlement can become final, it must be approved by the Court.  The U.S. District Court for the District of Arizona will review the proposed settlement and any objections from class members.

If you would like more information about the proposed settlement, please contact

Plaintiffs' attorneys, care of:

>John S. Douglass
>Morrison & Foerster LLP
>425 Market St., Floor 32
>Palo Alto, CA 94105-2482
>*Counsel for Plaintiffs*

Any class member may object to the proposed settlement of attorneys' fees and costs.  If you are a class member and you wish to object to the settlement, then you must send your objection in writing, by no later than [XXX, 2022 (date fourteen days after Preliminary Approval Order)].  Any objection must include: (a) a written statement identifying the class member's name, address, telephone number, and signature, and, if represented by counsel, the name, address, and telephone number of counsel; (b) a written statement explaining the class member's objection and the reasons for such objection; (c) any documentation in support of such objection; and (d) whether you wish to present your objection to the Court at a hearing.  Your objection cannot be longer than 10 pages.

If the judge decides to hold a hearing about this Settlement, notice of the hearing will be sent to each person that submitted an objection at the address stated in the objection.

Any objection must be filed with the Clerk of the United States District Court for the District of Arizona - Tucson Division, Evo A. DeConcini U.S. Courthouse, 405 West Congress Street, Suite 1500, Tucson, Arizona 85701, and also sent by first class mail to the following addresses and postmarked no later than fourteen (14) days after the date of this Notice:

>Katelyn Masetta-Alvarez
>Office of Immigration Litigation – District Court Section
>P.O. Box 878, Ben Franklin Station
>Washington, DC 20530
>*Counsel for Defendants*

|    |                                                       |
|----|-------------------------------------------------------|
| 1  |                                                       |
| 2  | John S. Douglass                                      |
| 3  | Morrison & Foerster LLP                               |
| 4  | 425 Market St., Floor 32                              |
| 5  | Palo Alto, CA 94105-2482                              |
| 6  | *Counsel for Plaintiffs*                              |
| 7  |                                                       |
| 8  |                                                       |
| 9  |                                                       |
| 10 |                                                       |
| 11 | Dated: _____.             |
| 12 |                                                       |
| 13 |                      _____ |
| 14 |                      Honorable David C. Bury         |
|    |                      United States District Judge    |

- 4 -