BRIAN BOYNTON
Principal Deputy Assistant Attorney General
WILLIAM C. PEACHEY
Director, Office of Immigration Litigation, District Court Section
WILLIAM C. SILVIS
Assistant Director
SARAH B. FABIAN
CHRISTINA PARASCANDOLA
Senior Litigation Counsel
FIZZA BATOOL
KATELYN MASETTA-ALVAREZ
Trial Attorneys
Office of Immigration Litigation
Civil Division, United States Department of Justice
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
(202) 514-3097
christina.parascandola@usdoj.gov

Attorneys for Defendants

JACK W. LONDEN
JOHN S. DOUGLASS*
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105-2482
(415) 268-7000
Facsimile: (415) 268-7522
JLonden@mofo.com

MAX S. WOLSON*
NATIONAL IMMIGRATION LAW CENTER
P.O. Box 34573
Washington D.C. 20043
(202) 216-0261
Facsimile: (202) 216-0266
wolson@nilc.org

Attorneys for Plaintiffs
Additional counsel listed on next page.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Jane Doe #1, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> Alejandro Mayorkas, Secretary of Homeland Security, *et al.*, <br><br> Defendants. | Case No. 4:15-cv-00250-DCB <br><br> **STIPULATION** |

1  MARY KENNEY*
   NATIONAL IMMIGRATION LITIGATION ALLIANCE
2  10 Griggs Terrace
   Brookline, MA 02446
3  (617) 819-4681
4  mary@immigrationlitigation.org

5  KAROLINA J. WALTERS*
6  AMERICAN IMMIGRATION COUNCIL
   1331 G Street NW, Suite 200
7  Washington, DC 20005
8  (202) 507-7512
   Facsimile:(202) 742-5619
9  KWalters@immcouncil.org

10
   ELISA MARIE DELLA-PIANA*
11 BREE BERNWANGER*
12 LAWYERS' COMMITTEE FOR CIVIL RIGHTS
   OF THE SAN FRANCISCO BAY AREA
13 131 Steuart Street, Suite 400
   San Francisco, CA 94105
14 (415) 543-9444
15 Facsimile: (415) 543-0296
   edellapiana@lccrsf.org
16 bbernwanger@lccrsf.org
17
   CHRISTINE K. WEE (Bar No. 028535)
18 ACLU FOUNDATION OF ARIZONA
19 3707 North 7th Street, Suite 235
   Phoenix, AZ 85014
20 (602) 650-1854
21 Facsimile: (602) 650-1376
   cwee@acluaz.org
22 Attorneys for Plaintiffs

23 * *Admitted pursuant to Ariz. Sup. Ct. R. 39*

24

25

26

27

28

The parties hereby stipulate to the following facts.

1. In June 2015, Jane Doe #1, Jane Doe #2, and Norlan Flores, who had been in CBP custody at a Tucson Sector Border Patrol station, filed this complaint, alleging that Tucson Sector deprived them of warmth, hygiene, sanitary conditions, medical screening, and adequate food and water, without due process under the Fifth Amendment, and that CBP unlawfully withheld agency action by not complying with its own guidance. (Complaint for Declaratory and Injunctive Relief, ECF No.1.) They sought declaratory and injunctive relief. (*Id.*)

2. Over the next five years, the parties litigated this case, which included extensive discovery and multiple motions filed with the Court.

3. In January 2016, the Court certified a class, defined, after a subsequent amendment, as "[a]ll individuals who are now or in the future will be detained at a [U.S. Customs and Border Protection ("CBP")] facility within the Border Patrol's Tucson Sector." (Order, ECF No. 117; Order Amending Class Definition, ECF No. 173.)

4. From January 13 to 22, 2020, the Court held a seven-day bench trial. (Minute Entries, ECF Nos. 451-53, 456-60, 481; Transcripts, ECF Nos. 467-79.) Plaintiffs presented five witnesses, including three witnesses and two class members, and video evidence. The government presented ten witnesses, including one expert and nine CBP agents and employees.

5. On February 19, 2020, the Court issued its judgment and its findings of fact and conclusions of law, in favor of Plaintiffs. *Unknown Parties v. Wolf*, — F. Supp. 3d —, 2020 WL 813774 (D. Ariz. Feb. 19, 2020); *see also* Judgment in a Civil Case, ECF No. 483.

6. On April 17, 2020, after briefing from the parties (*see* ECF Nos. 484-85, 489, and 493), the Court issued a permanent injunction order, in which it ordered CBP to take certain actions with regard to conditions of confinement at Tucson Sector stations. (Order for Permanent Injunction, ECF No. 494.)

7. Throughout this litigation, Plaintiffs were represented by attorneys affiliated with five organizations: (1) Morrison and Foerster, through attorneys and paralegals in Palo Alto, San Diego, and San Francisco, California, Tokyo, Japan, and Washington, D.C.; (2) National Immigration Law Center ("NILC"), in Los Angeles, California; (3) American Immigration Council ("AIC"), in Washington, D.C; (4) American Civil Liberties Union of Arizona ("ACLUAZ"), in Phoenix, Arizona; and (5) Lawyers Committee for Civil Rights of the San Francisco Bay Area ("LCCRSF"), in San Francisco, California.

8. On May 11, 2021, Plaintiffs filed an Application and Bill of Costs pursuant to Local Rule 54.1 and the Equal Access to Justice Act, 28 U.S.C. § 2412 ("EAJA"). (ECF No. 521.) Defendants opposed the application as untimely. (ECF No. 522.) On May 28, 2021, the clerk denied the application as untimely. (ECF No. 523.) On June 4, 2021, Plaintiffs moved the district court to review the Clerk's decision (ECF No. 524; *see also* ECF No.526), and, on June 21, 2021, Defendants filed an opposition (ECF No. 525). That motion remains pending.

