# UNITED STATES DISTRICT COURTs
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jane Doe #1, et al., <br><br> Plaintiffs, <br><br> v. <br><br> Alejandro Mayorkas, Secretary of Homeland Security, et al., <br><br> Defendants. | Case No. 15-cv-250-TUC-DCB <br><br> **[PROPOSED] ORDER GRANTING FINAL APPROVAL OF THE PARTIES' SETTLEMENT RE: ATTORNEYS FEES AND COSTS** <br><br> **CLASS ACTION** <br><br> Date: April \_\_\_\_\_, 2022 <br><br> Hon. David C. Bury |

On February 28, 2022, the Court granted preliminary approval of the Parties' Settlement Agreement and Release as to Attorneys' Fees, Expenses, and Taxable Costs ("Settlement Agreement"), pursuant to Rule 23(h) of the Federal Rules of Civil Procedure.

Pursuant to that Order (Doc. 545), the Parties posted Notice of the Settlement Agreement. On March 31, 2022, Plaintiffs and Defendants jointly filed with the Court a notice that no objections to the Settlement Agreement have been filed. Absent objections, the Court finds that it is not necessary to hold a hearing.

The Court has read and considered the Settlement Agreement, Joint Motion, stipulated facts, and records of fees and expenses. As detailed in its Findings of Fact and Conclusions of Law, the Court finds the Settlement Agreement to be fair and reasonable.

**Accordingly,**

**IT IS ORDERED** that the Settlement Agreement and Release as to Attorneys' Fees, Expenses, and Taxable Costs is approved and shall be binding on Plaintiffs, their attorneys, and the Defendants.

Dated this \_\_\_ day of _____, 2022.    _____

David C. Bury
United States District Judge