9. Plaintiffs have not moved for attorneys' fees and non-taxable expenses pursuant to EAJA but have expressed their intent to do so.

10. On June 15, 2021, Plaintiffs sent Defendants a request for $4,865,306 in fees and expenses, under EAJA ($4,188,338 for fees, $676,968 for expenses), from the five organizations that represent the class. Plaintiffs provided the amounts of fees and expenses that each organization requested. Plaintiffs attached Adobe pdf files from the five organizations. Each organization provided the names of the attorneys and paralegals who worked on the case, each timekeeper's hourly rate, the dates on which they performed the work, the number of hours they spent, and brief descriptions of the work.

11. On August 19, 2021, counsel for the parties met and conferred. Defendants requested additional information to justify an award and that each organization representing Plaintiffs provide their billing information in Excel spreadsheet format.

12. On September 3, 2021, the parties jointly requested that the Court refer this case to a settlement judge. (ECF No. 532.)

13. On September 7, 2021, Plaintiffs' counsel sent Defendants' counsel a revised proposed request for fees and expenses. On September 9, they provided a written narrative providing the basis for Plaintiffs' request for fees, by litigation milestone, and explanations regarding reductions in the amount of the request. Plaintiffs also provided, from four of the five organizations, their hourly attorney fee information in Excel spreadsheet format.

14. A summary table of the requested fees and expenses provided to Defendants' counsel is shown below:

| Firm/Organization | Fees | Expenses | Total |
|---|---|---|---|
| Morrison & Foerster | $ 2,460,244.35 | $ 587,252.82 | $ 3,047,497.17 |
| American Civil Liberties Union of Arizona | $ 388,683.70 | $ 11,124.96 | $ 399,808.66 |
| American Immigration Council | $ 396,332.40 | $ 12,224.11 | $ 408,556.51 |
| Lawyers' Committee for Civil Rights of the San Francisco Bay Area | $ 359,365.00 | $ 14,637.59 | $ 374,002.59 |
| National Immigration Law Center | $ 529,788.50 | $ 36,550.05 | $ 566,338.55 |
| Subtotals | $ 4,134,413.95 | $ 661,789.53 | $ 4,796,203.48 |

15. On September 13, 2021, the Court referred the matter to Honorable Eric J. Markovich, Magistrate Judge for the District of Arizona, for a settlement conference to attempt resolution of attorney fees and costs. (ECF No. 533.)

16.     On October 18, 2021, Plaintiffs' counsel provided narrative descriptions of expenses to accompany the narrative descriptions of fees, previously provided on September 9, along with additional details regarding non-taxable expenses.

17.     On October 25, 2021, Defendants' counsel sent Plaintiffs a counter-offer, proposing to settle for a payment of $3,109,277.60.  Defendants proposed specific reductions based on their assertions of: Plaintiffs' litigation risk; the enhanced hourly rates that the attorneys from NILC, AIC, ACLU-AZ, and LCCRSF requested; excessive staffing of tasks; excessive time spent on tasks; time spent on tasks on which Plaintiffs did not prevail; block billing; and excessive costs.

18.     On October 26, 2021, the Parties jointly participated in a Settlement Conference before Judge Markovich, which lasted the entire day.  Under his supervision, the Parties reached an agreement under which CBP agreed to pay Plaintiffs' counsel **$3,832,052.00** in full and complete satisfaction of any claims by Plaintiffs or Plaintiffs' counsel for costs, attorneys' fees, and litigation expenses, including any interest, that were incurred in connection with the litigation.

19.     Following the Settlement Conference, the Parties memorialized this agreement in the accompanying Settlement Agreement and Release as to Attorneys' Fees, Expenses, and Taxable Costs.

| | | |
|---|---|---|
| 1 | DATED:  February 16, 2022 | Respectfully submitted, |

BRIAN BOYNTON
Principal Deputy Assistant Attorney General
Civil Division
WILLIAM C. PEACHEY
Director
WILLIAM C. SILVIS
Assistant Director, District Court Section
SARAH B. FABIAN
Senior Litigation Counsel
FIZZA BATOOL
KATELYN MASETTA-ALVAREZ
Trial Attorneys

*/s/*     *Christina Parascandola*
CHRISTINA PARASCANDOLA
Senior Litigation Counsel
District Court Section
Office of Immigration Litigation
Civil Division, U.S. Department of Justice
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
(202) 514-3097
(202) 305-7000 (facsimile)
christina.parascandola@usdoj.gov

*Attorneys for Defendants*

/s/ *Jack W. Londen*
(with permission, pursuant to electronic mail message on February 16, 2022)
JACK W. LONDEN

MORRISON & FOERSTER LLP
Jack W. Londen (Bar No. 006053)
John S. Douglass*
NATIONAL IMMIGRATION LAW CENTER
Max S. Wolson*
NATIONAL IMMIGRATION LITIGATION ALLIANCE
Mary Kenney*
AMERICAN IMMIGRATION COUNCIL
Karolina Walters*
LAWYERS' COMMITTEE FOR CIVIL RIGHTS
OF THE SAN FRANCISCO BAY AREA
Elisa Marie Della-Piana*
ACLU FOUNDATION OF ARIZONA
Christine K. Wee (Bar No. 028535)

*Admitted pursuant to Ariz. Sup. Ct. R. 39*

*Attorneys for Plaintiffs*